**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER CORCORAN**, *et al*.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**CVS HEALTH CORPORATION**,<br><br>    Defendant. | Case No.: 15-CV-3504 YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SHORTEN TIME; RE-SETTING HEARING ON MOTION TO STAY; SETTING DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Re: Dkt. No. 39 |

Defendant CVS Health Corporation filed a Motion to Stay Proceedings. (Dkt. No. 38.) In light of Defendant's upcoming deadline to file a responsive pleading to Plaintiffs' anticipated amended complaint, Defendant also moved to shorten the briefing period on its Motion to Stay. (Dkt. No. 39.) Specifically, Defendant requests the Court shorten Plaintiffs' time to oppose the Motion to Stay and hold a hearing on less than thirty-five days' notice. Defendant's motion to shorten the briefing period is hereby **DENIED**. Plaintiffs shall file any opposition to the Motion to Stay no later than October 27, 2015, and Defendant shall reply thereto by November 3, 2015. The hearing date is accordingly **RESET** pursuant to this Court's Standing Order to **November 17, 2015 at 2:00 p.m. in Oakland Courthouse, Courtroom 1**.

Recognizing the meritorious objective of conserving resources, the Court relieves Defendant of responding to the complaint until the Motion to Stay is resolved. Accordingly, the Court **SETS** Defendant's deadline to respond to Plaintiff's amended complaint to be 14 days following the Court's order on the Motion to Stay.

This Order terminates Docket Number 39.

**IT IS SO ORDERED**.

Date: October 15, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**