UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CVS HEALTH CORPORATION GENERIC
PRESCRIPTION DRUG PRICING LITIGATION                    MDL No. 2675

ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion by plaintiff Robert Podgorny, et al. filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seeks centralization of the actions on the attached schedule in the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw their Section 1407 motion.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

IN RE: CVS HEALTH CORPORATION GENERIC
PRESCRIPTION DRUG PRICING LITIGATION                    MDL No. 2675

## SCHEDULE A

**DIST  DIV.  C.A.NO.         CASE CAPTION**

CALIFORNIA NORTHERN
CAN   4      15-03504        Corcoran et al v. CVS Health Corporation

ILLINOIS NORTHERN
ILN   1      15-08177        Podgorny et al v. CVS Health Corporation