UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>Defendants. | Case No.  15-cv-03504-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CLASS CERTIFICATION MOTION  HEARD BY: | December 6, 2016 |
| | (Motion filed by 8/2/16; Oppo. filed by 9/20/16; Reply filed by 11/8/16) |
| REFERRED TO ADR TO BE COMPLETED BY: | June 1, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | April 7, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 9, 2016<br>Rebuttal: January 27, 2017 |
| DISCOVERY CUTOFF (FACT AND EXPERT): | February 24, 2017 |
| DISPOSITIVE MOTIONS[1]/ DAUBERT  MOTIONS TO BE HEARD BY: | June 20, 2017 |
| | (Motions filed by 3/28/17; Oppo. filed by 4/25/17; Reply filed by 5/23/17) |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, January 8, 2016 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

As set forth above, the parties are REFERRED to private mediation.  A compliance hearing regarding the name of the agreed-upon mediator shall be held on Friday, January 8, 2016 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  (*See* Dkt. No. 61)

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 9, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

United States District Court
Northern District of California

2