# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CORCORAN**, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> **CVS HEALTH CORPORATION**, *et al.*, <br><br>   Defendants**.** | Case No.: 15-cv-3504 YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding selection of a private mediator shall be held on Friday **January 8, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than January 1, 2016, the parties shall file either: (a) a JOINT STATEMENT informing the Court of the name of the private mediator with whom the parties have scheduled mediation to be completed prior to June 1, 2016; or (b) a JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances may be allowed only if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: December 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**