1

2

3

4

5

6

7

8

9

United States District Court
Northern District of California

10   **UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10   **CHRISTOPHER CORCORAN, ET AL.,**          Case No.: 15-cv-3504 YGR

11        **Plaintiffs,**                        **ORDER DENYING WITHOUT PREJUDICE**
                                                 **PROPOSED STIPULATED PROTECTIVE ORDER**
12        **vs.**

13   **CVS HEALTH CORPORATION and CVS**          Re: Dkt. No. 59
     **PHARMACY, INC.,**
14
          **Defendants.**
15

16        The parties' [Proposed] Stipulated Protective Order (Dkt. No. 59) is hereby **DENIED**

17   **WITHOUT PREJUDICE**.  The District's Model Protective Order for standard Litigation is available

18   online and should be followed by the parties.[1]  The parties are further advised that prior to

19   submitting their revised stipulated protective order, the model order available online should be

20   modified to reflect the following update to paragraph 6.3, which concerns judicial intervention in

21   the event of a challenged designation:

22        6.3    Judicial Intervention.  If the Parties cannot resolve a challenge

23        without court intervention, the parties shall follow the Court's Standing Order in

24        Civil Cases regarding Discovery and Discovery Motions.  The parties may file a

25        joint letter brief regarding retaining confidentiality within 21 days of the initial

26        notice of challenge or within 14 days of the parties agreeing that the meet and

27

28   ───────────────
     [1] *See* United States District Court, Northern District of California, "Stipulated Protective Orders,"
     http://cand.uscourts.gov/stipprotectorder.

United States District Court
Northern District of California

1   confer process will not resolve their dispute, whichever is earlier.  Failure by a

2   Designating Party to file such discovery dispute letter within the applicable 21 or

3   14 day period (set forth above) with the Court shall automatically waive the

4   confidentiality designation for each challenged designation.  If, after submitting a

5   joint letter brief, the Court allows that a motion may be filed, any such motion

6   must be accompanied by a competent declaration affirming that the movant has

7   complied with the meet and confer requirements imposed in the preceding

8   paragraph.  The Court, in its discretion, may elect to transfer the discovery matter

9   to a Magistrate Judge.

10       In addition, the parties may file a joint letter brief regarding a challenge to

11   a confidentiality designation at any time if there is good cause for doing so,

12   including a challenge to the designation of a deposition transcript or any portions

13   thereof.  If, after submitting a joint letter brief, the Court allows that a motion may

14   be filed, any motion brought pursuant to this provision must be accompanied by a

15   competent declaration affirming that the movant has complied with the meet and

16   confer requirements imposed by the preceding paragraph.   The Court, in its

17   discretion, may elect to refer the discovery matter to a Magistrate Judge.

18       The burden of persuasion in any such challenge proceeding shall be on the

19   Designating Party. Frivolous challenges, and those made for an improper purpose

20   (e.g., to harass or impose unnecessary expenses and burdens on other parties) may

21   expose the Challenging Party to sanctions. Unless the Designating Party has

22   waived the confidentiality designation by failing to file a letter brief to retain

23   confidentiality as described above, all parties shall continue to afford the material

24   in question the level of protection to which it is entitled under the Producing

25   Party's designation until the court rules on the challenge.

26   ///

27   ///

28   ///

United States District Court
Northern District of California

1    In addition, the parties are directed to review the undersigned's discovery procedures.[2]

2    This Order terminates Docket No. 59.

3    **IT IS SO ORDERED**.

4

5    Date: December 9, 2015

6    _____
     **YVONNE GONZALEZ ROGERS**

7    **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

      [2] *See* United States District Court, Northern District of California, Standing Orders of Judge
28    Gonzalez Rogers, http://cand.uscourts.gov/ygrorders.