**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER CORCORAN**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CVS HEALTH CORPORATION AND CVS PHARMACY, INC.,** <br><br> Defendants. | Case No.: 15-CV-3504 YGR <br><br> **ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE MOTION TO DISMISS HEARING DATE** <br><br> Re: Dkt. No. 75 |

Defendants CVS Health Corporation and CVS Pharmacy, Inc. ("defendants") filed an administrative motion to continue the hearing date on their pending motions to dismiss. (Dkt. No. 75.) Defendants' motion is **DENIED**. Under the Civil Local Rules, the Court may resolve the pending motions to dismiss without oral argument, and has not yet determined whether it is appropriate in this case.

The Court **ORDERS** defendants' lead counsel Enu Mainigi to advise the Court of the trial schedule in the conflicting case, *John Lauriello v. Caremark Rx, LLC*, 01-CV-2003-006630.00 (Ala. Cir. Ct.). Defense counsel shall inform the Court of the daily trial schedule and which day(s) of the week are dark in the trial.

This Order terminates Docket Number 75.

**IT IS SO ORDERED**.

Date: February 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**