United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER CORCORAN,** *et al.,* | Case No.: 15-CV-3504 YGR |
| Plaintiffs, | **ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| vs. | |
| **CVS HEALTH CORPORATION AND CVS PHARMACY, INC.,** | Re: Dkt. Nos. 73, 76 |
| Defendants. | |

12    On January 15, 2016, Plaintiffs[1] filed an administrative motion to file under seal portions of

13 their oppositions to Defendants' motions to dismiss.  (Dkt. No. 73.)  On February 12, 2016,

14 Defendants similarly filed an administrative motion to file under seal portions of CVS Health's

15 reply in support of its motion to dismiss, and exhibits submitted in connection therewith.  (Dkt. No.

16 76.)  Here, both administrative motions concern information designated as confidential by

17 Defendants.  Defendants thus bear the burden to demonstrate why the information should be sealed.

18 Given the dispositive nature of Defendants' motions, they must demonstrate "compelling reasons"

19 that overcome the public's right to view public records and documents including judicial records.

20 *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

21    The Court finds Defendants met their burden with respect to only two sets of proposed

22 redactions: Exhibits 5 and 6 to the Second Moffatt Declaration (Dkt. Nos. 77-6, 77-7 as amended at

23 Dkt. Nos. 89-1, 89-2).  The showing with respect to the other requests, by contrast, is not sufficient

24 under the applicable "compelling reasons" standard.  Accordingly, Defendants' motion with respect

25 to Exhibits 5 and 6 to the Second Moffatt Declaration is **GRANTED**.  The administrative motions to

26 file under seal are otherwise **DENIED**.

27

28    [1] All terms shall have the same meaning as defined in the Court's Order on Defendants' underlying motions to dismiss entered via separate order this same day.

1       This Order terminates Docket Numbers 73, 76.

2      **IT IS SO ORDERED**.

3  Date: March 14, 2016

4
                                        YVONNE GONZALEZ ROGERS

5                                UNITED STATES DISTRICT COURT JUDGE