# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CORCORAN**, *et al.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> **CVS HEALTH CORPORATION AND CVS PHARMACY, INC.**, <br><br>  Defendants. | Case No.: 15-CV-3504 YGR <br><br> **ORDER VACATING HEARING** <br><br> Re: Dkt. No. 102 |

Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds defendant's motion to dismiss (Dkt. No. 102) appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for May 24, 2016.

**IT IS SO ORDERED**.

Date: May 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**