1  Michael P. Lehmann (Cal. Bar. No. 77152)
   Christopher L. Lebsock (Cal. Bar No. 184546)
2  Bonny E. Sweeney (Cal. Bar. No. 176174)
   HAUSFELD
3  600 Montgomery St., Suite 3200
   San Francisco, California 94111
4  Tel: 415-633-1908
   Fax: 415-358-4980
5  mlehmann@hausfeld.com
   clebsock@hausfeld.com
6  bsweeney@hausfeld.com

7  Richard Lewis (*pro hac vice*)
   Kristen Ward Broz (*pro hac vice*)
8  HAUSFELD
   1700 K St. N.W., Suite 650
9  Washington, D.C. 20006
   Tel: 202-540-7200
10 Fax: 202-540-7201
   rlewis@hausfeld.com
11 kward@hausfeld.com

12 *Attorneys for Plaintiffs*

13
   Enu Mainigi (*Pro Hac Vice*)
14 Grant A. Geyerman (*Pro Hac Vice*)
   Ashley W. Hardin (*Pro Hac Vice*)
15 Colleen McNamara (*Pro Hac Vice*)
   WILLIAMS & CONNOLLY LLP
16 725 Twelfth Street, NW
   Washington, DC 20005
17 Telephone: (202) 434-5000
   Facsimile: (202) 434-5029

18 Edward W. Swanson (State Bar No. 159859)
   August Gugelmann (State Bar No. 240544)
19 SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
20 San Francisco, CA 94104
   Telephone: (415) 477-3800
21 Facsimile: (415) 477-9010

22 Attorneys for CVS Pharmacy, Inc.

   Pat A. Cipollone, P.C. (*pro hac vice*)
   Rebecca R. Anzidei (*pro hac vice*)
   Robert B. Gilmore (*pro hac vice*)
   STEIN MITCHELL MUSE
   CIPOLLONE & BEATO LLP
   1100 Connecticut Ave., N.W.
   Washington, D.C. 20036
   Tel: (202) 737-7777
   pcipollone@steinmitchell.com
   ranzidei@steinmitchell.com
   rgilmore@steinmitchell.com

   Elizabeth C. Pritzker (Cal. Bar. No. 146267)
   Jonathan K. Levine (Cal. Bar. No. 220289)
   Bethany L. Caracuzzo (Cal. Bar. No. 190687)
   PRITZKER LEVINE LLP
   180 Grand Avenue, Suite 1390
   Oakland, California 94612
   Tel.  415-692-0772
   Fax. 415-366-6110
   ecp@pritzkerlevine.com
   jkl@pritzkerlevine.com
   bc@pritzkerlevine.com

   *Attorneys for Plaintiffs and the Proposed Class*

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Yvonne Gonzalez Rogers]

23
24
25
26
27

JOINT STIPULATION RE: PRODUCTION OF NATIONWIDE TRANSACTION DATA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CVS PHARMACY, INC.,<br><br>           Defendant. | No. 15-CV-03504-YGR<br><br>**STIPULATION REGARDING DEFENDANT CVS PHARMACY, INC.'S PRODUCTION OF NATIONWIDE TRANSACTION DATA** |

**WHEREAS,** pursuant to the Case Management and Pretrial Order filed on December 9, 2015 [Dkt. No. 62], Plaintiffs must file their motion for class certification by August 2, 2016; defendant CVS Pharmacy, Inc. ("CVS") must file its opposition by September 20, 2016; and Plaintiffs must file their Reply by November 8, 2016;

**WHEREAS** the Court's hearing on Plaintiffs' motion for class certification is currently scheduled for December 6, 2016;

**WHEREAS**, on February 5, 2016, CVS produced to Plaintiffs transaction data reflecting purchases of drugs on CVS's Health Savings Pass ("HSP") program in 12 states and the District of Columbia, reflecting the states in which at least one named plaintiff resides or has filed a prescription for an HSP-eligible medication at a CVS pharmacy;

**WHEREAS,** Plaintiffs will seek to certify a class on a nationwide basis in addition to state-specific subclasses;

**WHEREAS,** on June 14, 2016, the parties filed a Discovery Dispute Letter Brief regarding Plaintiffs' motion to compel CVS to produce transaction data from the remaining states where CVS has retail pharmacy stores (the "Nationwide Data");

**WHEREAS**, on June 22, 2016, the Court held a discovery hearing regarding the Nationwide Data;

1 **WHEREAS**, at that hearing, the Court offered CVS the choice of deferring a ruling on Plaintiffs' motion to compel until after receiving the Court's ruling on its pending motion to dismiss, thereby suspending indefinitely Plaintiffs' deadline to file their motion for class certification, or producing the Nationwide Data now;

**WHEREAS**, on June 23, 2016, the Court instructed the parties to inform the Court regarding a stipulation as to their agreed-upon schedule for CVS's production of the Nationwide Data and the briefing deadlines for Plaintiffs' motion for class certification;

**WHEREAS**, CVS informed Plaintiffs, on June 23, 2016, that they would need through the better part of August to produce the Nationwide Data, and in order to have certain deadlines;

**NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL** hereby stipulate as follows:

(1) CVS will produce the Nationwide Data by August 26, 2016;

(2) Plaintiffs will file their motion for class certification by October 3, 2016;

(3) CVS will file its opposition to Plaintiffs' motion for class certification by November 21, 2016;

(4) Plaintiffs will file their reply in support of their motion for class certification by January 9, 2017;

(5) The parties await the Court's instruction regarding a new hearing date for Plaintiffs' motion for class certification.

THE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION IS CONTINUED TO TUESDAY, JANUARY 31, 2017 ON THE COURT'S 2:00 P.M. CALENDAR.

**SO STIPULATED.**

Date: June 23, 2016

WILLIAMS & CONNOLLY LLP

By:   /s/ Grant A. Geyerman
      Grant A. Geyerman

*Attorney for Defendant CVS Pharmacy, Inc.*

STEIN MITCHELL MUSE
CIPOLLONE & BEATO LLP

By: /s/ Robert B. Gilmore
     Robert B. Gilmore

*Attorney for Plaintiffs*