*[Submitting counsel appear on additional pages]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, et al., | Case No. 15-cv-03504-YGR |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **<u>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>** |
| CVS Pharmacy, Inc. | |
| Defendant. | |



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/30/2016

STIPULATION OF
DISMISSAL WITHOUT PREJUDICE

CASE NO. 15-CV-03504-YGR

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendant CVS Pharmacy, Inc., by and through their respective counsel, hereby stipulate to the voluntary dismissal without prejudice of plaintiff Linda Krone.  As conditions of this stipulation, (1) Ms. Krone reserves the right to proceed in this matter as an absent class member; (2) CVS Pharmacy, Inc. reserves the right to argue that Ms. Krone does not qualify as a member of any class that may be certified in this matter; and (3) Ms. Krone shall not bring any new action against CVS Pharmacy, Inc. or its affiliates concerning the subject matter of the above-captioned matter.

Dated: September 29, 2016                                  Respectfully submitted,

By: */s/ Richard Lewis*

Bonny E. Sweeney (Cal. Bar No. 176174)
Richard Lewis (admitted *pro hac vice*)
Kristen Ward Broz (admitted *pro hac vice*)
HAUSFELD

Pat A. Cipollone, P.C. (admitted *pro hac vice*)
Rebecca R. Anzidei (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
STEIN MITCHELL CIPOLLONE MISSNER & BEATO LLP

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Shiho Yamamoto (Cal. Bar No. 264741)
PRITZKER LEVINE LLP

*Interim Class Counsel*


By: */s/ Grant A. Geyerman*

Enu Mainigi (admitted *pro hac vice*)
Luba Shur (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP

*Attorneys for Defendant CVS Pharmacy, Inc.*