*[Submitting counsel appear on additional pages]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, et al., | Case No. 15-cv-03504-YGR |
| Plaintiffs, | CLASS ACTION |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| CVS Pharmacy, Inc. | |
| Defendant. | |



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

9/30/2016

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

CASE NO. 15-CV-03504-YGR

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendant CVS Pharmacy, Inc., by and through their respective counsel, hereby stipulate to the voluntary dismissal without prejudice of plaintiff Robert Guarnieri.  As conditions of this stipulation, (1) Mr. Guarnieri reserves the right to proceed in this matter as an absent class member; (2) CVS Pharmacy, Inc. reserves the right to argue that Mr. Guarnieri does not qualify as a member of any class that may be certified in this matter; and (3) Mr. Guarnieri shall not bring any new action against CVS Pharmacy, Inc. or its affiliates concerning the subject matter of the above-captioned matter.

Dated: September 30, 2016                    Respectfully submitted,

By: */s/ Richard Lewis*

Bonny E. Sweeney (Cal. Bar No. 176174)
Richard Lewis (admitted *pro hac vice*)
Kristen Ward Broz (admitted *pro hac vice*)
HAUSFELD

Pat A. Cipollone, P.C. (admitted *pro hac vice*)
Rebecca R. Anzidei (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
STEIN MITCHELL CIPOLLONE MISSNER & BEATO LLP

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Shiho Yamamoto (Cal. Bar No. 264741)
PRITZKER LEVINE LLP

*Interim Class Counsel*


By: */s/ Grant A. Geyerman*

Enu Mainigi (admitted *pro hac vice*)
Luba Shur (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP

*Attorneys for Defendant CVS Pharmacy, Inc.*