Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Kristen Ward Broz (pro hac vice)
HAUSFELD
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
kward@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Rebecca R. Anzidei (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
ranzidei@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | Case No. 15-cv-03504-YGR-JSC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-CV-03504-YGR-JSC

I, Jonathan K. Levine, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am a partner of Pritzker Levine LLP, one of law firms representing plaintiffs and the proposed class in this litigation. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Plaintiffs hereby request that the following documents be filed under seal, for the reasons set forth below:

  a) Portions of Plaintiffs' Motion for Class Certification and Trial Plan (Appendix to Motion);

  b) Portions of the Declaration of Dr. Robert P. Navarro (Exhibit 1 to the Declaration of Robert Gilmore filed in support of Plaintiff's Motion ("Gilmore Decl."));

  c) Portions of the Declaration of Dr. Joel W. Hay (Exhibit 15 to the Gilmore Decl.) respectively);

  d) Exhibits 1 through 14 and 16 through 27 of the Gilmore Decl., as designated below.

3. Pursuant to § 2.2 of the Revised Stipulated Protective Order ("Order")(Docket No. 66, filed December 14, 2015 and approved by the Court on December 15, 2015, Docket No. 67), each party may designate as "Confidential" information that qualifies for protection under Federal Rule of Civil Procedure 26(c). Pursuant to § 7.2 of the Order, disclosure of such information may be allowed only to the categories of persons and under the conditions described in the Order. The documents designated confidential and that are filed under seal are as follows:

| Document | Designating Party and Confidentiality Designation |
| --- | --- |
| Portions of Plaintiffs' Motion for Class Certification, at 2:7-9, 14-16; 5:11-13, 18-24;  6:3-5, 11-17; 7:1-2, 8-11, 22-24; 8:6-12, 15-23; 9:3-21; 10:22-24; 11:8-12, 27-28; 17:27-28; 21:10-12, 18- | CVS- Confidential |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 1

| | |
|---|---|
| 19; 22:28-23:2; and footnotes 6, 7, 10, and 12 | |
| Portions of Plaintiffs' Trial Plan, Appendix to Motion for Class Certification, at 4:17-5:4, 5:16-20; and footnotes 2, 3, 6 | CVS- Confidential |
| Exhibit 1 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 2 to the Gilmore Decl.: portions of the Declaration of Dr. Robert Navarro, at 21, 26, 34, 40, 43, 45, 47 - 50, and footnotes 23, 28, 31, 33 59, 64, 67 and 78 | CVS- Confidential |
| Exhibit 3 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 4 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 5 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 6 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 7 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 8 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 9 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 10 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 11 to the Gilmore Decl.: excerpts of deposition transcript | CVS- Confidential |
| Exhibit 12 to the Gilmore Decl.: chart summarizing CVS documents | CVS- Confidential |
| Exhibit 13 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 14 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 2

| | |
|---|---|
| Exhibit 15 to the Gilmore Decl.: Portions of the Declaration of Dr. Joel W. Hay, at 2, 9, 10, 12, 13, 27, 28, 31 - 34, 38, 40 – 43, 50, 52 – 55; footnotes 10 and 14; subheadings on page 13:24-15 and page 15:20-21; and Tables 1 – 17 | CVS- Confidential |
| Exhibit 16 to the Gilmore Decl.: documents produced by CVS | CVS- Confidential |
| Exhibit 17 to the Gilmore Decl.: emails produced by CVS | CVS- Confidential |
| Exhibit 18 to the Gilmore Decl.: email produced by CVS | CVS- Confidential |
| Exhibit 19 to the Gilmore Decl.: email produced by CVS | CVS- Confidential |
| Exhibit 20 to the Gilmore Decl.: email produced by CVS | CVS- Confidential |
| Exhibit 21 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 22 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 23 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 24 to the Gilmore Decl. excerpts of deposition transcript | CVS- Confidential |
| Exhibit 25 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 26 to the Gilmore Decl.: document produced by CVS | CVS- Confidential |
| Exhibit 27 to the Gilmore Decl.: chart | CVS- Confidential |
| Exhibit 40 to the Gilmore Decl.: excerpts of deposition transcript | CVS – Confidential |

3.      Based upon my review of these materials, the requested relief is necessary per Civil Local Rule 79-5(e) to protect the confidentiality of information contained in these briefs and exhibits that is derived from, or consists wholly of, documents designated as Confidential by defendant under the terms of the Revised Protective Order.

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 3

1  4. Plaintiffs do not take a position as to whether these documents have been appropriately
2  designated as Confidential and are appropriately filed under seal.
3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5  Executed this 3rd day of October, 2016 in Oakland, California.

By: */s/ Jonathan K. Levine*
    Jonathan K. Levine

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 4