| | |
|---|---|
| Bonny E. Sweeney (Cal. Bar No. 176174)<br>HAUSFELD<br>600 Montgomery St., Suite 3200<br>San Francisco, California 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980<br>bsweeney@hausfeld.com<br><br>Richard Lewis (admitted *pro hac vice*)<br>Kristen Ward Broz (admitted *pro hac vice*)<br>HAUSFELD<br>1700 K St. NW, Suite 650<br>Washington, D.C. 20006<br>Tel: 202-540-7200<br>Fax: 202-540-7201<br>rlewis@hausfeld.com<br>kward@hausfeld.com | Pat A. Cipollone, P.C. (admitted *pro hac vice*)<br>Rebecca R. Anzidei (admitted *pro hac vice*)<br>Robert B. Gilmore (admitted *pro hac vice*)<br>STEIN MITCHELL CIPOLLONE BEATO &<br>  MISSNER LLP<br>1100 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Tel: (202) 737-7777<br>pcipollone@steinmitchell.com<br>ranzidei@steinmitchell.com<br>rgilmore@steinmitchell.com<br><br>Elizabeth C. Pritzker (Cal. Bar No. 146267)<br>Jonathan K. Levine (Cal. Bar No. 220289)<br>Bethany L. Caracuzzo (Cal. Bar No. 190687)<br>PRITZKER LEVINE LLP<br>180 Grand Avenue, Suite 1390<br>Oakland, California 94612<br>Tel.  415-692-0772<br>Fax. 415-366-6110<br>ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com |

*Interim Class Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, et al.,<br><br>           Plaintiffs,<br><br>           v.<br><br>CVS Pharmacy, Inc.<br><br>           Defendant. | Case No. 4:15-cv-03504-YGR<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT B. GILMORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 31, 2017<br>Time: 2:00pm<br>Courtroom: 1<br>Judge: Honorable Yvonne Gonzalez Rogers |

DECL. OF ROBERT B. GILMORE IN SUPPORT OF PLAINTIFFS' MOT. FOR CLASS CERT.

CASE NO. 3:15-CV-03504-YGR

I, Robert B. Gilmore, declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice*. I am a partner of Stein, Mitchell, Cipollone, Beato, & Missner, LLP, one of the law firms appointed as Interim Class Counsel representing the Plaintiffs and proposed classes in this litigation. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the September 16, 2016 Deposition of Scott Tierney.

3. Attached as Exhibit 2 is a true and correct copy of the October 3, 2016 Declaration of Dr. Robert P. Navarro.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the September 20, 2016 Deposition of CVS Pharmacy, Inc.'s Rule 30(b)(6) Designee, Hilary Dudley.

5. Attached as Exhibit 4 is a true and correct copy of a document titled "Health Savings Pass Reconciliation Process," produced by CVS in this litigation with Bates No. CVSC-0313151.

6. Attached as Exhibit 5 is a true and correct copy of a document titled "Third Party Glossary," produced by CVS in this litigation with Bates No. CVSC-0068438.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the transcript of the September 28, 2016 Deposition of Robert Greenwood.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the transcript of the September 30, 2014 Examination Under Oath of Thomas J. Gibbons, produced by CVS in this litigation with Bates No. CVSC-0223177.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the transcript of the October 1, 2014 Examination Under Oath of Susan F. Colbert, produced by CVS in this litigation with Bates No. CVSC-0223295.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the transcript of the December 19, 2014 Examination Under Oath of Paul R. Ferschke, produced by CVS in this litigation with Bates No. CVSC-0223385.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the July 20, 2016 Deposition of Thomas Morrison.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the July 21, 2016 Deposition of Sevak Melkonian.

13. Attached as Exhibit 12 is a chart summarizing CVS contracts with third party payors that contain the "Lower of U&C' pricing terms. This chart is based on documents produced thus far by CVS.

14. Attached as Exhibit 13 is a true and correct copy of an October 8, 2001 Pharmacy Provider Agreement between Humana Health Plan, Humana Insurance, and CVS Pharmacy, as amended, produced by CVS in this litigation with the Bates No. CVSC-0014111.

15. Attached as Exhibit 14 is a true and correct copy of a February 1, 2008 MedCare Pharmacy Network Agreement between MedImpact and CVS, produced in this litigation with the Bates No. HARVPIL00000016.

