*[Submitting counsel appear on additional pages]*

**GRANTED**
Judge Yvonne Gonzalez Rogers
10/27/2016

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CVS Pharmacy, Inc.<br><br>　　　　Defendant. | Case No. 15-cv-03504-YGR<br><br>CLASS ACTION<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

STIPULATION OF
DISMISSAL WITHOUT PREJUDICE

CASE NO. 15-CV-03504-YGR

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant
2  CVS Pharmacy, Inc., by and through their respective counsel, hereby stipulate to the voluntary dismissal
3  without prejudice of Plaintiff Ken Bolin.  As conditions of this stipulation, (1) Mr. Bolin reserves the
4  right to proceed in this matter as an absent class member; (2) CVS Pharmacy, Inc. reserves the right to
5  argue that Mr. Bolin does not qualify as a member of any class that may be certified in this matter; and
6  (3) Mr. Bolin shall not bring any new action against CVS Pharmacy, Inc. or its affiliates concerning the
7  subject matter of the above-captioned matter.

Dated: October 24, 2016                              Respectfully submitted,

By: */s/ Richard Lewis*

Bonny E. Sweeney (Cal. Bar No. 176174)
Richard Lewis (admitted *pro hac vice*)
Kristen Ward Broz (admitted *pro hac vice*)
HAUSFELD

Pat A. Cipollone, P.C. (admitted *pro hac vice*)
Rebecca R. Anzidei (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
STEIN MITCHELL CIPOLLONE MISSNER
& BEATO LLP

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Shiho Yamamoto (Cal. Bar No. 264741)
PRITZKER LEVINE LLP

*Interim Class Counsel*


By: */s/ Grant A. Geyerman*

Enu Mainigi (admitted *pro hac vice*)
Luba Shur (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP

*Attorneys for Defendant CVS Pharmacy, Inc.*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE              1              CASE NO. 15-CV-03504-YGR

1
2 **ATTESTATION**
3
I, Grant A. Geyerman, am the ECF user whose ID and password are being used to file this
4
document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed
5
have concurred in this filing.
6
7          /s/ Grant A. Geyerman
             Grant A. Geyerman
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28