1 | Enu Mainigi (*Pro Hac Vice*)
Luba Shur (*Pro Hac Vice*)
2 | Grant A. Geyerman (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
3 | 725 Twelfth Street, NW
Washington, DC 20005
4 | Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (State Bar No. 159859)
August Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for CVS Pharmacy, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al., | No. 15-CV-03504-YGR |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **DECLARATION OF GRANT A. GEYERMAN IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION** |
| CVS PHARMACY, INC. | |
| Defendant. | |

I, Grant A. Geyerman, make the following Declaration based on personal knowledge of the matters set forth herein. I am a partner at Williams & Connolly LLP, counsel to Defendant CVS Pharmacy, Inc. ("CVS") in this matter. I submit this declaration in support of CVS's Opposition to Plaintiff's Motion for Class Certification ("Opposition"). If called upon, I could and would testify competently to the following:

**A.     Charts of Plaintiffs' Testimony**

1. Attached hereto as Exhibit 1 is a true and correct copy of a composite exhibit created by undersigned counsel excerpting Plaintiffs' deposition testimony entitled "Continued Patronage of CVS."

2. Attached hereto as Exhibit 2 is a true and correct copy of a composite exhibit created by undersigned counsel excerpting Plaintiffs' deposition testimony entitled "Enrollment Fee Significant."

3. Attached hereto as Exhibit 3 is a true and correct copy of a composite exhibit created by undersigned counsel excerpting Plaintiffs' deposition testimony entitled "No Intention to Fill Future Prescriptions at CVS."

4. Attached hereto as Exhibit 4 is a true and correct copy of a composite exhibit created by undersigned counsel excerpting Plaintiffs' deposition testimony entitled "No False or Misleading Statements by CVS."

5. Attached hereto as Exhibit 5 is a true and correct copy of a composite exhibit created by undersigned counsel excerpting Plaintiffs' deposition testimony entitled "Plaintiffs are Inadequate."

6. Attached hereto as Exhibit 6 is a true and correct copy of a composite exhibit created by undersigned counsel excerpting Plaintiffs' deposition testimony entitled "Solicitation by Counsel."

**B.     Charts of State Laws**

7. Attached hereto as Exhibit 7 is a true and correct copy of a chart created by undersigned counsel responding to Plaintiffs' Exhibit A regarding the elements of the consumer protection statutes in each of the 11 states in which they seek to certify a class.

15-CV-03504-YGR

8. Attached hereto as Exhibit 8 is a true and correct copy of a chart created by undersigned counsel responding to Plaintiffs' Exhibit B regarding the elements of fraud in each of the 11 states in which they seek to certify a class.

9. Attached hereto as Exhibit 9 is a true and correct copy of a chart created by undersigned counsel responding to Plaintiffs' Exhibit C regarding the elements of negligent misrepresentation in each of the 11 states in which they seek to certify a class.

10. Attached hereto as Exhibit 10 is a true and correct copy of a chart created by undersigned counsel responding to Plaintiffs' Exhibit C regarding the elements of unjust enrichment in each of the 11 states in which they seek to certify a class.

**C.  PBM Witness Testimony**

11. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of the Deposition of William John Barre that was taken on November 17, 2016.

12. Attached hereto as Exhibit 12 is a true and correct copy of the November 21, 2016 Declaration of Amber D. Compton.

13. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of the Deposition of Cal Corum that was taken on November 2, 2016.

14. Attached hereto as Exhibit 14 is a true and correct copy of the November 18, 2016 Declaration of John M. Lavin.

15. Attached hereto as Exhibit 15 is a true and correct copy of the November 20, 2016 Declaration of Michael D. Reichardt.

16. Attached hereto as Exhibit 16 is a true and correct copy of the November 18, 2016 Declaration of Franceen Spadaccino, RPh.

