UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHRISTOPHER CORCORAN, ET AL.**,

Plaintiffs,

v.

**CVS HEALTH, ET AL.**,

Defendants.

Case No. 15-cv-03504-YGR

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 189

**TO ALL COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned for engaging in unprofessional conduct and failing to agree to a reasonable briefing schedule on (1) Defendants' Motion to Strike Dr. Joel Hay's Opinion Regarding Plaintiffs' Qualifying Transactions and Exclude Evidence of Undisclosed Transactions (Dkt. No. 185) and (2) Defendants' Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro (Dkt. No. 186) (collectively, the "motions").

Counsel must file a joint written response to this Order to Show Cause by 12 p.m. on Friday, December 2, 2016. Failure to file a joint written response will be deemed an admission that no good cause exists for counsels' failure to agree to a briefing schedule for the motions, and that the imposition of monetary sanctions is appropriate. Lead counsel shall appear in Courtroom 1 at 8:00 a.m. on Monday, December 5, 2016 for a hearing. Should the parties resolve the issue, this Order will be withdrawn.

**IT IS SO ORDERED.**

Dated: December 1, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**