Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Kristen Ward Broz (pro hac vice)
HAUSFELD
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
kward@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Rebecca R. Anzidei (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
ranzidei@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CVS PHARMACY, INC.,<br><br>                    Defendant. | Case No. 15-cv-03504-YGR-JSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-CV-03504-YGR-JSC

1  I, Jonathan K. Levine, declare as follows:

2  1.  I am an attorney duly admitted to practice before this Court and am a partner of Pritzker Levine LLP, one of law firms representing plaintiffs and the proposed class in this litigation.  I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.  Plaintiffs hereby request that the following documents be filed under seal, for the reasons set forth below:

   a) Portions of plaintiffs' Opposition brief at 13:11- 14:19, 15:25-16:3, and 18:12-24;

   b) Portions of the Declaration of Dr. Robert P. Navarro, at paragraphs 21, 26, 34, 40, 43, 45, 47 – 50;  and footnotes 23, 28, 31, 33 59, 64, 67 and 78, attached as Exhibit 1 to the Declaration of Robert B. Gilmore submitted in support of Plaintiffs' Opposition (hereinafter "Gilmore Decl.");

   c) Excerpts of the November 7, 2016 deposition of Dr. Robert P. Navarro, attached as Exhibit 3 to the Gilmore Decl.;

   d) Exhibits 2, and 9-12, 16-21, and 26 to the Gilmore Decl. which consist of documents produced by CVS in this litigation;

   e) Exhibits 13, 14, 15, and 22 – 27 to the Gilmore Decl., which consist of excerpts of the depositions of CVS employees and third-party declarants.

3.  On October 3, 2016, plaintiffs moved to seal the same portions of the declarations of Dr. Navarro submitted in support of plaintiffs' motion for class certification.  *See* Dkt. No. 170, specifically Dkts. Nos. 170-7 (motion to seal), and 172-4 (motion for class certification).  The administrative motion to seal is currently pending.

4.  Pursuant to § 2.2 of the Revised Stipulated Protective Order ("Order")(Docket No. 66, filed December 14, 2015 and approved by the Court on December 15, 2015, Docket No. 67), each party may designate as "Confidential" information that qualifies for protection under Federal Rule of Civil Procedure 26(c).  Pursuant to § 7.2 of the Order, disclosure of such information may be allowed

only to the categories of persons and under the conditions described in the Order.  The documents designated confidential and that are filed under seal are as follows:

| Document | Designating Party and Confidentiality Designation |
|---|---|
| Portions of plaintiffs' Opposition brief, at 13:11- 14:19, 15:25-16:3, and 18:12-24. | CVS- Confidential |
| Exhibit 1 to the Gilmore Decl.: portions of the Declaration of Dr. Robert P. Navarro, at 21, 26, 34, 40, 43, 45, 47 - 50,  and footnotes 23, 28, 31, 33 59, 64, 67 and 78 | CVS- Confidential |
| Exhibit 2 to the Gilmore Decl.: excerpts of deposition transcript of Thomas Gibbons (9/30/14) (CVSC-0223177) | CVS- Confidential |
| Exhibit 3 to the Gilmore Decl.: excerpts of deposition transcript of Dr. Robert P. Navarro (11/7/16) | CVS- Confidential |
| Exhibit 9 to the Gilmore Decl.: document produced by CVS (CVSC-0222966) | CVS- Confidential |
| Exhibit 10 to the Gilmore Decl.: document produced by CVS (CVSC-0223086) | CVS- Confidential |
| Exhibit 11 to the Gilmore Decl.: document produced by CVS (CVSC-0067921) | CVS- Confidential |
| Exhibit 12 to the Gilmore Decl.: document produced by CVS (CVSC-022983) | CVS- Confidential |
| Exhibit 13 to the Gilmore Decl.: excerpts of deposition transcript of Scott Tierney | CVS- Confidential |
| Exhibit 14 to the Gilmore Decl.: excerpts of deposition transcript of Sevak Melkonian (7/21/16) | CVS- Confidential |
| Exhibit 15 to the Gilmore Decl.: | CVS- Confidential |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page  2

| | |
|---|---|
| excerpts of deposition transcript of Hilary Dudley | |
| Exhibit 16 to the Gilmore Decl.: document produced by CVS (CVSC-0222729) | CVS- Confidential |
| Exhibit 17 to the Gilmore Decl.: document produced by CVS (CVSC-0222766) | CVS- Confidential |
| Exhibit 18 to the Gilmore Decl.: document produced by CVS (CVSC-0222959) | CVS- Confidential |
| Exhibit 19 to the Gilmore Decl.: document produced by CVS (CVSC-0001448) | CVS- Confidential |
| Exhibit 20 to the Gilmore Decl.: document produced by CVS (CVSC-0222590) | CVS- Confidential |
| Exhibit 21 to the Gilmore Decl.: document produced by CVS (CVSC-0355493) | CVS- Confidential |
| Exhibit 22 to the Gilmore Decl.: excerpts of the rough transcript of the deposition of William Strein (12/12/16) | CVS- Confidential |
| Exhibit 23 to the Gilmore Decl.: excerpts of deposition transcript of Franceen Spadaccino (12/13/16) | CVS- Confidential |
| Exhibit 24 to the Gilmore Decl.: excerpts of the rough deposition transcript of Amber D. Compton (12/16/16) | CVS- Confidential |
| Exhibit 25 to the Gilmore Decl.: excerpts of deposition transcript of William John Barre (11/17/16) | CVS- Confidential |
| Exhibit 26 to the Gilmore Decl.: document produced by CVS (CVSC-022208) | CVS- Confidential |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page  3

| Exhibit 27 to the Gilmore Decl.: excerpts of deposition of Sharon Edmunds (8/17/16) | CVS- Confidential |
|---|---|

3. Based upon my review of these materials, the requested relief is necessary per Civil Local Rule 79-5(e) to protect the confidentiality of information contained in these briefs and exhibits that is derived from, or consists wholly of, documents designated as Confidential by defendant under the terms of the Revised Protective Order.

4. Plaintiffs do not take a position as to whether these documents have been appropriately designated as Confidential and are appropriately filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of December, 2016 in Oakland, California.

By: */s/ Jonathan K. Levine*
      Jonathan K. Levine

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 4