Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Kristen Ward Broz (pro hac vice)
HAUSFELD
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
kward@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Rebecca R. Anzidei (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
ranzidei@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CVS PHARMACY, INC.,<br><br>                    Defendant. | Case No. 15-cv-03504-YGR-JSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-CV-03504-YGR-JSC

1  I, Jonathan K. Levine, declare as follows:

2      1.    I am an attorney duly admitted to practice before this Court and am a partner of Pritzker Levine LLP, one of law firms representing plaintiffs and the proposed class in this litigation. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

    2.    Plaintiffs hereby request that the following documents be filed under seal, for the reasons set forth below:

    a) Attachment to three letters from CVS' counsel to plaintiffs' counsel entitled "Exhibit A" which identifies the fields of transactional data produced by CVS; the letters are attached as **Exhibit 3** to the December 22, 2016 Declaration of Robert B. Gilmore filed herewith ("Gilmore Decl.");

    b) A document produced by CVS in this litigation (CVSC-0341420) and designated by CVS as "Confidential", attached as **Exhibit 5** to the Gilmore Decl.;

    c) Portions of a September 30, 2016 letter from CVS' counsel to plaintiffs' counsel identifying specific Condor Codes, attached as **Exhibit 6** to the Gilmore Decl.;

    d) Portions of the October 3, 2016 Declaration of Dr. Joel W. Hay, at paragraphs 2, 9, 10, 12, 13, 27, 28, 31 - 34, 38, 40 – 43, 50, 52 – 55; footnotes 10 and 14; subheadings on page 13:24-15 and page 15:20-21; and Tables 1 – 17, attached as **Exhibit 7**[1] to the Declaration of Robert B. Gilmore, filed herewith ("Gilmore Decl.");

    e) Portions of an October 27, 2016 letter form CVS' counsel to plaintiffs' counsel identifying specific Condor Codes, attached as **Exhibit 9** to the Gilmore Decl.;

---

[1] On October 3, 2016, plaintiffs moved to seal the same portions of the October 3, 2016 Declaration of Dr. Hay submitted in support of plaintiffs' motion for class certification. *See* Dkt. No. 170, specifically Dkts. Nos. 170-9 (motion to seal), and 172-6 (motion for class certification). The administrative motion to seal is currently pending.

    f) Portions of the November 7, 2016 Supplemental Declaration of Dr. Joel W. Hay, at paragraphs 1, 3, 4, 6, 9, 10, 12-14; footnote 3; subheadings on page 2:20; and Tables 1 – 13, attached as **Exhibit 10** to the Gilmore Decl.;

    g) Portions of the December 9, 2016 Expert Report of Dr. Joel W. Hay, at paragraphs 2, 9, 11-14, 28, 29, 32-53, 55-68, 71-74, 76-78; footnotes 9, 11, 15, 16, 17, 19, 27; subheadings on pages 8:13, 9:7, 9:24, 14:10-12, 17:5, 20:13-15, 32:23; Tables 1-20; and the entirety of Exhibits D – G thereto, attached as **Exhibit 11** to the Gilmore Decl.

3. Pursuant to § 2.2 of the Revised Stipulated Protective Order ("Order")(Docket No. 66, filed December 14, 2015 and approved by the Court on December 15, 2015, Docket No. 67), each party may designate as "Confidential" information that qualifies for protection under Federal Rule of Civil Procedure 26(c). Pursuant to § 7.2 of the Order, disclosure of such information may be allowed only to the categories of persons and under the conditions described in the Order. The documents designated confidential and that are filed under seal are as follows:

| Document | Designating Party and Confidentiality Designation |
|---|---|
| Exhibit 3 to the Gilmore Decl.: attachment to three letters from CVS' counsel to plaintiffs' counsel entitled "Exhibit A" which identifies the fields of transactional data produced by CVS | CVS- Confidential |
| Exhibit 5 to the Gilmore Decl.: document produced by CVS (CVSC-0341420) | CVS- Confidential |
| Exhibit 6 to the Gilmore Decl.: portions of a September 30, 2016 letter from CVS' counsel to plaintiffs' counsel identifying specific Condor Codes | CVS- Confidential |
| Exhibit 7 to the Gilmore Decl.: portions of the October 3, 2016 Declaration of Dr. Joel W. Hay, at paragraphs 2, 9, 10, 12, 13, 27, 28, 31 - 34, 38, 40 – 43, 50, 52 – 55; footnotes 10 and 14; subheadings on page 13:24-15 and page | CVS- Confidential |

| | |
|---|---|
| 15:20-21; and Tables 1 – 17. | |
| Exhibit 9 to the Gilmore Decl.: portions of an October 27, 2016 letter form CVS' counsel to plaintiffs' counsel identifying specific Condor Codes | CVS- Confidential |
| Exhibit 10 to the Gilmore Decl.: portions of the Supplemental November 7, 2016 Supplemental Declaration of Dr. Joel W. Hay, at paragraphs 1, 3, 4, 6, 9, 10, 12-14; footnote 3; subheadings on page 2:20; and Tables 1 – 13. | CVS- Confidential |
| Exhibit 11 to the Gilmore Decl.: December 9, 2016 Expert Report of Dr. Joel W. Hay, at paragraphs 2, 9, 11-14, 28, 29, 32-53, 55-68, 71-74, 76-78, footnotes 9, 11, 15, 16, 17, 19, 27 ; subheadings on pages 8:13, 9:7, 9:24, 14:10-12, 17:5, 20:13-15, 32:23; and Tables 1-20. | CVS- Confidential |

3. Based upon my review of these materials, the requested relief is necessary per Civil Local Rule 79-5(e) to protect the confidentiality of information contained in these briefs and exhibits that is derived from, or consists wholly of, documents designated as Confidential by defendant under the terms of the Revised Protective Order.

4. Plaintiffs do not take a position as to whether these documents have been appropriately designated as Confidential and are appropriately filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2016 in Oakland, California.

By: */s/ Jonathan K. Levine*
Jonathan K. Levine

DECL. OF JONATHAN K. LEVINE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 3