*[Submitting counsel appear on additional pages]*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, et al., | Case No. 15-cv-03504-YGR |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| CVS Pharmacy, Inc. | |
| Defendant. | |



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

2/23/2017

STIPULATION OF
DISMISSAL WITHOUT PREJUDICE

CASE NO. 15-CV-03504-YGR

1   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant
2   CVS Pharmacy, Inc., by and through their respective counsel, hereby stipulate to the voluntary dismissal
3   without prejudice of Plaintiff Elizabeth Gardner.  As conditions of this stipulation, (1) Ms. Gardner
4   reserves the right to proceed in this matter as an absent class member; (2) CVS Pharmacy, Inc. reserves
5   the right to argue that Ms. Gardner does not qualify as a member of any class that may be certified in
6   this matter; and (3) Ms. Gardner shall not bring any new action against CVS Pharmacy, Inc. or its
7   affiliates concerning the subject matter of the above-captioned matter.

Dated: November 14, 2016                        Respectfully submitted,

By: */s/ Robert Gilmore*

Bonny E. Sweeney (Cal. Bar No. 176174)
Richard Lewis (admitted *pro hac vice*)
Kristen Ward Broz (admitted *pro hac vice*)
HAUSFELD

Pat A. Cipollone, P.C. (admitted *pro hac vice*)
Rebecca R. Anzidei (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
STEIN MITCHELL CIPOLLONE MISSNER
& BEATO LLP

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Shiho Yamamoto (Cal. Bar No. 264741)
PRITZKER LEVINE LLP

*Interim Class Counsel*


By: */s/ Grant A. Geyerman*

Enu Mainigi (admitted *pro hac vice*)
Luba Shur (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP

*Attorneys for Defendant CVS Pharmacy, Inc.*

**ATTESTATION**

I, Grant A. Geyerman, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

          /s/ Grant A. Geyerman
          Grant A. Geyerman