UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>**[PROPOSED] ORDER GRANTING, IN PART, PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL [DKT. NO. 170]** |

Plaintiffs filed an Administrative Motion to File Under Seal Materials Designated as Confidential ("Motion to Seal") in the above-captioned action on October 3, 2016 pursuant to Local Rules 7-11 and 79-5.  *See* Dkt. No. 170.

The Court, having considered Plaintiffs' Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** the Motion to Seal.  It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

**Plaintiffs' Motion for Class Certification & Exhibits Thereto**

| **Document or Portion of Document Sought to Be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| Plaintiffs' Motion for Class Certification ("Class Cert. Mot.") at page 2, lines 7–9,  page 5 lines 18–24, page 6 lines 14–17, page 7 lines 1–2, page 10 lines 22–24, page 17 lines 27–28, and page 21 lines 18–19; and | Moffatt Omnibus Declaration (Feb. 15, 2017) ("Moffatt Omnibus Declaration") ¶ 6(a) | **GRANT** |

| | | |
|---|---|---|
| Footnote 6 (partial) | | |
| Class Cert. Mot. at page 2 lines 14–16, page 6 lines 11–13, page 8 lines 16–23, page 9 lines 3–7, page 11 lines 8–12, page 11 lines 27–28; and Footnote 12 | Moffatt Omnibus Declaration ¶ 6(b) | **GRANT** |
| Class Cert. Mot. at page 5 lines 11–13, page 8 lines 6–12, page 8 lines 15–16, page 9 lines 8–21, page 22 line 28–page 23 line 2; and Footnote 10 (partial) | Moffatt Omnibus Declaration ¶ 6(c) | **GRANT** |
| Class Cert. Mot. at page 6 lines 3–5; and Footnote 7 | Moffatt Omnibus Declaration ¶ 6(d) | **GRANT** |
| Plaintiffs' Trial Plan at page 4 line 17–page 5 line 4; and Footnotes 2, 3, and 6 | Moffatt Omnibus Declaration ¶ 7 | **GRANT** |
| Ex. 1 (Scott Tierney Transcript (Sept. 13, 2016)) | Moffatt Omnibus Declaration ¶ 10(a) | **GRANT** |
| Ex. 2 (Declaration of Robert Navarro (undated)) at Paragraphs 21, 26, 34, 40, 43, 45, 47–50 and Footnotes 23, 28, 31, 33, 59, 64, 67, and 78 | Moffatt Omnibus Declaration ¶ 14(a) | **GRANT** |
| Ex. 3 (Hilary Dudley Transcript (Sept. 20, 2016)) | Moffatt Omnibus Declaration ¶ 10(b) | **GRANT** |
| Ex. 4 (Health Savings Pass | Moffatt Omnibus Declaration ¶ 9(a) | **GRANT** |

| | | |
|---|---|---|
| Reconciliation Process—Policy) | | |
| Ex. 6 (Robert Greenwood Transcript (Sept. 28, 2016)) | Moffatt Omnibus Declaration ¶ 10(c) | **GRANT** |
| Ex. 7 (Thomas Gibbons Transcript (Sep. 30, 2014)) | Moffatt Omnibus Declaration ¶ 11(a) | **GRANT** |
| Ex. 8 (Susan Colbert Transcript (Oct. 1, 2014)) | Moffatt Omnibus Declaration ¶ 11(b) | **GRANT** |
| Ex. 9 (Paul Ferschke Transcript (Dec. 19, 2014)) | Moffatt Omnibus Declaration ¶ 11(c) | **GRANT** |
| Ex. 11 (Sevak Melkonian Transcript (July 21, 2016)) | Moffatt Omnibus Declaration ¶ 10(d) | **GRANT** |
| Ex. 12 ("CVS Contracts Included in the Class") | Moffatt Omnibus Declaration ¶ 13(a) | **GRANT** |
| Ex. 13 (Pharmacy Provider Agreement – Amendment No. 2 between Humana Health Plan, Inc., Humana Insurance Company, and CVS Pharmacy, Inc. (Jan. 1, 2005)) | Moffatt Omnibus Declaration ¶ 12(a) | **GRANT** |
| Ex. 14 (MedCare Pharmacy Network Agreement between MedImpact Healthcare System, Inc. and CVS Pharmacy, Inc. (Feb. 1, 2008)) | Moffatt Omnibus Declaration ¶ 12(b) | **GRANT** |
| Ex. 15 (Declaration of Joel Hay (Oct. 3, 2016)) at Paragraphs 2, 9–10, 12–13, 27–28, 31–34, 38, 40–43, 50, 52–55; Footnotes 10 and 14; | Moffatt Omnibus Declaration ¶ 14(b) | **GRANTS** with regard to ¶¶ 31–34, 38, 40–43; 52–55; footnotes 10 and 14; Tables 1–17; **DENIES** |

