UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CVS PHARMACY, INC.,<br><br>　　　　　Defendant. | No. 15-CV-03504-YGR<br><br>[**PROPOSED**] ORDER GRANTING CVS PHARMACY, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED CONFIDENTIAL |

Defendant CVS Pharmacy, Inc. ("CVS") has filed an Administrative Motion to File Under Seal Materials Designated Confidential ("Motion to Seal") in the above-captioned action pursuant to Local Rules 7-11 and 79-5.

The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** CVS's Motion to Seal.  It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

**Exhibits to Opposition to Class Certification**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Opposition ("Opp.") at p. 5, lines 17–26; p. 6, lines 1–2, 6–13, 23–24 | Moffat Decl. ¶¶ 4(c), 4(e), 4(g) | **GRANT** |
| Opp. at p. 6, line 19; p. 7, lines 1–2 | Moffatt Decl. ¶ 11(b) | **DENY** |
| Opp. at p. 7, lines 17–23 | Moffatt Decl. ¶ 13(e) | **GRANT** |
| Opp. at p. 8, lines 16–21, 26–27; p. 9, lines 1–4 | Moffatt Decl. ¶ 11(a) | **GRANT** |
| Opp. at p. 10, line 5 | Moffatt Decl. ¶ 4 | **GRANT** |

| | | |
|---|---|---|
| Opp. at p. 10, lines 11–15 | Moffatt Decl. ¶ 10(b) | **GRANT** |
| Opp. at p. 11, lines 15–17 | Moffatt Decl. ¶ 10(d) | **GRANT** |
| Opp. at p. 11, line 22; p. 12, lines 1–7 | Moffatt Decl. ¶ 10(a) | **GRANT** |
| Opp. at p. 12, lines 17–19, 25 | Moffatt Decl. ¶ 4(a) | **GRANT** |
| Opp. at p. 13, lines 23–26 | Moffatt Decl. ¶¶ 4(d), 4(f) | **GRANT** |
| Opp. at p. 14, lines 21–28 | Moffatt Decl. ¶¶ 5, 13(b) | **GRANT** |
| Opp. at p. 18, lines 5–9 | Moffatt Decl. ¶ 7(a) | **GRANT** |
| Opp. at p. 18, line 27; p. 23, lines 6–7 | Moffatt Decl. ¶ 4(g) | **DENY** |
| Opp. at p. 26, lines 8–12, 28 | Moffatt Decl. ¶¶ 4(b), 4(g) | **GRANT** |
| Opp. at p. 29, lines 12–15 | Moffatt Decl. ¶ 6(q) | **GRANT** |
| Opp. at p. 29, lines 15–17 | Moffatt Decl. ¶ 6(f) | **GRANT** |
| Ex. 1 (Continued Patronage chart) | Moffatt Decl. ¶ 6(a) | **DENY** |
| Ex. 2 (Enrollment Fee chart) | Moffatt Decl. ¶ 6(a) | **DENY** |
| Ex. 3 (Future Prescriptions chart) | Moffatt Decl. ¶ 6(a) | **DENY** |
| Ex. 4 (No False Statements chart) | Moffatt Decl. ¶ 6(a) | **DENY** |
| Ex. 5 (Inadequacy chart) | Moffatt Decl. ¶ 6(a) | **DENY** |
| Ex. 6 (Solicitation by Counsel chart) | Moffatt Decl. ¶ 6(a) | **DENY** |
| Ex. 11 (Dep. of William Barre) at 22:1–24, 23:17–24:24, 32:7–33:19 | Moffatt Decl. ¶ 10(d) | **GRANT** |
| Ex. 12 (Decl. of Amber Compton) ¶¶ 15, 16, 17 (partial), 18 (partial) | Moffatt Decl. ¶ 10(a) | **GRANT** |
| Ex. 14 (Decl. of John Lavin) ¶¶ 7 (partial), 8–9, 10 (partial), 21 | Moffatt Decl. ¶ 10(b) | **GRANT** |

