UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>　　　　Defendant. | No. 15-CV-03504-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING, IN PART, PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL [DKT. NO. 205]** |

Plaintiffs filed an Administrative Motion to File Under Seal Materials Designated as Confidential ("Motion to Seal") in the above-captioned action on December 19, 2016 pursuant to Local Rules 7-11 and 79-5. *See* Dkt. No. 205.

The Court, having considered Plaintiffs' Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** the Motion to Seal.  It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

**Plaintiffs' Navarro Opposition & Exhibits Thereto**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro ("Opp.") at page 13 line 11–page 14 line 13, and page 14 lines 17–19 | Moffatt Omnibus Declaration (Feb. 15, 2017) ("Moffatt Omnibus Declaration") ¶ 19(a) | **GRANT** |

| | | |
|---|---|---|
| Opp. at page 15 line 25–page 16 line 3 | Moffatt Omnibus Declaration ¶ 19(b) | **GRANT** |
| Opp. at page 18 lines 12–20 | Moffatt Omnibus Declaration ¶ 19(c) | **GRANT** |
| Ex. 1 (Declaration of Robert Navarro (Oct. 3, 2016)) at paragraphs 7–8, 10, 12–14, 20, 21 (partial), 25, 26 (partial), 28, 34, 36, 40 (partial), 41–44, 45 (partial), 46, 47 (partial), 48–50, 52; and Footnotes 23, 28 (partial), 31 (partial), 33, 59, 64 (partial), 67, 78 | Moffatt Omnibus Declaration ¶ 21 | **GRANTS** with regard to ¶¶ 26, 34, 42–50, Footnotes 23, 31, 59; **DENIES** as to all others |
| Ex. 2 (Thomas Gibbons Transcript (Sep. 30, 2014)) | Moffatt Omnibus Declaration ¶ 22 | **GRANT** |
| Ex. 3 (Dr. Robert Navarro Transcript (Nov. 7, 2016)) (partial) at page 126 lines 1–20 | Moffatt Omnibus Declaration ¶ 10(b) | **GRANT** |
| Ex. 9 (a November 2, 2006 email regarding "Usual and Customary (U&C) pricing provision reminder") | Moffatt Omnibus Declaration ¶ 24(a) | **GRANT** |
| Ex. 10 ("October Pharmacy Supervisor Conference Call Recap") | Moffatt Omnibus Declaration ¶ 24(b) | **GRANT** |
| Ex. 11 (a January 19, 2009 email regarding "Medco Provider Manual") | Moffatt Omnibus Declaration ¶ 24(c) | **GRANT** |
| Ex. 12 (a May 8, 2008 email transmitting a presentation titled "Cash Card Offering May 9 2008 v2") | Moffatt Omnibus Declaration ¶ 24(d) | **GRANT** |
| Ex. 13 (Scott Tierney deposition transcript excerpts (Sept. 13, 2016)) | Moffatt Omnibus Declaration ¶ 25(a) | **GRANT** |

| | | |
|---|---|---|
| Ex. 14 (Sevak Melkonian deposition transcript excerpts (July 21, 2016)) | Moffatt Omnibus Declaration ¶ 25(b) | **GRANT** |
| Ex. 15 (Hilary Dudley deposition transcript excerpts (Sept. 20, 2016)) | Moffatt Omnibus Declaration ¶ 25(c) | **GRANT** |
| Ex. 16 (an April 9, 2008 email thread regarding "Cash card discussion with Larry") | Moffatt Omnibus Declaration ¶ 24(e) | **GRANT** |
| Ex. 17 (an August 3-4, 2008 email thread regarding "CVS Caremark Cash Offering") | Moffatt Omnibus Declaration ¶ 24(f) | **GRANT** |
| Ex. 18 (a May 14, 2008 email regarding "Cash Card") | Moffatt Omnibus Declaration ¶ 24(g) | **GRANT** |
| Ex. 20 (a May 8, 2014 document titled "Responses of CVS Pharmacy, Inc. to Demand for Written Statement Under Oath.") | Moffatt Omnibus Declaration ¶ 26 | **GRANT** |
| Ex. 21 (a June 5, 2012 email and attachments regarding "Payer Relations Policy and Procedures") | Moffatt Omnibus Declaration ¶ 24(h) | **GRANT** |
| Ex. 22 (William Strein deposition transcript excerpts (December 12, 2016)) | Moffatt Omnibus Declaration ¶ 27(a) | **GRANT** |
| Ex. 23 (Franceen Spadaccino deposition transcript excerpts (December 13, 2016)) | Moffatt Omnibus Declaration ¶ 27(b) | **GRANT** |
| Ex. 24 (Amber Compton deposition transcript excerpts (December 16, 2016)) | Moffatt Omnibus Declaration ¶ 27(c) | **GRANT** |
| Ex. 25 (William Barre deposition transcript excerpts (Nov. 17, 2016)) | Moffatt Omnibus Declaration ¶ 27(d) | **GRANT** |
| Ex. 19 (Email from Sue Colbert to Tom | Moffatt Omnibus Declaration ¶ | **DENIED**[1] |

---

[1] It appears that this exhibit and the four exhibits following through Exhibit 25 (July 9,

| | | |
|---|---|---|
| Morrison (Aug. 4, 2008)) | 9(d) | |
| Ex. 21 (list of CVS "Agency ID" codes) | Moffatt Omnibus Declaration ¶ 9(e) | **DENIED** |
| Ex. 22 (CVS/Pharmacy Health Savings Pass—Policy & Procedure No. 58) | Moffatt Omnibus Declaration ¶ 9(f) | **DENIED** |
| Ex. 24 (Email and attached slide deck titled "CVS/pharmacy: Cash card program offering recommendations (May 9, 2008)") | Moffatt Omnibus Declaration ¶ 9(g) | **DENIED** |
| Ex. 25 (Email from S. Gruttadauria to S. Tierney & B. Wingate (July 9, 2010)) | Moffatt Omnibus Declaration ¶ 9(h) | **DENIED** |
| Ex. 26 (a June 19, 2012 letter from the United States Department of Justice) | Moffatt Omnibus Declaration ¶ 28 | **GRANT** |
| Ex. 27 (Sharon Edmunds deposition transcript excerpts (August 16, 2016)) | Moffatt Omnibus Declaration ¶ 25(d) | **GRANT** |

It is further **ORDERED** that the following materials are to be filed on the public docket without redaction within five business days. For these materials, the Designating Party of the allegedly confidential information therein has stated that the materials need not be redacted or filed under seal.

| Document or Portion of Document | Order |
|---|---|
| Opp. at page 14 lines 14–16 and page 18 lines 20–24 (partial) | **GRANT** |

---

2010 Email) refer to documents subject to the administrative sealing motion at Docket Number 170. Such have been addressed by a separate sealing order, and the Court thus denies the requests in this order as moot.

| | |
|---|---|
| Ex. 3 (Dr. Robert Navarro Transcript (Nov. 7, 2016)) except for page 126 lines 1–20 | **GRANT** |
| Ex. 19 (Email from Elizabeth Wingate to Mark Dowling (Sept. 12, 2008)) | **GRANT** |

Dated: March 21, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court