UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>               Defendant. | No. 15-CV-03504-YGR<br><br>**[**PROPOSED**] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL [DKT. NO. 208]** |

Plaintiffs filed an Administrative Motion to File Under Seal Materials Designated as Confidential ("Motion to Seal") in the above-captioned action on December 22, 2016 pursuant to Local Rules 7-11 and 79-5. *See* Dkt. No. 208.

The Court, having considered Plaintiffs' Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** the Motion to Seal.  It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

**Plaintiffs' Hay Opposition & Exhibits Thereto**

| **Document or Portion of Document Sought to Be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| Ex. 3 (Three Letters between Counsel for CVS and Counsel for Plaintiffs and Attachments) | Moffatt Omnibus Declaration (Feb. 15, 2017) ("Moffatt Omnibus Declaration") ¶ 33 | **GRANT** |
| Ex. 5 (Plaintiff Corcoran's prescription records) | Moffatt Omnibus Declaration ¶ 34(a) | **GRANT** |
| Ex. 6 (a letter from counsel for CVS to | Moffatt Omnibus Declaration ¶ | **GRANT** |

| | | |
|---|---|---|
| Plaintiffs' counsel (Sept. 30, 2016)) | 34(b) | |
| Ex. 7 (Declaration of Dr. Joel Hay (Oct. 3, 2016)) at paragraphs 2, 9, 10, 12, 13, 27, 28, 31–34, 38, 40–43, 50, 52–55; Footnotes 10 and 14; Subheadings "IV.A.i.–iii," "IV.D.," and "IV.E."; and Tables 1–17 | Moffatt Omnibus Declaration ¶¶ 35(a–c) | **GRANTS** with regard to ¶¶ 31–34, 38, 40–43; 52–55; footnotes 10 and 14; Tables 1–17; **DENIES** as to all others |
| Ex. 9 (a letter from counsel for CVS to Plaintiffs' counsel (Oct. 27, 2016)) | Moffatt Omnibus Declaration ¶ 34(c) | **GRANT** |
| Ex. 10 (Supplemental Declaration of Dr. Joel Hay (Nov. 7, 2016)) at paragraphs 1, 3, 4, 6, 9, 10, 12–14; Footnote 3; Subheading "B."; and Tables 1–13 | Moffatt Omnibus Declaration ¶ 36(a–c) | **GRANT** |
| Ex. 11 (Expert Report of Dr. Joel Hay (Dec. 9, 2016)) at paragraphs 2, 9, 11–14, 15–17, 27–29, 32–53, 55–68, 71–74, and 76–78; Footnotes 9, 11, 15, 16, 17, 19, 27; Subheadings "IV.A.i.–iii," "IV.C.," "IV.E.," and "IV.F.–IV.F.ii."; Tables 1–20; and Exhibits D–G | Moffatt Omnibus Declaration ¶ 37(a–d) | **GRANTS** with regard to ¶¶ 32–35; 39; 40–53; 62–68; 71–74; Footnotes 9, 11, 15, 16, 17, 19, 27; Tables 1–20; and Exhibits D–G; and **DENIES** as to all others |

Dated:  March 21, 2017

Hon. Yvonne Gonzalez Rogers
United States District Court