1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | No. 15-CV-03504-YGR <br><br> **[PROPOSED] ORDER GRANTING, IN PART, PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL [DKT. NO. 214]** |

Plaintiffs filed an Administrative Motion to File Under Seal Materials Designated as Confidential ("Motion to Seal") in the above-captioned action on January 9, 2017 pursuant to Local Rules 7-11 and 79-5. *See* Dkt. No. 214.

The Court, having considered Plaintiffs' Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

**Plaintiffs' Reply in Support of Class Certification & Exhibits Thereto**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification ("Class Cert. Reply") at page 4, lines 20–22, page 4 lines 28–page 5 line 3, page 10 lines 1–3, page 10 lines 24–25 | Moffatt Omnibus Declaration (Feb. 15, 2017) ("Moffatt Omnibus Declaration") ¶ 40(a) | **GRANT** |

| | | |
|---|---|---|
| Class Cert. Reply at Footnote 14 | Moffatt Omnibus Declaration ¶ 40(b) | **GRANT** |
| Ex. 41 (Elizabeth Wingate Transcript (Feb. 23, 2016)) | Moffatt Omnibus Declaration ¶ 41 | **GRANT** |
| Ex. 42 (Thomas Gibbons Transcript (Dec. 13, 2016)) | Moffatt Omnibus Declaration ¶ 42(a) | **GRANT** |
| Ex. 44 (John Zevzavadjian Transcript (Nov. 1, 2016)) | Moffatt Omnibus Declaration ¶ 42(b) | **GRANT** |
| Ex. 45 (Susan Colbert Transcript (Oct. 26, 2016)) | Moffatt Omnibus Declaration ¶ 42(c) | **GRANT** |
| Ex. 46 (Robert Greenwood Transcript (Sept. 28, 2016)) | Moffatt Omnibus Declaration ¶ 42(d) | **GRANT** |
| Ex. 47 (John Lavin Transcript (Jan. 5, 2017)) | Moffatt Omnibus Declaration ¶ 43(a) | **GRANT** |
| Ex. 48 (Amber Compton Transcript (Dec. 16, 2016)) | Moffatt Omnibus Declaration ¶ 43(b) | **GRANT** |
| Ex. 49 (Michael Reichardt Transcript (Dec. 20, 2016)) | Moffatt Omnibus Declaration ¶ 43(c) | **GRANT** |
| Ex. 50 (William Barre Transcript (Nov. 17, 2016)) | Moffatt Omnibus Declaration ¶ 43(d) | **GRANT** |
| Ex. 51 (a spreadsheet of CVS's contracts with entities not party to this lawsuit) | Moffatt Omnibus Declaration ¶ 44 | **GRANT** |
| Ex. 52 (Sevak Melkonian Transcript (July 21, 2016)) | Moffatt Omnibus Declaration ¶ 42(e) | **GRANT** |
| Ex. 53 (Hilary Dudley Transcript (Sept. 20, 2016)) | Moffatt Omnibus Declaration ¶ 42(f) | **GRANT** |

| | | |
|---|---|---|
| Ex. 58 (Brett Barlag Transcript (Dec. 19, 2016)) | Moffatt Omnibus Declaration ¶ 45 | **GRANT** |
| Ex. 59 (an internal CVS document discussing internal business strategies) | Moffatt Omnibus Declaration ¶ 46 | **GRANT** |
| Ex. 60 (Rebuttal Declaration of Dr. Robert Navarro (Jan. 9, 2017)) at paragraphs 6–15, 17, 19–21, 24, and 26–27; and Footnotes 14, 29, and 43 | Moffatt Omnibus Declaration ¶ 47(a–e) | **GRANT** |
| Ex. 61 (Rebuttal Declaration of Dr. Joel Hay (Jan. 9, 2017)) at paragraphs 7–11, 13–15, 19–21, 24, 25–27, 30–33, 34, 36, 38, 45–46, 49–50, 59; Footnotes 2, 4, 10, 16, and 20; Subheadings "III.G–H."; Tables 1–22; and Exhibits D–H | Moffatt Omnibus Declaration ¶ 48(a–e) | **GRANT** |
| Ex. 62 (a compilation of transcript experts titled "PBM Witness Testimony" (undated)) | Moffatt Omnibus Declaration ¶ 43(e) | **GRANT** |

It is further **ORDERED** that the following materials are to be filed on the public docket without redaction within five business days. For these materials, the Designating Party of the allegedly confidential information therein has stated that the materials need not be redacted or filed under seal.

- 3 -   [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DKT. NO. 214, NO. 15-CV-03504-YGR

| Document or Portion of Document | Order |
|---|---|
| Class Cert. Reply at page 11 lines 15–16, page 11 lines 19–21, page 11 lines 22–25, page 12 lines 10–12; and Footnote 10 | **GRANT** |
| Ex. 55 (Edward McGinley Transcript (Dec. 20, 2016)) | **GRANT** |
| Ex. 56 (Catherine Graeff Transcript (Dec. 16, 2016)) | **GRANT** |
| Ex. 57 (John Jones Transcript (Dec. 14, 2016)) | **GRANT** |
| Ex. 60 (Rebuttal Declaration of Dr. Robert Navarro (Jan. 9, 2017)) at paragraphs 4–5, 18, and 33 | **GRANT** |
| Ex. 61 (Rebuttal Declaration of Dr. Joel Hay (Jan. 9, 2017)) at paragraph 12 | **GRANT** |

Dated: March 21, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court