UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING CVS PHARMACY, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED CONFIDENTIAL |

Defendant CVS Pharmacy, Inc. ("CVS") has filed an Administrative Motion to File Under Seal Materials Designated Confidential ("Motion to Seal") in the above-captioned action pursuant to Local Rules 7-11 and 79-5.

The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS** CVS's Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

**Exhibits to Opposition to Class Certification**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Ex. 102 (Expert Rebuttal Report of Brett Barlag) at ¶¶ 4-7 (partial), 8, 9-11 (partial), 13, 16-17 (partial), 19-20 (partial), 21, 22 (partial), 23(a-b) (partial), 25-27, 28-29 (partial), 30-32, 33-34 (partial), 35-38, 40 (partial), 42, 43-44 (partial), 45, 47 (partial), | Moffatt Decl. ¶ 4 | **GRANT** |

| | | |
|---|---|---|
| 51-53 (partial), 54, 55 (partial), 59-60 (partial), 61, 62-63 (partial), 65-66 (partial); Footnotes 3 (partial), 4 (partial), 10, 13, 27, 47, 57, 58; Figures 1-19; and Appendices B-C. | | |

Dated: March 21, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court