UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/1/17 | **Time:** 2:35pm-2:58pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-03504-YGR | **Case Name:** Corcoran v. CVS Health Corporation | |

**Attorney for Plaintiff:** Bonnie Sweeney; Robert Gilmore and Jonathan Levine
**Attorney for Defendant:** Grant Geyerman and Edward Swanson

**Deputy Clerk:** Frances Stone                **Court Reporter:** Raynee Mercado

## PROCEEDINGS
**FURTHER CMC- HELD**

Plaintiff Motion for Class Cert. and Defendant Motion for Summary Judgment filed by 6/6/17.
Defendant Opposition to Class Cert. and Plaintiff Motion for Summary Judgment filed by 6/20/17.
Plaintiff Reply for Class Cert. and Defendant Reply for Summary Judgment filed by 6/27/17.
**Hearing on both Motions: 7/18/17 at 2:00 p.m.**

Notes:  Counsel are to follow the Court's Standing Order regarding  a Pre-filing Conference.