Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Sathya S. Gosselin (Cal. Bar. No. 269171)
HAUSFELD LLP
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
sgosselin@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Rebecca R. Anzidei (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
ranzidei@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CVS PHARMACY, INC.,<br><br>                    Defendant. | Case No. 15-cv-03504-YGR-JSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-CV-03504-YGR-JSC

I, Elizabeth C. Pritzker, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am a partner of Pritzker Levine LLP, one of law firms representing plaintiffs and the proposed class in this litigation. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Plaintiffs hereby request that the following documents be filed under seal, for the reasons set forth below:

    a) Portions of Plaintiffs' Amended Motion for Class Certification;

    b) Portions of the Amended and Supplemented Declaration of Joel W. Hay, Ph.D. (Exhibit 1 to the Gilmore Decl.);

    c) Portions of the Amended and Supplemented Declaration of Robert P. Navarro, Pharm.D. (Exhibit 9 to the Gilmore Decl.);

    d) Portions of the Declaration of Susan Hayes (Exhibit 16 to the Gilmore Decl.);

    e) Portions of the Declaration of Dale Chamberlain (Exhibit 17 to the Gilmore Decl.);

    f) Exhibits 3, 5-8, 10-12, 14-18, 25, 32, 34, 42, 47, 48-50 to the Gilmore Decl., as described below.

3. Pursuant to § 2.2 of the Revised Stipulated Protective Order ("Order")(Docket No. 66, filed December 14, 2015 and approved by the Court on December 15, 2015, Docket No. 67), each party may designate as "Confidential" information that qualifies for protection under Federal Rule of Civil Procedure 26(c). Pursuant to § 7.2 of the Order, disclosure of such information may be allowed only to the categories of persons and under the conditions described in the Order.

4. The Court has also previously sealed other portions of some of these deposition transcripts in its rulings on the administrative motions to seal that were filed with respect to Plaintiffs' original motion for class certification, reply, and oppositions to motions to strike Plaintiffs' experts Dr. Navarro and Dr. Hay, as noted in the chart below. *See*, in *toto*, Dkt. Nos. 250 through 256.

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 1

5. The documents or portions of documents that were previously designated Confidential or contain information previously designated Confidential by defendant CVS are submitted under seal herewith, are as follows:

| New Document or New Portion of Document Sought to be Sealed | Designating Party and Confidentiality Designation | Prior Orders re. Sealing |
|---|---|---|
| Portions of Plaintiffs' Amended Motion for Class Certification, at Statement of Facts, Heading B, pp. 1:7-8, 12-16, 23-26; 3:9; 4:16-18; 5:8-9, 16-18; 5:19-6:2; contents of Chart, p. 6; pp. 7:1-11; 8:12-14; 10:15-25; 11:13, 15; 14:4-7; portions of footnotes 19, 34, 51 | CVS- Confidential | N/A |
| **Exhibit 1** to the Gilmore Decl.: Portions of the Amended and Supplemented Declaration of **Joel W. Hay,Ph.D**, at Headings III.C. and III.D.; portions of ¶¶ 10, 11, 15, 22; and Tables 1 -4 | CVS- Confidential | N/A |
| **Exhibit 3** to the Gilmore Decl., excerpts of deposition transcript of **Thomas Gibbons (30b6)** (Dec. 13, 2016) at pp. 247-248 | CVS-Confidential | Previously sealed portions: pp. 9-12, 60-65, 70-72, 100-102, 148-151, 154-156, 246-249, 258-261, 263 (Plfs.' reply to class cert., Ex. 42 (Dkt. 214-6), per order [Dkt.255] |
| **Exhibit 5** to the Gilmore Decl.: **CVS – Caremark** (formerly PCS Health Systems, Inc.) **Agreement** dated March 31, 1997 | CVS- Confidential | N/A |

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 2

| | | |
|---|---|---|
| (CVSC-0356399) | | |
| **Exhibit 6** to the Gilmore Decl.: **CVS - Optum** (formerly Prescription Solutions) **Prescription Drug Services Agreement** dated June 1, 1999 (CVSC-0342343) | CVS- Confidential | N/A |
| **Exhibit 7** to the Gilmore Decl.: **CVS – Express Scripts Agreement** dated January 18, 2008 (CVSC-0325306) | CVS- Confidential | N/A |
| **Exhibit 8** to the Gilmore Decl.: **CVS-MedImpact** Agreement (Feb. 1, 2008) (CVSC-033819) | CVS-Confidential | N/A |
| **Exhibit 9** to the Gilmore Decl.: portions of the Amended and Supplemented Declaration of **Dr. Robert Navarro**, at Headings III.A.-F, portions of ¶¶ 25, 30, ¶¶ 36 – 48, portions of ¶¶ 49, 52, 53, 60, 62, 70, 73 and 77, and footnotes 19, 27, 30, 43-45, 72, 75 | CVS- Confidential | N/A |
| **Exhibit 10** to the Gilmore Decl.: excerpts of deposition transcript of **Robert Greenwood** (Sept. 28, 2016) at 100-102 | CVS- Confidential | Previously sealed portions: pp. 9-12, 39-50, 69-71, 75-79 (Plfs.' prior mot., Ex. 6 [Dkt. 170-15]), per order [Dkt. 250] and pp. 10-12, 47-50, 298 (Plfs.' reply i.s.o of class cert., Ex. 46 [Dkt. 214-9]), per order [Dkt. 255] |
| **Exhibit 11** to the Gilmore Decl.: excerpts of deposition transcript of **Susan Colbert** | CVS-Confidential | Previously sealed portions: pp. 11-15, 21-24, 40-42, 247-251 (Plfs.' reply i.s.o of mot. |

