UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CVS PHARMACY, INC.,<br><br>      Defendant. | No. 15-CV-03504-YGR |

**SEQUENTIAL INDEX:**


**EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

# SEQUENTIAL INDEX

| EXHIBIT NO. | Description | BATES NO. |
|---|---|---|
| **Defense Exhibits** | | |
| DX-006 | Plaintiff Carolyn Caine's Amended Responses and Objections to Defendant's Interrogatories (July 22, 2016) | |
| DX-028 | Plaintiff Robert Jenks' Amended Responses and Objections to Defendant's Interrogatories (July 22, 2016) | |
| DX-080 | HSP Enrollment Form ($10 annual fee) | CVSC-0000177 |
| DX-083 | Plaintiff Walter Wulff's Amended Responses and Objections to Defendant's Interrogatories (August 1, 2016) | |
| DX-092 | Plaintiff Zachary Hagert's Amended Responses and Objections to Defendant's Interrogatories (August 5, 2016) | |
| DX-102 | Plaintiff Toni Odorisio's Amended Responses and Objections to Defendant's Interrogatories (August 1, 2016) | |
| DX-118 | Plaintiff Onnolee Samuelson's Third Amended Responses and Objections to Defendant's Interrogatories (August 17, 2016) | |
| DX-165 | Plaintiff Vincent Gargiulo's Second Amended Responses and Objections to Defendant's Interrogatories (August 27, 2016) | |
| DX-185 | Plaintiff Carl Washington's Amended Responses and Objections to Defendant's Interrogatories (August 23, 2016) | |
| DX-193 | Plaintiff Amanda Gilbert's Amended Responses and Objections to Defendant's Interrogatories (August 25, 2016) | |
| DX-201 | Plaintiff Zulema Avis's Amended Responses and Objections to Defendant's Interrogatories (August 1, 2016) | |
| DX-217 | Plaintiff Debbie Barrett's Second Amended Responses and Objections to Defendant's Interrogatories (September 13, 2016) | |
| DX-218 | Plaintiff Robert Garber's Amended Responses and Objections to Defendant's Interrogatories (August 1, 2016) | |
| DX-239 | Plaintiff Gilbert Brown's Amended Responses and Objections to Defendant's Interrogatories (October 5, 2016) | |
| DX-258 | Plaintiff Tyler Clark's Supplemental and Amended Responses and Objections to Defendant's Interrogatories (October 7, 2016) | |
| DX-264 | Email from Tina Egan re: "Medco U&C-please pass to Medco legal" (April 30, 2009) | CVSC-0386102 |
| DX-265 | Letter from C. Calvin Corum to Tina L. Egan (April 29, 2009) | CVSC-0356466 |
| DX-266 | Medco Pharmacy Services Manual (2009/2010) | CVSC-0324389 |
| DX-270 | Plaintiff Christopher Corcoran's Supplemental and Amended Responses and Objections to Defendant's Interrogatories (October 7, 2016) | |
| DX-284 | Adam J. Fein, *Pharmacy Profits and Wal-Mart*, Drug Channel News (January 15, 2009) | |
| DX-300 | MedImpact Pharmacy Network Agreement (February 1, 2008) | CVSC-0333819 |
| DX-310 | Health Savings Pass Medication List (October 2010) | CVSC-0008323 |
| DX-321 | Declaration of Joseph C. Zavalishin (February 2, 2017) | |
| DX-330 | Aetna Meeting Agenda (November 13, 2008) | CVSC-0366108 |
| DX-400 | Deposition of William John Barre (November 17, 2016) | |
| DX-401 | Deposition of Amber D. Compton (December 16, 2016) | |
| DX-402 | Deposition of Cal Corum (November 2, 2016) | |
| DX-403 | Deposition of John Martin Lavin (January 5, 2017) | |
| DX-404 | Deposition of Michael D. Reichardt (December 20, 2016) | |
| DX-405 | Deposition of Franceen Spadaccino (December 13, 2016) | |
| DX-406 | Deposition of William Strein (December 12, 2016) | |
| DX-407 | Deposition of Joseph Zavalishin (April 14, 2017) | |
| DX-408 | Expert Report of Brett E. Barlag (December 9, 2016) | |
| DX-409 | Rebuttal Expert Report of Brett E. Barlag (January 27, 2017) | |
| DX-410 | Expert Report of Catherine C. Graeff (December 9, 2016) | |
