| | |
|---|---|
| Bonny E. Sweeney (Cal. Bar No. 176174) | Pat A. Cipollone, P.C. (admitted *pro hac vice*) |
| HAUSFELD LLP | Rebecca R. Anzidei (admitted *pro hac vice*) |
| 600 Montgomery St., Suite 3200 | Robert B. Gilmore (admitted *pro hac vice*) |
| San Francisco, California 94111 | STEIN MITCHELL CIPOLLONE BEATO & MISSNER LLP |
| Tel: 415-633-1908 | 1100 Connecticut Ave., N.W. |
| Fax: 415-358-4980 | Washington, D.C. 20036 |
| bsweeney@hausfeld.com | Tel: (202) 737-7777 |
| | pcipollone@steinmitchell.com |
| Richard Lewis (admitted *pro hac vice*) | ranzidei@steinmitchell.com |
| Sathya S. Gosselin (Cal. Bar No. 269171) | rgilmore@steinmitchell.com |
| HAUSFELD LLP | |
| 1700 K St. NW, Suite 650 | Elizabeth C. Pritzker (Cal. Bar No. 146267) |
| Washington, D.C. 20006 | Jonathan K. Levine (Cal. Bar No. 220289) |
| Tel: 202-540-7200 | Bethany L. Caracuzzo (Cal. Bar No. 190687) |
| Fax: 202-540-7201 | PRITZKER LEVINE LLP |
| rlewis@hausfeld.com | 180 Grand Avenue, Suite 1390 |
| | Oakland, California 94612 |
| | Tel.  415-692-0772 |
| | Fax. 415-366-6110 |
| | ecp@pritzkerlevine.com |
| | jkl@pritzkerlevine.com |
| | bc@pritzkerlevine.com |

*Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, et al. on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CVS Pharmacy, Inc.<br><br>        Defendant. | Case No. 4:15-cv-03504-YGR<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT B. GILMORE IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION** |

DECL. OF ROBERT B. GILMORE IN SUPPORT OF PLAINTIFFS' AM. MOT. FOR CLASS CERT.

CASE NO. 4:15-CV-03504-YGR

I, Robert B. Gilmore, declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice*. I am a partner with Stein, Mitchell, Cipollone, Beato, & Missner, LLP, one of the law firms appointed as Interim Class Counsel representing the Plaintiffs and proposed classes in this litigation. I submit this declaration in support of Plaintiffs' Amended Motion for Class Certification. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached is an APPENDIX OF PLAINTIFFS' EXHIBITS, which lists the exhibits Plaintiffs attach to their Amended Motion, indicates if those exhibits were previously submitted to the Court (and if so, identifies the prior exhibit number), and indicates the Court's ruling on the confidentiality of such exhibits, if applicable.

3. Attached as Exhibit 1 is a true and correct copy of the June 6, 2017 Amended and Supplemented Expert Declaration of Professor Joel W. Hay.

4. Attached as Exhibit 2 is a true and correct copy of an Oct. 27, 2016 Letter from Grant Geyerman to Robert Gilmore regarding the Contracts Applicable to Plaintiffs.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the December 13, 2016 Deposition of Thomas Gibbons individually and as a 30(b)(6) designee.

6. Attached as Exhibit 4 is a true and correct copy of a March. 6, 2017 Demonstrative Exhibit created by CVS in this litigation.

7. Attached as Exhibit 5 is a true and correct copy of a March 31, 1997 Provider Agreement between PCS Health Systems, Inc. (now Caremark) and CVS Pharmacy, Inc., produced by CVS in this litigation with the Bates No. CVSC-0356399.

8. Attached as Exhibit 6 is a true and correct copy of a June 1, 1999 Prescription Drug Services Agreement between Pacificare Pharmacy Centers, Inc. d/b/a Prescription Solutions (a predecessor company of Optum Rx) and CVS Pharmacy, Inc., produced by CVS in this litigation with the Bates No. CVSC-0342343.

9. Attached as Exhibit 7 is a true and correct copy of a January 18, 2008 Pharmacy Provider Agreement between Express Scripts, Inc. and CVS Pharmacy, Inc., produced by CVS in this litigation with the Bates No. CVSC-0325306.

10. Attached as Exhibit 8 is a true and correct copy of a February 1, 2008 Pharmacy Network Agreement between MedImpact Healthcare Systems, Inc. and CVS Pharmacy, Inc., produced by CVS in this litigation with the Bates No. CVSC-0333819.

