# DX-444

From: Edmunds, Sharon
Sent: Tue 11/04/2008 11:14 AM (GMT-05:00)
To: Calabrese, David (MHP)
Cc: Dennison, Martha (MHP)
Bcc:
Subject: RE: Health Savings Plan


David this is a program that is intended for the uninsured. It is our expectation that if people have insurance then they would not be getting the Health Savings Pass. It is not intended that the $9.99 will become the U+C . There is a fee to join the program. Prescriptions will not be processed via a patients health plan( again the intent is for this to be a program for the uninsured) for any scripts obtained through the Health savings Plan. The Plan won't even be available till later this month outside of our pilot program in AZ It was announced as a new program in our investor call last week and everyone is very curious about the details. Please let me know if you have any other questions. Thanks

---

**From:** Calabrese, David (MHP) [mailto:David_Calabrese@medmetricshp.com]
**Sent:** Tuesday, November 04, 2008 9:34 AM
**To:** Edmunds, Sharon
**Cc:** Dennison, Martha (MHP)
**Subject:** Health Savings Plan


Hi Sharon.

We are getting a number of questions from clients relative to your new $9.99 Health Savings Plan for generic drugs.

Clients are concerned that these claims will not be processed via the patient's current drug benefit card (from the health plan), thus limiting opportunities for appropriate DUR, step therapy screening, claims tracking, etc...

Can you please confirm the following for me:

1) will CVS in fact pass thru the $9.99 as its U&C on all claims for third party payors, regardless if the patient is a club member or not?

2) will pharmacies be instructed to process all claims for these 400 drugs via a patient's current health plan claims processor so that the claims are adequately tracked as part of their full prescription drug history?

Your assistance is greatly appreciated.

David


*David Calabrese, R.Ph, MHP*
Chief Clinical Officer
**MedMetrics Health Partners**
100 Century Drive
Worcester, MA 01606
ph: 508-421-8932
e-fax: 509-355-1154
e-mail: david_calabrese@medmetricshp.com
web:  www.medmetricshp.com


*Confidentiality Notice: This e-mail is confidential and may also be privileged. If you are not the intended recipient, please delete it and notify me immediately at the above address; do not copy, forward or otherwise disclose the contents of this e-mail to any other person or use it for any purpose*

Corcoran – CONFIDENTIAL

CVSC-0269295