# PX-040

**From:**      Ferschke, Paul R.
**Sent:**      Wednesday, April 09, 2008 7:24 PM
**To:**        Morrison, Tom E.
**Cc:**        Wingate, Elizabeth S.; Traficante, Paul
**Subject:**   RE: Cash card discussion with Larry

Tom,

We had already run the 90 day sensitivities so I merely copied the formulas and made a few adjustments to calculate the 60 day sensitivities.

Under HSP there are roughly 53K 60-day scripts for the 300+ drugs so for every dollar price change, there is an impact $53K.

Paul R. Ferschke
Manager, Managed Care Reporting & Analysis
(401) 770-4558
PRFerschke@cvs.com

**From:** Morrison, Tom E.
**Sent:** Wednesday, April 09, 2008 2:16 PM
**To:** Ferschke, Paul R.
**Cc:** Wingate, Elizabeth S.
**Subject:** FW: Cash card discussion with Larry

Paul,

The discussion with Larry has introduced new price points.  Can you modify your reports to look at these additional price points?  We may also want to look at some 90 day price points of $11.99, $13.99 and $14.99.

If this is difficult let me know.  Know too that Matt's group may be calling on the same information.

Since there is some customer research going on that will take 2 to 3 weeks, if you can't get the financials redone for this Thursday...it is OK.  We will have time for the following week.

    Tom

**From:** Harlam, Bari A.
**Sent:** Wednesday, April 09, 2008 1:59 PM
**To:** Leonard, Matthew J.; Morrison, Tom E.
**Cc:** Price, Robert (Rob) L.; Purdy, David W.
**Subject:** Cash card discussion with Larry

Tom and Matt –
Here's a brief summary of Larry's input:

Good clarity on:
1) This is a retention play.  We are not trying to attract as many people as possible into the program because that creates a cannibalization of existing cash customers problem.
2) Ensuring that this is a compelling offer for customers and store teams is key – this needs to be a way to hold on to cash customers who are at risk of leaving for $4 programs.

Key discussion points were:
1) What is the "right" offer?  Can we consider a more simple construction with, for example, $9.99 for 60 days or even look at the implications of $7.99 (to be competitive with $4) and possibly eliminate the Extra Bucks component?

1

Protected Competitive Materials / Freedom of Information Act ("FOIA")

Corcoran - CONFIDENTIAL

CVSHSP0021153
CVSC-0222729

2) Need to get input from customers and store teams.

Next steps:
1) Bari to contact Mark Kolligian about customer research
2) Bari to contact Dave Purdy about getting pharmacy team input.
3) Bari to contact Matt about financial modeling of lower 60-day pricing options.

Matt –
Can you have the team look at the financial implications of $9.99, $8.99, and $7.99 as part of their analysis?

THANKS.

--Bari

Protected Competitive Materials / Freedom of Information Act ("FOIA")
Corcoran - CONFIDENTIAL

CVSHSP0021154
CVSC-0222730