# PX-532

PLACEHOLDER – DOCUMENT FILED UNDER SEAL