# PX-546

PLACEHOLDER – DOCUMENT FILED UNDER SEAL