# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CORCORAN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**CVS HEALTH, ET AL.,**<br>Defendants. | CASE NO. 15-cv-03504-YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO DISCLOSE TWO EXPERTS**<br><br>Re: Dkt. No. 275 |

On June 6, 2017, in conjunction with their renewed motion for class certification, plaintiffs filed an administrative motion for leave to disclose two additional experts. (Dkt. No. 275.) Defendants oppose. (Dkt. No. 290.) The Court finds no good cause has been shown to extend the deadlines for expert disclosure of these two witnesses.

Fact and expert discovery in this action has been closed since February 27, 2017. (Dkt. No. 62.) The Court issued its order denying plaintiffs' initial motion for class certification on March 21, 2017. (Dkt. No. 249.) The parties appeared before the Court for a case management conference on May 1, 2017, during which the Court set a briefing schedule for plaintiff's renewed motion for class certification and defendants' motion for summary judgment. (Dkt. No. 263.) Additionally, the Court specified that there would be no new discovery for the purposes of such motions. (Dkt. No. 267 at 11.) Yet, plaintiffs only sought permission to submit additional expert declarations on the date the motions for class certification and summary judgment were due.

Accordingly, the Court **DENIES** plaintiffs' motion for leave to disclose the same.

This Order terminates Docket Number 275.

**IT IS SO ORDERED.**

Dated: June 15, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**