1  Enu Mainigi (*Pro Hac Vice*)
   F. Lane Heard (*Pro Hac Vice*)
2  Grant A. Geyerman (*Pro Hac Vice*)
   WILLIAMS & CONNOLLY LLP
3  725 Twelfth Street, NW
   Washington, DC 20005
4  Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
5
   Edward W. Swanson (State Bar No. 159859)
6  August Gugelmann (State Bar No. 240544)
   SWANSON & McNAMARA LLP
7  300 Montgomery Street, Suite 1100
   San Francisco, CA 94104
8  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
9
   *Attorneys for CVS Pharmacy, Inc.*
10

11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    OAKLAND DIVISION
15

16  CHRISTOPHER CORCORAN, et al.,          | No. 15-CV-03504-YGR

17                            Plaintiffs,   | CLASS ACTION

18        v.                                | **DECLARATION OF GRANT A. GEYERMAN IN SUPPORT OF**
19  CVS PHARMACY, INC.                      | **DEFENDANT'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR**
20                            Defendant.    | **CLASS CERTIFICATION**

21

22

23

24

25

26

27

28

1    I, Grant A. Geyerman, make the following Declaration based on personal knowledge of the matters set forth herein. I am a partner at Williams & Connolly LLP, counsel to Defendant CVS Pharmacy, Inc. ("CVS") in this matter. I submit this declaration in support of CVS's Opposition to Plaintiffs' Amended Motion for Class Certification ("Motion"). If called upon, I could and would testify competently to the following:

**A.  Defense Exhibits**

1. Exhibit DX-080 is a true and correct copy of a Health Savings Pass ("HSP") enrollment form, produced by CVS with Bates No. CVSC-0000177.

2. Exhibit DX-264 is a true and correct copy of an email from Roderick Bergin to Tina L. Egan regarding "FW: Medco U&C-please pass to MEDCO legal," sent on April 30, 2009 and produced by CVS with Bates No. CVSC-0386102.

3. Exhibit DX-265 is a true and correct copy of a letter from C. Calvin Corum to Tina L. Egan, J.D., dated April 30, 2009 and produced by CVS with Bates No. CVSC-0356466.

4. Exhibit DX-321 is a true and correct copy of the Declaration of Joseph C. Zavalishin dated February 22, 2017.

5. Exhibit DX-346 is a true and correct copy of a spreadsheet titled Active Plans 11-01-11.xlsx and produced by CVS with Bates No. CVSC-0391362.

6. Exhibit DX-400 is a true and correct copy of the transcript of the Deposition of William John Barre that was taken on November 17, 2016.

7. Exhibit DX-403 is a true and correct copy of the transcript of the Deposition of John Martin Lavin that was taken on January 5, 2017.

8. Exhibit DX-406 is a true and correct copy of the transcript of the Deposition of William Strein that was taken on December 12, 2016.

9. Exhibit DX-407 is a true and correct copy of the transcript of the Deposition of Joseph Zavalishin that was taken on April 14, 2017.

10. Exhibit DX-408 is a true and correct copy of the December 9, 2016 Report of Brett E. Barlag on Behalf of CVS Pharmacy, Inc.

11. Exhibit DX-409 is a true and correct copy of the January 27, 2017 Rebuttal Report

of Brett E. Barlag on Behalf of CVS Pharmacy, Inc.

12. Exhibit DX-410 is a true and correct copy of the Expert Report of Catherine Graeff, dated December 9, 2016.

13. Exhibit DX-412 is a true and correct copy of the Expert Report of John D. Jones, BS Pharm, JD, FAMCP, dated December 9, 2016.

14. Exhibit DX-414 is a true and correct copy of the Rebuttal Expert Report of John D. Jones, BS Pharm, JD, FAMCP, dated January 27, 2017.

15. Exhibit DX-415 is a true and correct copy of the Expert Report of Edward G. McGinley, RPh MBA, dated December 9, 2016.

16. Exhibit DX-416 is a true and correct copy of the Rebuttal Expert Report of Edward G. McGinley, RPh MBA, dated January 27, 2017.

17. Exhibit DX-418 is a true and correct copy of the Expert Report of Dr. Michael P. Salve, dated December 9, 2016.

18. Exhibit DX-419 is a true and correct copy of the Expert Report of Dr. Itamar Simonson, dated December 9, 2016.

19. Exhibit DX-420 is a true and correct copy of the Expert Report of Pamela L. Wyett, dated December 9, 2016.

20. Exhibit DX-421 is a true and correct copy of the Rebuttal Expert Report of Pamela L. Wyett, dated January 27, 2017.

21. Exhibit DX-422 is a true and correct copy of the Rebuttal Expert Report of Dr. Donald Yett.

22. Exhibit DX-423 is a true and correct copy of excerpts from the transcript of the Deposition of CVS Pharmacy, Inc.'s 30(b)(6) Representative, Hilary Dudley, that was taken on September 20, 2016.

