Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Sathya S. Gosselin (Cal. Bar. No. 269171)
HAUSFELD LLP
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
sgosselin@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Rebecca R. Anzidei (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
ranzidei@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>                 Plaintiffs,<br><br>  v.<br><br>CVS PHARMACY, INC.,<br><br>                 Defendant. | Case No. 15-cv-03504-YGR-JSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1. I, Bonny E. Sweeney declare as follows:

2. 1. I am an attorney admitted to practice before this Court and am a partner of Hausfeld LLP, one of law firms representing Plaintiffs and the proposed classes in this litigation. I make this declaration in support of Plaintiffs' accompanying Administrative Motion to Seal. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Pursuant to § 2.2 of the Revised Stipulated Protective Order ("Order") (Docket No. 66, filed December 14, 2015 and approved by the Court on December 15, 2015, Docket No. 67), each party may designate as "Confidential" information that qualifies for protection under Federal Rule of Civil Procedure 26(c). Pursuant to § 7.2 of the Order, disclosure of such information may be allowed only to the categories of persons and under the conditions described in the Order.

3. The Court has also previously sealed other portions of some of these deposition transcripts and other documents in its rulings on the administrative motions to seal that were filed with respect to Plaintiffs' original motion for class certification, reply, and oppositions to motions to strike Plaintiffs' experts Dr. Navarro and Dr. Hay, as noted in the chart below. *See* Dkt. Nos. 250-56.

4. The documents or portions of documents that were previously designated Confidential or contain information previously designated Confidential by CVS are filed under seal herewith. However, in some instances, documents CVS previously designated as confidential are documents CVS no longer defends for redaction/sealing. *See* Dkt. No. 292 (Moffatt Decl. ¶ 9). Accordingly, Plaintiffs have not redacted or filed those documents under seal. The documents Plaintiffs propose to seal based on CVS's prior designations and current stance as to confidentiality are as follows:

| New Document or New Portion of Document Sought to be Sealed | Designating Party and Confidentiality Designation | Prior Orders re. Sealing |
|---|---|---|
| **Briefing & Expert Reports/Declarations** | | |
| Portions of **Plaintiffs' Opposition to CVS' Motion for Summary Judgment**, pp. 4-5 (chart); 5:15-18; 6:6, 10, 12, 14-15; | CVS- Confidential | N/A |

| | | |
|---|---|---|
| 7:1-2, 9-21; 8:1-2, 4-11, 13-18; 12-13 (chart); 13:9-12; 15:4-5, 16; 16:1<br><br>Footnotes 15, 16, 17, 22, 25, 31, 32, 33, 35, 36, 37, 38, 39, 51 | | |
| Portions of **Plaintiffs' Responsive Statements of Facts**, Resp. to Fact No. 3, 4, 8, 11, 12, 15, 16, 18; Additional Fact No. 7, 11 | CVS- Confidential | N/A |
| Portions of **Plaintiffs' Opposition to CVS' Motion to Exclude Dr. Hay's Expert Testimony** at pp. 8:19-20; 9:1-2, 4-6; 10-20-22; 11 (block quote); 11-15-16, 21-22; 12:10-13, 15-17; 13:23-24; 14:2, (chart), 11-16; Footnotes 18, 26, 27, 28 | CVS- Confidential | N/A |
| **PX-767** to the Meyers Decl.: Expert Report of **Joel W. Hay, Ph.D**, dated Dec. 9, 2016 at ¶¶ 32-35, 39-53, 62-68, 71-73; footnotes 9, 15, 16, 19, 27;  Tables 1-20 | CVS- Confidential | Ordered Sealed at Dkt. No. 253. |
| **PX-769** to the Gilmore Decl. & Meyers Decl.: portions of the Rebuttal Report of **Joel W. Hay, Ph.D**, dated Jan. 27, 2017) at ¶¶ 7; 8; 9; 10; 11; 18 at Table 1; 19, Table 2; 20; 21 & Table 3; 23; 24 & Table 5; 25 & Table 6; 26 & Table 7; 27; 28; 29; 31; 36; 39; 40; 42; 43; 44; 47; 48; and footnote 24; and Exs. D-H | CVS- Confidential | N/A |
| **PX-800** to the Gilmore Decl. | CVS- Confidential | N/A |