16. Attached as Exhibit 15 is a true and correct copy of the October 3, 2016 Declaration of Dr. Joel Hay.

17. Attached as Exhibit 16 is a compilation of true and correct copies of HSP program formularies produced by CVS in this litigation with the Bates Nos. CVSC-0008309, CVSC-0008311, CVSC-0008313, CVSC-0008315, CVSC-0008319, CVSC-0008321, CVSC-0008323, CVSC-0008327, CVSC-0008329, CVSC-0008915, CVSC-0198667, CVSC-0199412, CVSC-0201555, CVSC-0222034, CVSC-0224662, CVSC-0226329, CVSC-0226476, CVSC-0226628, CVSC-0226673, CVSC-0229413, CVSC-0236969.

18. Attached as Exhibit 17 is a true and correct copy of an Apr. 9, 2008 Email Thread regarding "Cash card discussion with Larry," produced by CVS in this litigation with the Bates No. CVSC-0222729.

19. Attached as Exhibit 18 is a true and correct copy of a May 14, 2008 Email regarding "Cash Card," produced by CVS in this litigation with the Bates No. CVSC-0222959.

20. Attached as Exhibit 19 is a true and correct copy of an August 3-4, 2008 Email thread regarding "CVS Caremark Cash Offering," produced by CVS in this litigation with the Bates No. CVSC-0222766.

21. Attached as Exhibit 20 is a true and correct copy of a September 12, 2008 Email thread regarding "Proposed CVS Retail Program," produced by CVS in this litigation with the Bates No. CVSC-0001448.

22. Attached as Exhibit 21 is a true and correct copy of a Spreadsheet listing "Cash Discount" programs, produced by CVS in this litigation with the Bates No. CVSC-0039722.

23. Attached as Exhibit 22 is a true and correct copy of a policy & procedure document titled "CVS/Pharmacy Health Savings Pass," produced by CVS in this litigation with the Bates No. CVSC-0222895.

24. Attached as Exhibit 23 is a true and correct copy of the transcript of the February 2, 2016 Examination Under Oath of Thomas E. Morrison, produced by CVS in this litigation with Bates No. CVSC-0223506.

25. Attached as Exhibit 24 is a true and correct copy of a May 9, 2008 presentation titled "Cash Card Program Offering Recommendations," produced by CVS in this litigation with the Bates No. CVSC-0222983.

26. Attached as Exhibit 25 is a true and correct copy of a July 8, 2010 Email and Chart entitled "Connecticut Medicaid – HSP Alternative Solutions," produced by CVS in this litigation with the Bates No. CVSC-0145833.

27. Attached as Exhibit 26 is a true and correct copy of a June 2010 Landscape Strategy Presentation, produced by CVS in this litigation with the Bates No. CVSC-0341621.

28. Attached as Exhibit 27 is a chart summarizing certain information regarding (1) the contracts between CVS and Plaintiffs' PBMs or TPPs that apply to Plaintiffs' transactions with CVS, and (2) deposition testimony of Plaintiffs deposed by CVS to date in this litigation.

29. Attached as Exhibit 28 is a true and correct copy of excerpts from the transcript of the August 5, 2016 Deposition of Zulema Avis.

30.     Attached as Exhibit 29 is a true and correct copy of excerpts from the transcript of the July 26, 2016 Deposition of Carolyn Caine.

31.     Attached as Exhibit 30 is a true and correct copy of excerpts from the transcript of the September 21, 2016 Deposition of Robert Garber.

32.     Attached as Exhibit 31 is a true and correct copy of excerpts from the transcript of the August 27, 2016 Deposition of Vincent Gargiulo.

33.     Attached as Exhibit 32 is a true and correct copy of excerpts from the transcript of the September 7, 2016 Deposition of Amanda Gilbert.

34.     Attached as Exhibit 33 is a true and correct copy of excerpts from the transcript of the August 12, 2016 Deposition of Zachary Hagert.

35.     Attached as Exhibit 34 is a true and correct copy of excerpts from the transcript of the July 28, 2016 Deposition of Robert Jenks.

36.     Attached as Exhibit 35 is a true and correct copy of excerpts from the transcript of the August 19, 2016 Deposition of Onnolee Samuelson.

37.     Attached as Exhibit 36 is a true and correct copy of excerpts from the transcript of the August 9, 2016 Deposition of Walter Wulff.

38.     Attached as Exhibit 37 is a true and correct copy of excerpts from the transcript of the September 16, 2016 Deposition of Deborah Barret.

39.     Attached as Exhibit 38 is a true and correct copy of excerpts from the transcript of the August 30, 2016 Deposition of Carl Washington.

40.     Attached as Exhibit 39 is a true and correct copy of excerpts from the transcript of the August 18, 2016 Deposition of Toni Odorisio.

41.     Attached as Exhibit 40 is a true and correct copy of excerpts from the transcript of the July 27, 2016 Deposition of Brian Hughes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of October, 2016

*/s/ Robert B. Gilmore*