17. Attached hereto as Exhibit 17 is a true and correct copy of the November 18, 2016 Declaration of G. William Strein.

**D.  Company Witnesses**

18. Attached hereto as Exhibit 18 is a true and correct copy of the November 21, 2016 Declaration of Susan Colbert.

19. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the

transcript of the Deposition of Susan F. Colbert that was taken on October 26, 2016.

20. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the transcript of the Deposition of CVS Pharmacy, Inc.'s 30(b)(6) Representative, Hilary Dudley, that was taken on September 20, 2016.

21. Attached hereto as Exhibit 21 is a true and correct copy of the November 18, 2016 Declaration of Thomas Gibbons.

22. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the transcript of the Deposition of Scott Tierney that was taken on September 13, 2016.

23. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the transcript of the Deposition of John Zevzavadjian that was taken on November 1, 2016.

**E.     Expert Witnesses**

24. Attached hereto as Exhibit 24 is a true and correct copy of the November 21, 2016 Declaration of Brett E. Barlag.

25. Attached hereto as Exhibit 25 is a true and correct copy of the November 20, 2016 Declaration of Catherine C. Graeff.

26. Attached hereto as Exhibit 26 is a true and correct copy of the November 20, 2016 Declaration of John Jones.

27. Attached hereto as Exhibit 27 is a true and correct copy of the November 19, 2016 Declaration of Edward G. McGinley.

28. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the transcript of the Deposition of Robert Navarro, PharmD. that was taken on November 7, 2016.

**F.     Plaintiffs' Deposition Excerpts**

29. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the transcript of the Deposition of Zulema Avis that was taken on August 5, 2016.

30. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the transcript of the Deposition of Debbie Barrett that was taken on September 16, 2016.

31. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the transcript of the Deposition of Gilbert Brown that was taken on October 13, 2016.

1  32.  Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the
2  transcript of the Deposition of Carolyn Caine that was taken on July 26, 2016.

3  33.  Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the
4  transcript of the Deposition of Tyler Clark that was taken on October 26, 2016.

5  34.  Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the
6  transcript of the Deposition of Christopher Corcoran that was taken on November 3, 2016.

7  35.  Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the
8  transcript of the Deposition of Robert Garber that was taken on September 21, 2016.

9  36.  Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the
10  transcript of the Deposition of Vincent Gargiulo that was taken on August 27, 2016.

11  37.  Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the
12  transcript of the Deposition of Amanda Gilbert that was taken on September 7, 2016.

13  38.  Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the
14  transcript of the Deposition of Zachary Hagert that was taken on August 12, 2016.

15  39.  Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the
16  transcript of the Deposition of Robert Jenks that was taken on July 28, 2016.

17  40.  Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the
18  transcript of the Deposition of Toni Odorisio that was taken on August 18, 2016.

19  41.  Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the
20  transcript of the Deposition of Onnolee Samuelson that was taken on August 19, 2016.

21  42.  Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the
22  transcript of the Deposition of Carl Washington that was taken on August 30, 2016.

23  43.  Attached hereto as Exhibit 43 is a true and correct copy of excerpts from the
24  transcript of the Deposition of Walter Wulff that was taken on August 9, 2016.

25  **G.  Other Witnesses**

26  44.  Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the
27  transcript of the Deposition of former Plaintiff Linda Krone that was taken on August 5, 2016.

28

45. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the Videotaped Examination Under Oath of Thomas Morrison that was taken on February 2, 2016.

46. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the transcript of the Deposition of Thomas Morrison that was taken on July 20, 2016.

47. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the transcript of the Deposition of Elizabeth S. Wingate that was taken on October 20, 2016.

**H.  Plaintiffs' Interrogatory Responses**

48. Attached hereto as Exhibit 48 is a true and correct copy of Plaintiff Zulema Avis' Amended Responses and Objections to Defendants Interrogatories dated August 1, 2016.

49. Attached hereto as Exhibit 49 is a true and correct copy of Plaintiff Debbie Barrett's Amended Responses and Objections to Defendants Interrogatories dated September 13, 2016.

50. Attached hereto as Exhibit 50 is a true and correct copy of Plaintiff Gilbert Brown's Amended Responses and Objections to Defendants Interrogatories dated October 5, 2016.