| | | |
|---|---|---|
| Subheadings IV.A.i.–iii and IV.D.–E.; and Tables 1–17 | | as to all others |
| Ex. 17 (Email from P. Ferschke to T. Morrison (Apr. 9, 2008)) | Moffatt Omnibus Declaration ¶ 9(b) | **GRANT** |
| Ex. 18 (Email from Bari Harlam to Tom Morrison (May 14, 2008)) | Moffatt Omnibus Declaration ¶ 9(c) | **GRANT** |
| Ex. 19 (Email from Sue Colbert to Tom Morrison (Aug. 4, 2008)) | Moffatt Omnibus Declaration ¶ 9(d) | **GRANT** |
| Ex. 21 (list of CVS "Agency ID" codes) | Moffatt Omnibus Declaration ¶ 9(e) | **GRANT** |
| Ex. 22 (CVS/Pharmacy Health Savings Pass—Policy & Procedure No. 58) | Moffatt Omnibus Declaration ¶ 9(f) | **GRANT** |
| Ex. 24 (Email and attached slide deck titled "CVS/pharmacy: Cash card program offering recommendations (May 9, 2008)") | Moffatt Omnibus Declaration ¶ 9(g) | **GRANT** |
| Ex. 25 (Email from S. Gruttadauria to S. Tierney & B. Wingate (July 9, 2010)) | Moffatt Omnibus Declaration ¶ 9(h) | **GRANT** |
| Ex. 26 ((Email and slide deck titled "CVS Pharmacy: Landscape Strategy Document (June 25, 2010)") | Moffatt Omnibus Declaration ¶ 9(i) | **GRANT** |
| Ex. 27 ("Chart of Plaintiff Contracts") | Moffatt Omnibus Declaration ¶ 13(b) | **GRANT** |
| Ex. 40 (Brian Hughes Transcript | Moffatt Omnibus Declaration ¶ | **GRANT** |

| | |
|---|---|
| (July 27, 2016)) at page 8 lines 18–21 | 10(e) |

It is further **ORDERED** that the following materials are to be filed on the public docket without redaction within five business days.  For these materials, the Designating Party of the allegedly confidential information therein has stated that the materials need not be redacted or filed under seal.

| Document or Portion of Document | Order |
|---|---|
| Class Cert. Mot. at page 5 line 13 (partial),  page 7 lines 8–11, page 7 lines 22–24, page 21 lines 10–12; and Footnotes 6 (partial) and 10 (partial) | **GRANT** |
| Plaintiffs' Trial Plan at page 5 lines 16–20 | **GRANT** |
| Ex. 5 (Email from Kevin Foster attaching slide deck titled "THIRD PARTY FINANCE GLOSSARY OF TERMS") | **GRANT** |
| Ex. 10 (Thomas Morrison Transcript (July 20, 2016)) | **GRANT** |
| Ex. 16 (CVS Health Savings Pass website (Nov. 1, 2008–May 2015)) | **GRANT** |
| Ex. 20 (Email from Elizabeth Wingate to Mark Dowling (Sept. | **GRANT** |

- 5 -

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DKT. NO. 170, NO. 15-CV-03504-YGR

| | |
|---|---|
| 12, 2008)) | |
| Ex. 40 (Brian Hughes Transcript (July 27, 2016)) except for page 8 lines 18–21 | **GRANT** |

Dated: March 21, 2017_____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court

- 6 -

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DKT. NO. 170, NO. 15-CV-03504-YGR