| | | |
|---|---|---|
| Ex. 15 (Decl. of Michael Reichardt) ¶¶ 6–11 | Moffatt Decl. ¶ 10(c) | **GRANT** |
| Ex. 18 (Decl. of Susan Colbert) at p. 1, lines 14–19, 27; p. 2, lines 1–4, 21–24; p. 3, lines 1–23; p. 4, lines 13–27; p. 5, lines 1–2, 7–21, 24–28; p. 6, lines 1–2, 12–17 | Moffatt Decl. ¶7(a) | **GRANT** |
| Ex. 19 (Dep. of Susan Colbert) at 29:2–23, 30:14–32:25, 85:1–91:8, 92:18–25 | Moffatt Decl. ¶ 8(f) | **GRANT** |
| Ex. 20 (Dep. of Hilary Dudley) at 200:7–201:21, 202:15–203:4 | Moffatt Decl. ¶ 8(d) | **GRANT** |
| Ex. 22 (Dep. of Scott Tierney) at 73:2–74:1 | Moffatt Decl. ¶ 8(b) | **GRANT** |
| Ex. 23 (Dep. of John Zevzavadjian) at 53:1–11, 129:16–131:5, 133:3–134:1, 196:6–15, 199:17–200:6 | Moffatt Decl. ¶ 8(a) | **GRANT** |
| Ex. 24 (Decl. of Brett Barlag) at ¶¶ 12 (partial), 16–18 (partial), 20 (partial), 22 (partial), 23–25, 27–33, 38–46, 49, 50, 52–55, 56–60, 63–64 (partial), 66–74, 76–84 (partial) | Moffatt Decl. ¶ 11(a) | **GRANT** |
| Ex. 25 (Decl. of Catherine Graeff) at p. 3, lines 2–3, 8–9 | Moffatt Decl. ¶ 11(b) | **DENY** |
| Ex. 29 (Dep. of Zulema Avis) | Moffatt Decl. ¶ 6(b) | **GRANT** |

| | | |
|---|---|---|
| Ex. 30 (Dep. of Debbie Barrett) | Moffatt Decl. ¶ 6(c) | **GRANT** |
| Ex. 31 (Dep. of Gilbert Brown) | Moffatt Decl. ¶ 6(d) | **GRANT** |
| Ex. 32 (Dep. of Carolyn Caine) | Moffatt Decl. ¶ 6(e) | **GRANT** |
| Ex. 33 (Dep. of Tyler Clark) | Moffatt Decl. ¶ 6(f) | **GRANT** |
| Ex. 34 (Dep. of Christopher Corcoran) | Moffatt Decl. ¶ 6(g) | **GRANT** |
| Ex. 35 (Dep. of Robert Garber) | Moffatt Decl. ¶ 6(h) | **GRANT** |
| Ex. 36 (Dep. of Vincent Gargiulo) | Moffatt Decl. ¶ 6(i) | **GRANT** |
| Ex. 37 (Dep. of Amanda Gilbert) | Moffatt Decl. ¶ 6(j) | **GRANT** |
| Ex. 38 (Dep. of Zachary Hagert) | Moffatt Decl. ¶ 6(k) | **GRANT** |
| Ex. 39 (Dep. of Robert Jenks) | Moffatt Decl. ¶ 6(l) | **GRANT** |
| Ex. 40 (Dep. of Toni Odorisio) | Moffatt Decl. ¶ 6(m) | **GRANT** |
| Ex. 41 (Dep. of Onnolee Samuelson) | Moffatt Decl. ¶ 6(n) | **GRANT** |
| Ex. 42 (Dep. of Carl Washington) | Moffatt Decl. ¶ 6(o) | **GRANT** |
| Ex. 43 (Dep. of Walter Wulff) | Moffatt Decl. ¶ 6(p) | **GRANT** |
| Ex. 44 (Dep. of Linda Krone) | Moffatt Decl. ¶ 6(q) | **GRANT** |
| Ex. 45 (Dep. of Thomas Morrison) | Moffatt Decl. ¶ 9(a) | **GRANT** |
| Ex. 46 (Dep. of Thomas Morrison) at 205:5–206:5, 206:15–208:15 | Moffatt Decl. ¶ 8(e) | **GRANT** |
| Ex. 47 (Dep. of Elizabeth Wingate) at 69:23–71:21 | Moffatt Decl. ¶ 8(c) | **GRANT** |
| Ex. 48 (Zulema Avis's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 49 (Debbie Barrett's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 50 (Gilbert Brown's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 51 (Carolyn Caine's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 52 (Tyler Clark's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |