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 3

| | | |
|---|---|---|
| (Oct. 26, 2016), pp. 47-48 | | for class cert., Ex. 45 [Dkt. 214-8]) per order, [Dkt. 255] |
| **Exhibit 12** to the Gilmore Decl.: excerpts of deposition transcript of **Deborah Veale** (Aug. 11, 2016), p. 142 | CVS-Confidential | N/A |
| **Exhibit 14** to the Gilmore Decl.: excerpts of the deposition transcript of **William Barre** (MedImpact) (Nov. 17, 2016), re. pp. 17-19 | CVS- Confidential | Sealed portions: pp. 6-13, 85-87, 92 (Plfs.' oppn. to mot. to strike Navarro, Ex. 25 [Dkt. 205-25]), per order [Dkt. 252]; and Sealed pp. pp. 9-17, 61-64, 92 (Plfs.' reply i.s.o mot. for class cert., Ex. 50 [Dkt. 214-13]), per order [Dkt. 255] |
| **Exhibit 15** to the Gilmore Decl.: **Medco 2009/2010 Pharmacy Services Manual** (CVSC-0324389) | CVS- Confidential | N/A |
| **Exhibit 16** to the Gilmore Decl.: Portions of the Expert Declaration of **Susan Hayes:** heading III.B., ¶¶ 12b.,12c., 22-28, 30, portions of ¶¶ 31 and 58, and footnote 2 | CVS – Confidential | N/A |
| **Exhibit 17** to the Gilmore Decl.: Portions of the Expert Declaration of **Dale Chamberlain:** Heading III.C., portions of ¶11, all of ¶ 31, and portions of ¶¶ 32, 37, 38 and 40, and footnote 3. | CVS – Confidential | N/A |
| **Exhibit 18** to the Gilmore | CVS-Confidential | N/A |

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 4

| | | |
|---|---|---|
| Decl.: **CVS-Medco Retail Pharmacy Agreement** dated January 1, 2005 (CVSC-0355806) | | |
| **Exhibit 25** to the Gilmore Decl.: excerpts of deposition transcript of **Thomas Gibbons** (TX action) (Sept. 30, 2014) re. pp. 73-76 | CVS- Confidential | Sealed portions: pp. 6-9, 54-65, 118-125, 138-141, 210-217, 242-249, 258-260 (Plfs.' prior mot., Ex. 7 [Dkt. 170-16])  per order [Dkt. 250]; and<br><br>Sealed portions: pp. 9-12, 60-64, 70-72, 100-102, 148-151, 154-156, 246-249, 258-261, 263) with Plfs.' reply i.s.o of class cert, Ex. 42 [Dkt. 214-6], per order [Dkt. 255]; and<br><br>Sealed portions: pp. 58-65, 258-260 (Plfs.' oppn. re. Navarro, Ex. 2 [Dkt. 205-7]), per order [Dkt. 252] |
| **Exhibit 32** to the Gilmore Decl.: CVS's 1st Supp. Resps. To Pltfs' Reqs. For Admission (May 10, 2017) | CVS-Confidential | N/A |
| **Exhibit 34** to the Gilmore Decl.: Email with Scriptsave presentation  (Dec. 9, 2012) (CVSC-0319522) | CVS-Confidential | N/A |
| **Exhibit 42** to the Gilmore Decl.: HSP Enrollment Form | CVS has expressly designated this document Confidential on the document | N/A |
| **Exhibit 47** to the Gilmore Decl.: **Optum 2014 Pharmacy Manual** (CVSC- | CVS-Confidential | N/A |

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 5

| | | |
|---|---|---|
| 0332806) | | |
| **Exhibit 48** to the Gilmore Decl.: **MedImpact 2014 Provider Manual** (CVSC-0351027) | CVS-Confidential | N/A |
| **Exhibit 49** to the Gilmore Decl.: **Caremark 2009 Provider Manual** (CVSC-0023470) | CVS- Confidential | N/A |
| **Exhibit 50** to the Gilmore Decl.: **Express Scripts 2015 Provider Manual** (CVSC-0273734) | CVS- Confidential | N/A |

5. Based upon my review of these materials, CVS's prior Confidential designations, and the Court's prior orders regarding the sealing of the same or similar information, the requested relief is necessary per Civil Local Rule 79-5(e) to protect the confidentiality of information contained in these briefs and exhibits that is derived from, or consists wholly of, documents designated as Confidential by defendant CVS under the terms of the Revised Protective Order.

6. Plaintiffs do not take a position as to whether these documents have been appropriately designated as Confidential and are appropriately filed under seal for purposes of Plaintiffs' motion for class certification. Plaintiffs reserve any right to object to proposed sealing or redaction of documents with respect to other motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, 2017 in Oakland, California.

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

DECL. OF ELIZABETH C. PRITZKER ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL

CASE NO. 15-cv-03504-YGR-JSC
Page 6