| DX-411 | Deposition Excerpts of Joel W. Hay (March 17, 2017) | |
| DX-412 | Expert Report of John D. Jones (December 9, 2016) | |
| DX-413 | Deposition Excerpts of John Jones (December 14, 2016) | |
| DX-414 | Rebuttal Expert Report of John D. Jones (January 27, 2017) | |
| DX-415 | Expert Report of Edward G. McGinley (December 9, 2016) | |
| DX-416 | Rebuttal Expert Report of Edward G. McGinley (January 27, 2017) | |
| DX-417 | Deposition Excerpts of Robert Navarro, PharmD, (November 7, 2016) | |
| DX-418 | Expert Report of Dr. Michael P. Salve (December 9, 2016) | |
| DX-419 | Expert Report of Dr. Itamar Simonson (December 9, 2016) | |
| DX-420 | Expert Report of Pamela L. Wyett (December 9, 2016) | |
| DX-421 | Rebuttal Expert Report of Pamela L. Wyett (January 27, 2017) | |
| DX-422 | Rebuttal Expert Report of Donald Yett (January 27, 2017) | |
| DX-423 | Deposition of CVS Pharmacy Inc. 30(b)(6) Representative, Hilary Dudley (September 20, 2016) | |
| DX-424 | Deposition Excerpts of Susan F. Colbert (October 26, 2016) | |
| DX-425 | Declaration of Susan Colbert (November 21, 2016) | |
| DX-426 | Declaration of Susan Colbert (June 2, 2017) | |
| DX-427 | Deposition Excerpts of Thomas J. Gibbons, Individually and as Corporate Designee (December 13, 2016) | |

| | | |
|---|---|---|
| DX-428 | Deposition Excerpts of Thomas E. Morrison (July 20, 2016) | |
| DX-429 | Deposition Excerpts of Elizabeth S. Wingate (October 20, 2016) | |
| DX-430 | Deposition Excerpts of Elizabeth S. Wingate (February 23, 2016) | |
| DX-431 | Health Savings Pass Policy & Procedures 2.0 (February 17, 2012) | CVSC-0222014 |
| DX-432 | New Health Savings Pass Pharmacy Team Huddle Guide (October 21, 2008) | CVSC-0001801 |
| DX-433 | Email from Sharon Edmunds re: FW: CVS Health Savings Pass Program -- template for summary of program (December 15, 2008) | CVSC-0397702 |
| DX-434 | Letter from Christine L. Egan to John F. McCormick re: Health Savings Pass (January 13, 2008) | CVSC-0355171 |
| DX-435 | Handwritten Notes memorializing Thomas Morrison call with Andy Vasquez (October 30, 2008) | CVSC-0000005 |
| DX-436 | Email from Tom Morrison re: CVS Health Savings Pass Program (November 4, 2008) | CVSC-0000003 |
| DX-437 | Health Savings Pass Medication List (November 2013) | CVSC-0223974 |
| DX-438 | Event Report for CVS Caremark 3Q Earnings Call (2008) | CVSC-0384870 |
| DX-439 | Transcript of CVS Caremark 3Q Earnings Conference Call at 6 (October 30, 2008) | CVSC-0384895 |
| DX-440 | Health Savings Pass Marketing Materials | CVSC-0000174, CVSC-0000190-192 |
| DX-441 | Health Savings Pass Enrollment Form ($15 annual fee) | CVSC-0227247 |
| DX-442 | Email from Bari Harlam re: Fyi - Health Savings Pass PR (November 4, 2008) | CVSC-0001686 |
| DX-443 | Email from Bari Harlam re: fyi - HSP PR (November 7, 2008) | CVSC-0001700 |
| DX-444 | Email from Sharon Edmunds re: Health Savings Plan (November 4, 2008) | CVSC-0269294 |
| DX-445 | Email from Sharon Edmunds re: New CVS Generic Program (November 3, 2008) | CVSC-0270288 |
| DX-446 | Express Scripts Network Provider Manual (2014) | CVSC-0332207 |
| DX-447 | Seventh Amendment to Express Scripts, Inc. Pharmacy Provider Agreement (February 11, 2013) | CVSC-0325112 |
| DX-448 | Compilation of U&C Provisions and Third Party Beneficiary Clauses in CVS's contracts with Aetna, Caremark, Express Scripts, Medco, MedImpact, and Optum | |
| DX-449 | Compilation of Provisions from CVS-PBM Contracts | |
| DX-450 | Chart of State Laws re: Consumer Protection Statutes | |
| DX-451 | Chart of State Laws re: Fraud | |
| DX-452 | Chart of State Laws re: Negligent Misrepresentation | |