11. Attached as Exhibit 9 is a true and correct copy of the June 6, 2017 Amended and Supplemented Expert Declaration of Professor Robert Navarro.

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the September 28, 2016 Deposition of Robert Greenwood.

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the October 26, 2016 Deposition of Susan F. Colbert.

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the transcript of the August 11, 2016 Deposition of Deborah Veale.

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the transcript of the November 2, 2016 Deposition of Cal Corum.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the transcript of the November 17, 2016 Deposition of William J. Barre.

17. Attached as Exhibit 15 is a true and correct copy of a 2009/2010 Medco Pharmacy Services Manual produced by CVS in this litigation with the Bates No. CVSC-0324389.

18. Attached as Exhibit 16 is a true and correct copy of the June 6, 2017 Expert Declaration of Susan Hayes.

19. Attached as Exhibit 17 is a true and correct copy of the June 6, 2017 Expert Declaration of Dale Chamberlain.

20. Attached as Exhibit 18 is a true and correct copy of an August 4, 2005 Retail Pharmacy Agreement between Medco Health Solutions, Inc. and CVS Pharmacy, Inc., produced by CVS in this litigation with the Bates No. CVSC-0355806.

21. Attached as Exhibit 19 is a true and correct copy of excerpts from the transcript of the September 20, 2016 Deposition of CVS Pharmacy, Inc.'s Rule 30(b)(6) Designee, Hilary Dudley.

22. Attached as Exhibit 20 is a true and correct copy of excerpts from the transcript of the September 16, 2016 Deposition of Scott Tierney.

23. Attached as Exhibit 21 is a true and correct copy of a document titled "Health Savings Pass Reconciliation Process," produced by CVS in this litigation with Bates No. CVSC-0313151.

24. Attached as Exhibit 22 is a true and correct copy of a document titled "Third Party Glossary," produced by CVS in this litigation with Bates No. CVSC-0068438.

25. Attached as Exhibit 23 is a true and correct copy of excerpts from the transcript of the July 21, 2016 Deposition of Sevak Melkonian.

26. Attached as Exhibit 24 is a true and correct copy of excerpts from the transcript of the November 1, 2016 Deposition of John Zevzavadjian.

27. Attached as Exhibit 25 is a true and correct copy of excerpts from the transcript of the September 30, 2014 Examination Under Oath of Thomas J. Gibbons, conducted by attorneys from the Texas Attorney General's office, produced by CVS in this litigation with Bates No. CVSC-0223177.

28. Attached as Exhibit 26 is a true and correct copy of excerpts from the transcript of the October 1, 2014 Examination Under Oath of Susan F. Colbert, conducted by attorneys from the Texas Attorney General's office, produced by CVS in this litigation with Bates No. CVSC-0223295.

29. Attached as Exhibit 27 is a true and correct copy of excerpts from the transcript of the December 19, 2014 Examination Under Oath of Paul R. Ferschke, conducted by attorneys from the Texas Attorney General's office, produced by CVS in this litigation with Bates No. CVSC-0223385.

30. Attached as Exhibit 28 is a true and correct copy of excerpts from the transcript of the July 20, 2016 Deposition of Thomas Morrison.

31. Attached as Exhibit 29 is a true and correct copy of excerpts from the transcript of the January 5, 2017 Deposition of John Lavin.

32. Attached as Exhibit 30 is a true and correct copy of excerpts from the transcript of the December 16, 2016 Deposition of Amber Compton.

33. Attached as Exhibit 31 is a true and correct copy of excerpts from the transcript of the December 20, 2016 Deposition of Michael Reichardt.

34. Attached as Exhibit 32 is a true and correct copy of CVS's First Supplemental Responses to Plaintiffs' First Requests for Admission dated May 10, 2017.

DECL. OF ROBERT B. GILMORE IN SUPPORT OF PLAINTIFFS' AM. MOT. FOR CLASS CERT.

3

CASE NO. 4:15-CV-03504-YGR

35. Attached as Exhibit 33 is a true and correct copy of a June 2010 Landscape Strategy Presentation, produced by CVS in this litigation with the Bates No. CVSC-0341621.

36. Attached as Exhibit 34 is a true and correct copy of a December 6, 2010 ScriptSave document titled "Business Case Pharmacy Savings Program," produced by CVS in this litigation with the Bates No. CVSC-0319522.