23. Exhibit DX-425 is a true and correct copy of the Declaration of Susan Colbert in Support of Defendant's Opposition to Motion for Class Certification, dated November 21, 2016.

24. Exhibit DX-426 is a true and correct copy of the Declaration of Susan Colbert in Support of Defendant's Motion for Summary Judgment dated June 2, 2017.

25. Exhibit DX-441 is a true and correct copy of an HSP enrollment form, produced by CVS with Bates No. CVSC-0227247.

26. Exhibit DX-448 is a chart created by counsel excerpting the U&C Definitions and Third-Party Beneficiary Provisions from certain CVS-PBM Contracts.

27. Exhibit DX-456 is a composite exhibit created by counsel showing the dates of, and testimony regarding, Plaintiffs' continued patronage of CVS pharmacies, to which a true and correct copy of prescription records and deposition excerpts are attached.

28. Exhibit DX-508 is a true and correct copy of the Plaintiffs' Omnibus Supplemental Responses and Objections to CVS's Second Set of Interrogatories (June 13, 2017).

29. Exhibit DX-509 is a true and correct copy of Plaintiff Tyler Clark's prescription records produced by Plaintiff Clark at CVSTCLAR-00000012.

30. Exhibit DX-510 is a true and correct copy of the Declaration of Brett E. Barlag, dated June 20, 2017.

31. Exhibit DX-511 is a true and correct copy of excerpts from the transcript of the Deposition of Joel W. Hay that was taken on June 16, 2017.

32. Exhibit DX-512 is a composite exhibit created by counsel showing Plaintiffs' testimony on certain subject matters in the case.

33. Exhibit DX-513 is a composite exhibit created by counsel showing Plaintiffs' testimony on the circumstances concerning their involvement in the lawsuit.

34. Exhibit DX-514 is a true and correct copy of excerpts from the transcript of the Deposition of Zulema Avis that was taken on August 5, 2016.

35. Exhibit DX-515 is a true and correct copy of excerpts from the transcript of the Deposition of Deborah Barrett that was taken on September 16, 2016.

36. Exhibit DX-516 is a true and correct copy of excerpts from the transcript of the Deposition of Tyler Clark that was taken on October 26, 2016.

37. Exhibit DX-517 is a true and correct copy of excerpts from the transcript of the Deposition of Robert Garber that was taken on September 21, 2016.

38. Exhibit DX-518 is a true and correct copy of excerpts from the transcript of the

DECLARATION OF GRANT A. GEYERMAN
15-CV-03504-YGR

1  Deposition of Robert Jenks that was taken on July 28, 2016.

2        39. Exhibit DX-519 is a true and correct copy of excerpts from the transcript of the
3  Deposition of Onnolee Samuelson that was taken on August 19, 2016.

4        40. Exhibit DX-520 is a true and correct copy of excerpts from the transcript of the
5  Deposition of Carl Washington that was taken on August 30, 2016.

6        41. Exhibit DX-521 is a true and correct copy of a spreadsheet titled June 2013 Active
7  Plan List.xlsx and produced by CVS with Bates No. CVSC-0391363.

8        42. Exhibit DX-522 is a true and correct copy of a spreadsheet titled July 2013 Active
9  Plan List.xlsx and produced by CVS with Bates No. CVSC-0391360.

      **B.**     **Plaintiffs' Exhibits**

11        43. Exhibit PX-551 is a true and correct copy of the 2009 Medco Pharmacy Services
12  Manual, produced by CVS with Bates No. CVSC-0067922.

13        44. Exhibit PX-615 is a true and correct copy of the 2010 Express Scripts Network
14  Provider Manual, produced by CVS with Bates No. CVSC-0328074.

15        45. Exhibit PX-618 is a true and correct copy of the Declaration of Amber D. Compton
16  dated November 21, 2016.

17        46. Exhibit PX-662 is a true and correct copy of the Declaration of G. William Strein
18  dated November 18, 2016.

19        47. Exhibit PX-663 is a true and correct copy of the Declaration of Franceen
20  Spadaccino, RPh. Dated November 18, 2016.

21        48. Exhibit PX-691 is a true and correct copy of the Declaration of Michael D.
22  Reichardt dated November 20, 2016.

23        49. Exhibit PX-701 is a true and correct copy of the Declaration of John Lavin dated
24  November 18, 2016.

25        50. Exhibit PX-703 is a true and correct copy of a document titled "Troubleshooting
26  Set Price Generic Programs," produced by non-party Caremark with Bates No. Caremark-
27  0002102.

1    I declare under penalty of perjury that the foregoing is true and correct and that this
2  Declaration was executed on June 20, 2017 in Washington, D.C.

                                                                  */s/* Grant A. Geyerman
                                                                  Grant A. Geyerman