| | | |
|---|---|---|
| & Meyers Decl.: Amended and Supplemented Declaration of **Joel W. Hay, Ph.D**, at ¶¶ Headings IIIC and IIID;  Portions of paras 10, 11, 15, 22;  Tables 1-4 | | |
| **PX-803** to the Gilmore Decl. & Meyers Decl.: portions of the **Amended and Supplemented Declaration of Dr. Robert Navarro**, dated June 6, 2017, at Table of Contents; ¶¶ 25, 30, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 52, 53, 60, 62, 70, 73, 77; footnotes 19, 27, 30, 43, 45, 53, 72, 75; headings A, B, C, D, E, F, | CVS- Confidential | N/A |
| **PX-809** to the Gilmore Decl. & Meyers Decl.: Oct. 3, 2016 Expert Declaration of Prof. Joel W. Hay, Ph.D. ("Hay Decl.") at  ¶¶ 31-34, 38, 40-42, 52-55; footnotes 10; Tables 1-17 | CVS- Confidential | Ordered sealed in Dkt. No. 250. |
| **PX-810** to the Gilmore Decl. & Meyers Decl.: Jan. 9, 2017 **Expert Rebuttal Declaration of Prof. Joel W. Hay, Ph.D. ("Hay Rebuttal Decl.")** portions of ¶¶ 7-11, 13-15, 19-21, 24-27, 30-34, 36, 38; subheadings G., H.; footnotes 2, 4, 10, 16, and 20; Tables 1-21 | CVS- Confidential | Ordered sealed in Dkt. No. 255. |
| **PBM Contracts** | | |
| **PX-530** to the Gilmore Decl.:  **CVS – Aetna Contract** | CVS-Confidential | N/A |
| **PX-532** to the Gilmore Decl.:  **CVS – Express** | CVS-Confidential | N/A |

| | | |
|---|---|---|
| **Scripts Agreement** | | |
| **PX-541** to the Gilmore Decl.: **CVS - Optum** (formerly Prescription Solutions) **Prescription Drug Services Agreement** | CVS- Confidential | N/A |
| **PX-546** to the Gilmore Decl.: **CVS – Caremark** (formerly PCS Health Systems, Inc.) **Agreement** | CVS- Confidential | N/A |
| **PX-676** to the Gilmore Decl.: **CVS-MedImpact Agreement** | CVS-Confidential | N/A |
| **PX-677** to the Gilmore Decl.: **CVS - Medco Retail Pharmacy Agreement** | CVS- Confidential | N/A |
| **PX-685** to the Gilmore Decl.: **Medco 2009/2010 Pharmacy Services Manual** | CVS- Confidential | N/A |
| **Depositions & Excerpts of Testimony** | | |
| **PX-804** to the Gilmore Decl.; excerpts of deposition transcript of **Hilary Dudley (30(b)(6))** | CVS- Confidential | Ordered Sealed in Dkt. Nos. 250, 252 |
| **PX-807** to the Gilmore Decl.; excerpts of deposition transcript of **Thomas E. Morrison [TX Action]** (Testimony Under Oath) | CVS- Confidential | Ordered Sealed in Dkt. No. 252 |
| **PX-821** to the Gilmore Decl.: excerpts of deposition transcript of **Paul Ferschke (TX)** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-822** to the Gilmore Decl.: excerpts of November 9, 2016 **Deposition of Prof. Joel W. Hay, Ph.D** | CVS- Confidential | Ordered Sealed in Dkt. No. 251. |