51. Attached hereto as Exhibit 51 is a true and correct copy of Plaintiff Carolyn Caine's Amended Responses and Objections to Defendants Interrogatories dated July 22, 2016.

52. Attached hereto as Exhibit 52 is a true and correct copy of Plaintiff Tyler Clark's Amended Responses and Objections to Defendants Interrogatories dated October 7, 2016.

53. Attached hereto as Exhibit 53 is a true and correct copy of Plaintiff Christopher Corcoran's Supplemental and Amended Responses and Objections to Defendants Interrogatories dated October 7, 2016.

54. Attached hereto as Exhibit 54 is a true and correct copy of Plaintiff Dr. Robert Garber's Amended Responses and Objections to Defendants Interrogatories dated August 1, 2016.

55. Attached hereto as Exhibit 55 is a true and correct copy of Plaintiff Vincent Gargiulo's Second Amended Responses and Objections to Defendants Interrogatories dated August 27, 2016.

56. Attached hereto as Exhibit 56 is a true and correct copy of Plaintiff Amanda Gilbert's Amended Responses and Objections to Defendants Interrogatories dated August 25, 2016.

57. Attached hereto as Exhibit 57 is a true and correct copy of Plaintiff Zachary Hagert's Amended Responses and Objections to Defendants Interrogatories dated August 5, 2016.

58. Attached hereto as Exhibit 58 is a true and correct copy of Plaintiff Robert Jenks' Amended Responses and Objections to Defendants Interrogatories dated July 22, 2016.

59. Attached hereto as Exhibit 59 is a true and correct copy of Plaintiff Toni Odorisio's Amended Responses and Objections to Defendants Interrogatories dated August 1, 2016.

60. Attached hereto as Exhibit 60 is a true and correct copy of Plaintiff Onnolee Samuelson's Third Amended Responses and Objections to Defendants Interrogatories dated August 17, 2016.

61. Attached hereto as Exhibit 61 is a true and correct copy of Plaintiff Carl Washington's Amended Responses and Objections to Defendants Interrogatories dated August 23, 2016.

62. Attached hereto as Exhibit 62 is a true and correct copy of Plaintiff Walter Wulff's Amended Responses and Objections to Defendants Interrogatories dated August 1, 2016.

**I.   CVS Contracts with PBMs and Payers**

63. Attached hereto as Exhibit 63 is a true and correct copy of the National Pharmacy Services Agreement entered into by Aetna Health Management, LLC and CVS Pharmacy, Inc. dated January 15, 2009, produced by CVS in this litigation with Bates No. CVSC-0323277.

64. Attached hereto as Exhibit 64 is a true and correct copy of the Participating Agreement for Pharmacy Chain entered into by Argus Health Systems, Inc. and CVS Pharmacy, Inc. dated Feb. 25, 2002, produced by CVS in this litigation with Bates No. CVSC-0342672.

65. Attached hereto as Exhibit 65 is a true and correct copy of the Provider Agreement Terms and Conditions entered into by Catamaran LLC and CVS Pharmacy, Inc. dated December 11, 2014, produced by CVS in this litigation with Bates No. CVSC-0324752.

66. Attached hereto as Exhibit 66 is a true and correct copy of the Commercial Preferred or Restricted Value Added Network Program entered into by Coventry Health Care, Inc. and CVS Pharmacy, Inc. dated Jan. 1, 2014, produced by CVS in this litigation with Bates No. CVSC-0261764.

67. Attached hereto as Exhibit 67 is a true and correct copy of the Pharmacy Network Agreement entered into by OptumRx, Inc. and CVS Pharmacy, Inc. dated Jan. 29, 2015, produced by CVS in this litigation with Bates No. CVSC-0327927.

68. Attached hereto as Exhibit 68 is a true and correct copy of the Participating Pharmacy Agreement [Commercial Retail] entered into by Rx Options, LLC and CVS Pharmacy, Inc. dated Jan. 1, 2014, produced by CVS in this litigation with Bates No. CVSC-0325563.