| | | |
|---|---|---|
| Ex. 53 (Christopher Corcoran's Supp. and Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 54 (Robert Garber's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 55 (Vincent Gargiulo's 2d Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 56 (Amanda Gilbert's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 57 (Zachary Hagert's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 58 (Robert Jenks' Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 59 (Toni Odorisio's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 60 (Onnolee Samuelson's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 61 (Carl Washington's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 62 (Walter Wulff's Am. Rsp.) | Moffatt Decl. ¶ 6(s) | **GRANT** |
| Ex. 63 (Aetna-CVS Contract) | Moffatt Decl. ¶ 4(c) | **GRANT** |
| Ex. 64 (Argus-CVS Contract) | Moffatt Decl. ¶ 4(d) | **GRANT** |
| Ex. 65 (Catamaran-CVS Contract) | Moffatt Decl. ¶ 4(b) | **GRANT** |
| Ex. 66 (Coventry-CVS Contract) | Moffatt Decl. ¶ 4(e) | **GRANT** |
| Ex. 67 (OptumRx-CVS Contract) | Moffatt Decl. ¶ 4(a) | **GRANT** |
| Ex. 68 (Envision-CVS Contract) | Moffatt Decl. ¶ 4(f) | **GRANT** |
| Ex. 69 (Z. Avis Prescription Records) | Moffatt Decl. ¶ 5(b) | **GRANT** |
| Ex. 70 (C. Caine Prescription Records) | Moffatt Decl. ¶ 5(b) | **GRANT** |
| Ex. 71 (C. Corcoran Prescription Records) | Moffatt Decl. ¶ 5(b) | **GRANT** |

| | | |
|---|---|---|
| Ex. 73 (Continued Patronage Table) | Moffatt Decl. ¶ 5(a) | **GRANT** |
| Ex. 74 (Contract Exhibit) | Moffatt Decl. ¶ 4(g) | **GRANT** |
| Ex. 75 (2008 Q3 Earnings Call) | Moffatt Decl. ¶ 13(a) | **GRANT** |
| Ex. 79 (May 2014 Active Plan List) | Moffatt Decl. ¶ 13(b) | **GRANT** |
| Ex. 83 (Email re: Cash Card Plan Design) at 1 (partial), 2 (partial) | Moffatt Decl. ¶ 13(e) | **GRANT** |
| Ex. 84 (Aetna Meeting Agenda) at 4 (partial) | Moffatt Decl. ¶ 13(d) | **GRANT** |
| Ex. 86 (Pharmacy Team Huddle Guide) at 2 (partial), 5 | Moffatt Decl. ¶ 13 (c) | **GRANT** |
| Ex. 92 (Email re: Horizon feedback) at 1 (partial), 2 (partial) | Moffatt Decl. ¶ 13(f) | **GRANT** |

**Exhibits to Motion to Strike Dr. Joel Hay's Opinion Regarding Plaintiffs' Qualifying Transactions and Exclude Evidence of Undisclosed Transactions**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Motion at p. 2, lines 16–24; p. 3, lines 1–11 | Moffatt Decl. ¶ 6(q) | **GRANT** |
| Motion at p. 6, lines 9–15 | Moffatt Decl, ¶ 6(r) | **GRANT** |
| Motion at p. 6, lines 21–23 | Moffatt Decl, ¶ 6(r) | **GRANT** |
| Motion at p. 6, lines 24–26 | Moffatt Decl, ¶ 6(r) | **GRANT** |
| Motion at p. , lines 1–4 | Moffatt Decl, ¶ 6(r) | **GRANT** |
| Ex. A (Compilation of Pls.' Interrogatory Responses) | Moffatt Decl. ¶ 6(r) | **GRANT** |
| Ex. B (Compilation of Pls.' Deposition Testimony) | Moffatt Decl. ¶ 6(a) | **GRANT** |

| | | |
|---|---|---|
| Ex. C (Dep. of Linda Krone) | Moffatt Decl. ¶ 6(m) | **GRANT** |
| Ex. D (Dep. of Joel Hay) | Moffatt Decl. ¶ 12(a) | **GRANT** |
| Ex. F (Spreadsheet of Pls.' At-Issue Transactions) | Moffatt Decl. ¶ 5(c) | **GRANT** |
| Ex. G (Spreadsheet of Pls.' At-Issue Transactions) | Moffatt Decl. ¶ 5(c) | **GRANT** |

Dated: March 21, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court