| DX-453 | Plaintiff Testimony Chart re: Continued Patronage of CVS | |
| DX-454 | Plaintiff Testimony Chart re: Enrollment Fee Significant | |
| DX-455 | Plaintiff Testimony Chart re: CVS Made no False or Misleading Statements | |
| DX-456 | Table Showing Dates and Testimony re: Plaintiffs' Continued Patronage of CVS, with Attached Prescription Records and Deposition Excerpts | |
| DX-457 | Plaintiff Testimony Chart re: No Association | |
| DX-458 | Plaintiffs' Revised Privilege Log (February 6, 2017) | |
| DX-459 | Deposition Excerpts of Plaintiff Zulema Avis (August 5, 2016) | |
| DX-460 | Deposition Excerpts of Plaintiff Debbie Barrett (September 16, 2016) | |
| DX-461 | Deposition Excerpts of Plaintiff Gilbert Brown (October 13, 2016) | |
| DX-462 | Deposition Excerpts of Plaintiff Carolyn Caine (July 26, 2016) | |
| DX-463 | Deposition Excerpts of Plaintiff Tyler Clark (October 26, 2017) | |
| DX-464 | Deposition Excerpts of Plaintiff Christopher Corcoran (November 3, 2016) | |
| DX-465 | Deposition Excerpts of Plaintiff Rober Garber (September 21, 2016) | |
| DX-466 | Deposition Excerpts of Plaintiff Vincent Garguilo (August 27, 2016) | |
| DX-467 | Deposition Excerpts of Plaintiff Amanda Gilbert (September 7, 2016) | |
| DX-468 | Deposition Excerpts of Plaintiff Zachary Hagert (August 12, 2016) | |
| DX-469 | Deposition Excerpts of Plaintiff Robert Jenks (July 28, 2016) | |
| DX-470 | Deposition Excerpts of Plaintiff Toni Odorisio (August 18, 2016) | |
| DX-471 | Deposition Excerpts of Plaintiff Onnolee Samuelson (August 19, 2016) | |
| DX-472 | Deposition Excerpts of Plaintiff Carl Washington (August 30, 2016) | |
| DX-473 | Deposition Excerpts of Plaintiff Walter Wulff (August 9, 2016) | |
| DX-474 | Plaintiff Zulema Avis's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-475 | Plaintiff Debbie Barrett's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-476 | Plaintiff Gilbert Brown's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-477 | Plaintiff Carolyn Caine's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-478 | Plaintiff Tyler Clark's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-479 | Plaintiff Christopher Corcoran's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-480 | Plaintiff Robert Garber's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-481 | Plaintiff Vincent Gargiulo's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-482 | Plaintiff Amanda Gilbert's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-483 | Plaintiff Zachary Hagert's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |

| DX-484 | Plaintiff Robert Jenks's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-485 | Plaintiff Toni Odorisio's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-486 | Plaintiff Onnolee Samuelson's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-487 | Plaintiff Carl Washington's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-488 | Plaintiff Walter Wulff's Responses and Objections to Defendant's First Set of Requests for Admission (February 21, 2017) | |
| DX-489 | Screenshots of HSP webpage and online enrollment form at CVS.com (archived image from November 2008) | CVSC-0404808 |
| DX-490 | Adam J. Fein, *Walgreens' 4.33 Surrender to Wal-Mart*, Drug Channel News (June 25, 2008) | |
| DX-491 | Albertson's Launches Rx Discount Program, Chain Store Age (September 30, 2008) | |
| DX-492 | Press Release, *CVS/Pharmacy Announces Pharmacy Health Care Savings Program Targeted at the Uninsured*, PRNewswire (October 30, 2008) | CVSC-0197684 |
| DX-493 | Email from Bari Harlam forwarding article by Jason Roberson, CVS' Generic Drug Program Adds Clinic Discounts, Dallas Morning News (November 3, 2008) | CVSC-0292533 |