37. Attached as Exhibit 35 is a compilation of true and correct copies of HSP program formularies produced by CVS in this litigation with the Bates Nos. CVSC-0008309, CVSC-0008311, CVSC-0008313, CVSC-0008315, CVSC-0008319, CVSC-0008321, CVSC-0008323, CVSC-0008327, CVSC-0008329, CVSC-0008915, CVSC-0198667, CVSC-0199412, CVSC-0201555, CVSC-0222034, CVSC-0224662, CVSC-0226329, CVSC-0226476, CVSC-0226628, CVSC-0226673, CVSC-0229413, CVSC-0236969.

38. Attached as Exhibit 36 is a true and correct copy of the Plaintiffs' Corrected First Amended Petition filed in *Texas ex rel. Winkelman v. CVS Health Corp.*, No. D-1-GV-14000388 (126th Jud. Dist. Jan. 5, 2017).

39. Attached as Exhibit 37 is a true and correct copy of a spreadsheet listing "Cash Discount" programs, including the Health Savings Pass program, produced by CVS in this litigation with the Bates No. CVSC-0039722.

40. Attached as Exhibit 38 is a true and correct copy of an Apr. 9, 2008 Email thread regarding "Cash card discussion with Larry," produced by CVS in this litigation with the Bates No. CVSC-0222729.

41. Attached as Exhibit 39 is a true and correct copy of a May 14, 2008 Email regarding "Cash Card," produced by CVS in this litigation with the Bates No. CVSC-0222959.

42. Attached as Exhibit 40 is a true and correct copy of an August 3-4, 2008 Email thread regarding "CVS Caremark Cash Offering," produced by CVS in this litigation with the Bates No. CVSC-0222766.

43. Attached as Exhibit 41 is a true and correct copy of a September 12, 2008 Email thread regarding "Proposed CVS Retail Program," produced by CVS in this litigation with the Bates No. CVSC-0001448.

44. Attached as Exhibit 42 is a true and correct copy of a document titled "CVS/Pharmacy Health Savings Pass Enrollment Form," produced by CVS in this litigation with the Bates No. CVSC-0000091.

45. Attached as Exhibit 43 is a true and correct copy of a Feb. 17, 2012 document titled "CVS/Pharmacy Health Savings Pass Policies & Procedures," produced by CVS in this litigation with the Bates No. CVSC-0222895.

46. Attached as Exhibit 44 is a true and correct copy of the transcript of the February 2, 2016 Examination Under Oath of Thomas E. Morrison, conducted by attorneys from the Texas Attorney General's office, produced by CVS in this litigation with Bates No. CVSC-0223506.

47. Exhibit 45 is intentionally omitted.

48. Attached as Exhibit 46 is the Plaintiffs' Trial Plan.

49. Attached as Exhibit 47 is a true and correct copy of the OptumRx 2014 Pharmacy Manual produced by CVS in this litigation with Bates No. CVSC-00332806.

50. Attached as Exhibit 48 is a true and correct copy of the 2014 MedCare Pharmacy Networks Policies and Procedures Manual (also known as the Pharmacy Provider Manual), produced by CVS in this litigation with Bates No. CVSC-0351027.

51. Attached as Exhibit 49 is a true and correct copy of the CVS Caremark Provider Manual, produced by CVS in this litigation with Bates No. CVSC-0023470.

52. Attached as Exhibit 50 is a true and correct copy of the 2015 Express Scripts Network Provider Manual, produced by CVS in this litigation with Bates No. CVSC-0273734.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of June, 2017.

*/s/ Robert B. Gilmore*_____
Robert B. Gilmore

# APPENDIX OF PLAINTIFFS' EXHIBITS

| NO. | NEW EXHIBITS | PRIOR EXHIBIT NO. | PRIOR COURT RULING |
|---|---|---|---|
| 1 | Amended and Supplemented Declaration of **Joel W. Hay, Ph.D.** | Not previously submitted. | N/A |
| 2 | Letter from counsel G.Geyerman to R.Gilmore (Oct. 27, 2016) | Plaintiffs' oppn. to mot. to strike Hay, Ex. 9 (Unredacted version: Dkt. 209-10) | Redactions approved [Dkt. 253] |
| 3 | Excerpts of deposition transcript of **Thomas Gibbons (30b6)** (Dec. 13, 2016) at pp. 61, 63-64, 233-234, 247-248, 259-260 | Portions submitted (pp. 9-12, 60-65, 70-72, 100-102, 148-151, 154-156, 246-249, 258-261, 263) with Plaintiffs' reply to class cert., Ex. 42 (Unsealed version: Dkt. 214-6) | Those portions previously submitted sealed [Dkt. 255] |
| 4 | Excerpts from CVS Demonstrative (Mar. 6, 2017) | Previously submitted by CVS. | N/A |
| 5 | **CVS – Caremark** (formerly PCS Health Systems, Inc.) **Agreement** (Mar. 31, 1997) (CVSC-0356399) | Not previously submitted. | N/A |
| 6 | **CVS-Optum Agreement** (Jun. 1, 1999) (CVSC-0342343) | Not previously submitted. | N/A |
| 7 | **CVS – Express Scripts Agreement** (Jan. 18, 2008) (CVSC-0325306) | Not previously submitted. | N/A |
| 8 | **CVS- MedImpact Agreement** (Feb. 1, 2008) (CVSC-033819) | Not previously submitted | N/A |