| | | |
|---|---|---|
| **PX-823** to the Gilmore Decl.: excerpts of **March 17, 2017 Deposition of Prof. Joel W. Hay, Ph.D** | CVS- Confidential | N/A |
| **PX-827** to the Gilmore Decl.: excerpts of deposition transcript of **Robert Greenwood** | CVS- Confidential | Ordered Sealed in Dkt. Nos. 250, 255. |
| **PX-831** to the Gilmore Decl.: excerpts of deposition transcript of **Thomas Gibbons (Dec. 13, 2016)** | CVS- Confidential | Ordered Sealed in Dkt. No. 255. |
| **Other Documents** | | |
| **PX-11** to the Gilmore Decl.: **Cash Discount Rx Programs, BPC Discussion: 8/18/08** | CVS- Confidential | N/A |
| **PX-20** to the Gilmore Decl.: **CVS-Meridian Rx LLC Pharmacy Services Agreement** | CVS- Confidential | N/A |
| **PX-28** to the Gilmore Decl. & Meyers Decl.: **Oct. 27, 2010 Retail Pricing Review** | CVS- Confidential | N/A |
| **PX-36** to the Gilmore Decl.: **Email regarding U&C Definitions** | CVS- Confidential | N/A |
| **PX-40** to the Gilmore Decl. & Meyers Decl.: **Apr. 9, 2008 Emails re Cash card discussions** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-42** to the Gilmore Decl. & Meyers Decl.: **Aug. 3, 2008 D. Ghertner email** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-47** to the Gilmore Decl. | CVS- Confidential | Ordered Sealed in Dkt. No. |

| | | |
|---|---|---|
| & Meyers Decl.: **CVS/Pharmacy Health Savings Pass Policies & Procedures** | | 250. |
| **PX-58** to the Gilmore Decl.: **Feb. 11, 2008 Bessant email to Morrison re Update on Morning Meetings** | CVS- Confidential | N/A |
| **PX-59** to the Gilmore Decl.: **Feb. 22, 2008 Morrison email re Slide Changes** | CVS- Confidential | N/A |
| **PX-60** to the Gilmore Decl. & Meyers Decl.: **May 14, 2008 T. Morrison-B. Harlam email exchange titled "Cash Card"** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-83** to the Gilmore Decl. & Meyers Decl.: **Health Savings Pass Reconciliation Process** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-163** to the Gilmore Decl., **Dec. 9, 2012 Business Case from ScriptSave.** | CVS- Confidential | N/A |
| **PX-164** to the Gilmore Decl., **Dec. 6, 2012 Business Case from ScriptSave.** | CVS- Confidential | N/A |
| **PX-239** to the Gilmore Decl.: **S. Tierney email to E. Wingate regarding "Medco Provider Manual"** | CVS- Confidential | N/A |
| **PX-251** to the Gilmore Decl.: **Jan. 25, 2013 email from Emdeon to various CVS personnel re Emdeon/ScriptSave.** | CVS- Confidential | N/A |

| | | |
|---|---|---|
| **PX-254** to the Gilmore Decl.: **June 2010 Landscape Strategy Presentation** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-285** to the Gilmore Decl. & Meyers Decl.: **CVS list of "Cash Discount" programs** | CVS- Confidential | Ordered Sealed in Dkt. No. 250. |
| **PX-335** to the Gilmore Decl.: **CVS Third Party Contract Administration Policy & Procedure** No. 000-000-176 (eff. 11/10/2000), at CVSC-0355496-97; CVSC-0355505 (2012 revision) | CVS- Confidential | N/A |
| **PX-840** to the Gilmore Decl.: Plaintiffs' Suppl. Resps. & Obj. to Defendants First Interrogatories | CVS- Confidential | N/A |

6. Plaintiffs do not take a position as to whether these documents have been appropriately designated as Confidential and are appropriately filed under seal for purposes of Plaintiffs' Opposition to Summary Judgment. Plaintiffs reserve any right to object to the proposed sealing or redaction of documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June, 2017 in San Francisco, California.


By: */s/ Bonny E. Sweeney*
    Bonny E. Sweeney