### J.   Other Documents

69. Attached hereto as Exhibit 69 is a true and correct copy of CVS Pharmacy Patient Prescription Records for Zulema Avis from May 31, 2006, through May 31, 2016, produced by CVS with Bates No. CVSC-0341312.

70. Attached hereto as Exhibit 70 is a true and correct copy of CVS Pharmacy Patient Prescription Records for Carolyn Caine from May 31, 2006, through May 31, 2016, produced by CVS with Bates No. CVSC-0341280.

71. Attached hereto as Exhibit 71 is a true and correct copy of CVS Pharmacy Patient Prescription Records for Christopher Corcoran from May 31, 2006, through May 31, 2016, produced by CVS with Bates No. CVSC-0341420.

72. Attached hereto as Exhibit 72 is a compilation of customer complaints regarding the Health Savings Pass enrollment fee, produced by CVS with the Bates numbers listed in the exhibit.

73. Attached hereto as Exhibit 73 is a table showing the dates of, and testimony regarding, Plaintiffs' continued patronage of CVS, with attached prescription records and deposition excerpts.

74. Attached hereto as Exhibit 74 is a compilation of provisions from contracts between CVS and PBMs or third-party payers, produced by CVS with the Bates numbers listed in the exhibit.

75. Attached hereto as Exhibit 75 is a true and correct copy of an event report for the 2008 Third Quarter CVS Caremark Earnings Call, produced by CVS with Bates No. CVSC-0384870.

76. Attached hereto as Exhibit 76 are true and correct copies of:
- A screenshot of the website for the Apex Drug Card, http://apexdrugcard.com/wp1/;
- Screenshots of the California Drug Card website, http://www.californiarxcard.com;
- An article titled "How do pharmacy discount cards work?" (August 12, 2013), available at http://www.discountdrugnetwork.com/how-do-pharmacy-discount-cards-work;
- Screenshots of the Discount Drug Network website, http://www.discountdrugnetwork.com;
- A screenshot of the Easy Drug Card website, http://easydrugcard.com/cvs-pharmacy-discounts;
- Screenshots of the Familywize website, http://familywize.org;
- Screenshots of the Georgia Drug Card website, http://www.georgiadrugcard.com; and
- A screenshot of the WellCardRx website, http://www.wellcardrx.com/frequently-asked-questions.

77. Attached hereto as Exhibit 77 is a true and correct copy of a screenshot of the FamilyWize Prescription Savings Card website (http://familywize.org).

78. Attached hereto as Exhibit 78 is a true and correct copy of information printed from the Georgia Drug Card website (http://www.georgiadrugcard.com).

79. Attached hereto as Exhibit 79 is a true and correct copy of an email from Laura A. Lee to Susan F. Colbert regarding "RE: TP DUMP," attaching a spreadsheet titled "May 2014 Active Plan List.xlsx," sent on May 15, 2014 and produced by CVS with Bates No. CVSC-0312973.

80. Attached hereto as Exhibit 80 is a true and correct copy of a screenshot of the UNA Rx Card website (http://unarxcard.com).

81. Attached hereto as Exhibit 81 is a true and correct copy of information printed from

1  the WellCardRx website (http://www.wellcardrx.com/pharmacy-savings).

2  82.    Attached hereto as Exhibit 82 is a true and correct copy of a document titled CVS Caremark Health Savings Pass FAQs, produced by CVS with Bates No. CVSC-0041391.

3  83.    Attached hereto as Exhibit 83 is a true and correct copy of an email from Lisa Schuldes to Doug Ghertner, Bari A. Harlam, and Tom. E. Morrison regarding "FW: Cash Card plan design," sent on August 7, 2008 and produced by CVS with Bates No. CVSC-0001224.

84.    Attached hereto as Exhibit 84 is a true and correct copy of a document titled "Agenda: Aetna Meeting," dated November 13, 2008 and produced by CVS with Bates No. CVSC-0366108.