| DX-494 | Email from I. Blanton forwarding article by Lisa Girion and Andrea Chang, CVS Slashes Generic Drug Costs, Escalates Price War, LA Times (November 3, 2008) | CVSC-0067885 |
| DX-495 | *Best Buy Drugs - Many Common Generics Beat Brand Names,* Consumer Reports (March 2011) | |
| DX-496 | *CVS Caremark Joins Others in Offering Discount Rx Program*, Drug Benefit News, Vol. 9, No. 22 (November 14, 2008) | |
| DX-497 | Ryan: Discount Generics a Response to Economy, Not Competition, Drug Store News (November 17, 2008) | |
| DX-498 | Laura Klepacki, Discount Generics Programs Flood Retail, Drug Store News (November 17, 2008) | |
| DX-499 | Thomas M. Ryan, Editorial, *Patient-Centered Healthcare*, Boston Globe (June 26, 2009) | |
| DX-500 | Melissa Korn and Nathan Becker, *Connecticut Launches Probe of CVS Caremark*, Wall Street Journal (June 23, 2010) | |
| DX-501 | Stephen Singer, Conn., *CVS in Dispute Over Discount Program*, Associated Press Online (June 23, 2010) | |
| DX-502 | *CVS Caremark at Odds with Conn. Medicaid over Discount Program*, Drug Benefit News (July 16, 2010) | |
| DX-503 | Walmart Press Release: Wal-Mart's $4 Generics Program Launched in Final States (November 27, 2008) | |
| DX-504 | Email from Kirby Bessant forwarding Safeway Press Release: *Safeway joins the $4 per month US generic Rx sale* (June 13, 2008) | CVSC-0001170 |
| DX-505 | Rite-Aid Press Release: Free Rite Aid Rx Savings Card Available September 29 at all Rite Aid Stores Nationwide so Americans can Save on More than 10,000 Prescription Drugs, September 25, 2008 | CVSC-0000132 |
| DX-506 | Kroger Press Release: *Kroger and Its Family of Stores Expand Discounted Generic Drug Program* (May 13, 2008) | |
| DX-507 | Deposition of Caremark 30(b)(6) Representative, John M. Lavin (January 5, 2017) | |
| DX-707 | Email from Paul Hoolihan re: Allegheny Energy - Giant Eagle Pricing Question (January 12, 2010) | Caremark-0000829 |
| **Plaintiffs Exhibits** | | |
| PX-040 | Email from Paul Ferschke re: Cash card discussion with Larry (April 9, 2008) | CVSC-0222729 |
| PX-532 | Express Scripts, Inc. Pharmacy Provider Agreement (January 18, 2008) | CVSC-0325306 |
| PX-546 | PCS Health Systems, Inc. Provider Agreement (March 31, 1997) (Caremark predecessor) | CVSC-0356399 |
| PX-551 | Medco Pharmacy Services Manual (2009) | CVSC-0067922 |
| PX-615 | Express Scripts Network Provider Manual (2010) | CVSC-0328074 |
| PX-618 | Declaration of Amber D. Compton (November 21, 2016) | |
| PX-662 | Declaration of G. William Strein (November 18, 2016) | |
| PX-663 | Declaration of Franceen Spadaccino, RPh. (November 18, 2016) | |
| PX-674 | OptumRx, Inc. Pharmacy Network Agreement (January 29, 2015) | CVSC-0327927 |
| PX-677 | Medco Health Solutions, Inc. Retail Pharmacy Agreement (January 1, 2005) | CVSC-0355806 |
| PX-679 | CVS/Caremark Provider Manual ( 2016) | CVSC-0268116 |
| PX-691 | Declaration of Michael D. Reichardt (November 20, 2017) | |
| PX-695 | Prescription Solutions Prescription Drug Services Agreement (June 1, 1999) (Optum predecessor) | CVSC-0342343 |
| PX-701 | Declaration of John M. Lavin (November 18, 2016) | |
| PX-703 | Caremark Network Performance Group, Troubleshooting Set Price Generic Programs (October 1, 2008) | Caremark-0002102 |
| PX-704 | Caremark Internal Spreadsheet re: Set Price Generic Programs | Caremark-0002167 |
| PX-757 | AMCP Guide to Pharmaceutical Payment Methods, 2009 Update (Version 2.0) (August, 2009) | |
| PX-785 | Aetna Health Management National Pharmacy Services Agreement (January 15, 2009) | CVSC-0006529 |