| | | | |
|---|---|---|---|
| 9 | Amended and Supplemented Declaration of **Robert P. Navarro, Pharm.D.** | Not previously submitted | N/A |
| 10 | Excerpts of deposition transcript of **Robert Greenwood** (Sept. 28, 2016), pp. 43-44, 48-49, 70, 76-78, 100-102 | Portions submitted (pp. 9-12, 39-50, 69-71, 75-79) with Plaintiffs' prior mot. for class cert., Ex. 6 (Unsealed version: Dkt. 170-15)  and<br><br>Portions submitted (pp. 10-12, 47-50, 298) with Plfs.' Reply, Ex. 46 (Unsealed version: Dkt. 214-9) | Those portions previously cited were sealed [Dkts. 250, 255] |
| 11 | Excerpts of deposition transcript of **Susan Colbert** (Oct. 26, 2016) at pp. 41, 47-48, 248-249 | Portions (pp. 11-15, 21-24, 40-42, 247-251) submitted with Plaintiffs' reply i.s.o of mot. for class cert., Ex. 45 (Unsealed: [Dkt. 214-8]) | Those portions previously cited were sealed [Dkt. 255] |
| 12 | Excerpts of deposition transcript of **Deborah Veale** (Aug. 11, 2016), p. 142 | Not previously submitted. | N/A |
| 13 | Excerpts of deposition transcript of **Cal Corum** (Nov. 2, 2016), p. 14 | Not previously submitted. | N/A |
| 14 | Excerpts of the deposition transcript of **William Barre** (MedImpact) (Nov. 17, 2016), pp. 17-19 | Portions submitted (pp. 6-13, 85-87, 92) with Plaintiffs' oppn. to mot. to strike Navarro, Ex. 25 (Unsealed version: Dkt. 205-25)<br><br>and<br><br>(pp. pp. 9-17, 61-64, 92) with Plaintiffs' reply i.s.o of mot. for class cert., Ex. 50 (Unsealed version: Dkt. 214-13) | Those portions previously cited were sealed [Dkts. 252, 255] |

| | | | |
|---|---|---|---|
| 15 | **Medco 2009/2010 Pharmacy Services Manual** (CVSC-0324389) | Not previously submitted. | N/A |
| 16 | Expert Declaration of **Susan Hayes** | Not previously submitted. | N/A |
| 17 | Expert Declaration of **Dale Chamberlain** | Not previously submitted. | N/A |
| 18 | **CVS-Medco Retail Pharmacy Agreement** (Jan. 1, 2005)(CVSC-0355806) | Not previously submitted. | N/A |
| 19 | Excerpts of deposition transcript of **Hilary Dudley (30b6)**(Sept. 20, 2016), pp. 68, 81-83, 135, 194 | Portions submitted (pp. 8-10, 62-65, 67-69, 79-84, 88-92, 134-136, 187-190, 193-195, 198-200, 228-231, 233-236, 256) as Plaintiffs' prior mot. for class cert., Ex. 3 (Unsealed version: Dkt. 170-12)<br><br>(pp. 9, 70-72, 80-84, 256) with Plaintiffs' reply i.s.o. mot. for class cert., Ex. 53 (Unsealed version: Dkt. 214-16); and<br><br>(pp. 9-11, 82-84, 256) with Plaintiffs' oppn. to mot. to strike Navarro, Ex. 15 (Unsealed version: Dkt. 205-15) | Sealed [Dkts. 250, 255, 252, respectively] |
| 20 | Excerpts of deposition transcript of **Scott Tierney** (Sept. 13, 2016) at pp. 226 | Portions submitted (pp. 8-9, 41-46, 202-205, 224-228, 231) with Plaintiffs' prior mot. for class cert., Ex. 1 (Unsealed version: Dkt. 170-11); and<br><br>(pp. 11-15, 87-89, 172-176, 231) with Plaintiffs' oppn. to mot. to strike Navarro, | Those portions previously submitted were sealed [Dkts. 250, 252] |