85.    Attached hereto as Exhibit 85 is a true and correct copy of an email from Sharon Edmunds to John Giacovelli regarding "RE: New CVS Generic Program," sent on November 3, 2008 and produced by CVS with Bates No. CVSC-0270288.

86.    Attached hereto as Exhibit 86 is a true and correct copy of a document titled "*New Health Savings Pass Pharmacy Team Huddle Guide*," dated October 21, 2008 and produced by CVS with Bates No. CVSC-0001800.

87.    Attached hereto as Exhibit 87 is a true and correct copy of handwritten notes taken by Thomas Morrison during an October 30, 2008 telephone conversation with Andy Vasquez and Loretta Disney of the Texas Medicaid Program, produced by CVS with Bates No. CVSC-0000005.

88.    Attached hereto as Exhibit 88 is a true and correct copy of an email from Sharon Edmunds to David Calabrese regarding "RE: Health Savings Plan," sent on November 4, 2008 and produced by CVS with Bates No. CVSC-0269294.

89.    Attached hereto as Exhibit 89 is a true and correct copy of an email from Tom E. Morrison to Andy Vasquez re: "CVS Health Savings Pass Program," sent on November 4, 2008 and produced by CVS with Bates No. CVSC-0000003.

90.    Attached hereto as Exhibit 90 is a true and correct copy of an article by Laura Klepacki titled "Discount Generics Programs Flood Retail," published in Drug Store News on November 17, 2008.

91.    Attached hereto as Exhibit 91 is a true and correct copy of an article titled "Discount

1  Generics a Response to Economy, Not Competition," published in Drug Store News on November 17, 2008.

92. Attached hereto as Exhibit 92 is a true and correct copy of an email from Bari A. Harlam to Doug Ghertner regarding "RE: Horizon – Health Savings Pass feedback," sent on January 19, 2009 and produced by CVS with Bates No. CVSC-0293027.

93. Attached hereto as Exhibit 93 is a true and correct copy of an email from Tina L. Egan to Roderick Bergin regarding "FW: Medco U&C-please pass to MEDCO legal," sent on April 30, 2009 and produced by CVS with Bates No. CVSC-0386102.

94. Attached hereto as Exhibit 94 is a true and correct copy of a letter from C. Calvin Corum to Tina L. Egan, J.D., dated April 30, 2009, produced by CVS with Bates No. CVSC-0356466.

95. Attached hereto as Exhibit 95 is a true and correct copy of an editorial by Thomas M. Ryan titled "Patient-Centered Healthcare," published in the Boston Globe on June 26, 2009.

96. Attached hereto as Exhibit 96 is a true and correct copy of an email from Mike J. Ayotte to Robert A. Greenwood and Sue F. Colbert regarding "FW: North Carolina State Health Plan /Usual and Customary," sent on November 29, 2009 and produced by CVS with Bates No. CVSC-0002107.

97. Attached hereto as Exhibit 97 is a true and correct copy of an article by Melissa Korn and Nathan Becker titled "Connecticut Launches Probe of CVS Caremark," published in the Wall Street Journal on June 23, 2010.

98. Attached hereto as Exhibit 98 is a true and correct copy of an article by Stephen Singer titled "Conn., CVS in Dispute Over Discount Program," published by the Associated Press Online on June 23, 2010.

99. Attached hereto as Exhibit 99 is a true and correct copy of an article titled "CVS Caremark at Odds with Conn. Medicaid Over Discount Program," published in Drug Benefit News on July 16, 2010.

100. Attached hereto as Exhibit 100 is a true and correct copy of an article by Kristen Gerencher titled "Save at the Drugstore," published in the Harrisburg Patriot on December 4, 2011.

1 | 101. Attached hereto as Exhibit 101 is a true and correct copy of an email from Robert B. Gilmore to Luba Shur, sent on December 5, 2015.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 21, 2016 in Washington, D.C.

>*/s/* Grant A. Geyerman
>Grant A. Geyerman