| | | Ex. 13 (Unsealed version: Dkt. 205-13) | |
|---|---|---|---|
| 21 | Health Savings Pass Reconciliation Process (CVSC-0313151) | Plaintiffs' prior mot. for class cert., Ex. 4 (Unsealed version: Dkt. 170-13) | Sealed [Dkt. 250] |
| 22 | Email attaching "Third Party Finance Glossary of Terms" (CVSC-0068438) | Plaintiffs' prior mot. for class cert., Ex. 5 (Unsealed version: Dkt. 170-14) | *Unsealed* [Dkt. 250] |
| 23 | Excerpts of the deposition of **Sevak Melkonian** (July 21, 2016), p. 76 | Portions submitted (pp. 1, 8-11, 63-66, 102-105, 150) with Plaintiffs' prior mot. for class cert., Ex. 11; (Unsealed version: Dkt. 170-20) and (pp. 8-11, 75-77, 150) with Plaintiffs' reply i.s.o of mot. for class cert., Ex. 52; (Unsealed version: Dkt. 214-15) and (pp. 8-11, 16-20, 150) with Plaintiffs' oppn. to mot. to strike Navarro, Ex. 14 (Unsealed version: Dkt. 205-14) | Sealed [Dkts. 250, 255, and 252, respectively] |
| 24 | Excerpts of the deposition transcript of **John Zevzavadjian** (Nov. 1, 2016), pp. 55, 59, 60, 131 | Portions submitted (pp. 9-11, 54-61, 130-132, 193-196, 208-212, 227) with Plaintiffs' reply i.s.o. of mot. for class cert., Ex. 44 (Unsealed version: Dkt. 214-7) | Sealed [Dkt. 255] |

| 25 | Excerpts of deposition transcript of **Thomas Gibbons** (TX action) (Sept. 30, 2014), at pp. 60-62, 140, 246-247 | Portions submitted (pp. 6-9, 54-65, 118-125, 138-141, 210-217, 242-249, 258-260) with Plaintiffs' prior mot. for class cert., Ex. 7 (Unsealed version: Dkt. 170-16);  and<br><br>Portions submitted (pp. 9-12, 60-64, 70-72, 100-102, 148-151, 154-156, 246-249, 258-261, 263) with Plfs.' reply i.s.o of class cert, Ex. 42 (Unsealed version: Dkt. 214-6); and<br><br>and (pp. 58-65, 258-260) with Plaintiffs' oppn. to mot. to strike Navarro, Ex. 2 (Unsealed: Dkt. 205-7) | Sealed [Dkts. 250, 255, 252, respectively] |
| --- | --- | --- | --- |
| 26 | Excerpts of deposition transcript of **Susan Colbert** (TX action) (Oct. 1, 2014), at pp. 184-185 | Portions (pp. 6-9, 182-185, 198) submitted with Plaintiffs' prior mot. for class cert., Ex. 8 (Unsealed version: Dkt. 170-17) | Sealed [Dkt. 250] |
| 27 | Excerpts of the deposition of **Paul Ferschke** (TX action) (Dec. 19, 2014), pp. 26, 120-121 | Portions submitted (pp. 22-33, 118-125, 150-154) as Plaintiffs' prior mot. for class cert., Ex. 9 (Unsealed version: Dkt. 170-18) | Sealed [Dkt. 250] |
| 28 | Excerpts of the deposition of **Thomas Morrison** (July 20, 2016), p. 116 | Portions submitted (pp. 76-78, 115-118, 133-137, 141-144, 280) with Plaintiffs' prior mot. for class cert., Ex. 10 (Unsealed version: Dkt. 170-19) | *Unsealed* [Dkt. 250] |

| | | | |
|---|---|---|---|
| 29 | Excerpts of deposition transcript of **John Lavin** (Caremark) (Jan. 5, 2017), pp. 63-64, 74 | Portions submitted (pp. 7, 61-75, 132-137, 167) with Plaintiffs' reply i.s.o. of mot. for class cert., Ex. 47 (Unsealed version: Dkt. 214-10) | Sealed [Dkt. 255] |
| 30 | Excerpts of the deposition transcript of **Amber Compton** (Express Scripts) (Dec. 16, 2016), pp. 33-34 | Portions submitted (rough tr., pp. 1-3, 5-7, 44-51, 57-63) with Plaintiffs' oppn. to mot. to strike Navarro, Ex. 24 (Unsealed version: Dkt. 205-24) and (pp. 10, 11, 32-35, 95) with Plaintiffs' reply i.s.o of mot. for class cert., Ex. 48 (Unsealed version: Dkt. 214-11) | Sealed [Dkts. 252, 255] |
| 31 | Excerpts of the deposition transcript of **Michael Reichardt** (OptumRx) (Dec. 20, 2016) p. 269 | Portions submitted (pp. 93-96, 268-270, 286) with Plaintiffs' reply i.s.o of mot. for class cert., Ex. 49 (Unsealed version: Dkt. 214-12) | Sealed [Dkt. 255] |
| 32 | CVS's 1st Supp. Resps. To Pltfs' Reqs. For Admission (May 10, 2017) | Not previously submitted. | N/A |
| 33 | June 2010 Landscape Strategy presentation:" (CVSC-0341621) | Plaintiffs' prior mot. for class cert., Ex. 26 (Unsealed version: Dkt. 170-34) | Sealed [Dkt. 250] |
| 34 | **Exhibit 34** to the Gilmore Decl.: Email with Scriptsave presentation  (Dec. 9, 2012) (CVSC-0319522) | Not previously submitted. | N/A |
| 35 | HSP Program Formularies (Nov. 1, 2008 – May 2015) (CVSC-0008309) | Plaintiffs' prior mot. for class cert., Ex. 16 (Unsealed: Dkt. 257-5) | *Unsealed* [Dkt. 250] |

| 36 | Texas Complaint | Plaintiffs' reply i.s.o. of mot. for class cert., Ex. 43 [Dkt. 215-3] | Not filed under seal |
|---|---|---|---|
| 37 | CVS list of "Cash Discount" programs that including HSP program, at 6 | Plaintiffs' mot. for class cert., prior Ex. 21 (Unsealed version: [Dkt. 170-29]) | Sealed [Dkt. 250] |
| 38 | Emails "Cash card discussion with Larry [Merlo, current CEO of CVS Health]" (Apr. 9, 2008) (CVSC-0222729) | Plaintiffs' prior mot. for class cert., Ex. 17 (Unsealed version: Dkt. 170-25) | Sealed [Dkt. 250] |
| 39 | Emails T.Morrison with B.Harlam entitled "Cash Card" (May 14, 2008) (CVSC-0222959) | Plaintiffs' mot. for class cert., prior Ex. 18 (Unsealed version: [Dkt. 170-26]) | Sealed [Dkt. 250] |
| 40 | D. Gertner Email Entitled "CVS Caremark Cash Offering" (Aug. 3, 2008) | Plaintiffs' mot. for class cert., prior Ex. 19 (Unsealed version: [Dkt. 170-27]) | Sealed [Dkt. 250] |
| 41 | M. Dowling to E. Wingate email (Sept. 12, 2008) | Plaintiffs' mot. for class cert., prior Ex. 20 | *Unsealed* [Dkt. 250] |
| 42 | HSP Enrollment Form (CVSC-0000091) | Not previously submitted. | N/A |
| 43 | CVS Policy and Procedure re. Health Savings Pass (CVSC-0222895) | Plaintiffs' prior mot. for class cert., Ex. 22 (Unsealed version: Dkt. 170-30) | Sealed [Dkt. 250] |
| 44 | Excerpts of the deposition of **Thomas Morrison** (TX AG action (Feb. 2, 2016), pp. 227:2-22 | Portions submitted (pp. 226-229, 254-257) with Plaintiffs' prior mot. for class cert., Ex. 23 (Unsealed version: Dkt. 170-14) | Sealed[1] |
| 45 | Intentionally omitted | | |

---

[1] It appears this portion was never ruled upon, one way or the other, and remains filed under seal. *See* Dkt. 250.

| 46 | Plaintiffs' Trial Plan | Not previously submitted | N/A |
|---|---|---|---|
| 47 | **Optum 2014 Pharmacy Manual** (CVSC-0332806) | Not previously submitted. | N/A |
| 48 | **MedImpact 2014 Provider Manual** (CVSC-0351027) | Not previously submitted. | N/A |
| 49 | **Caremark 2009 Provider Manual** (CVSC-0023470) | Not previously submitted. | N/A |
| 50 | **Express Scripts 2015 Provider Manual** (CVSC-0273734) | Not previously submitted. | N/A |