Enu Mainigi (*Pro Hac Vice*)
F. Lane Heard III (*Pro Hac Vice*)
Grant A. Geyerman (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (State Bar No. 159859)
August Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for CVS Pharmacy, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF THOMAS S. MOFFATT IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL RE: REPLY IN SUPPORT OF SUMMARY JUDGMENT BRIEFING (June 27, 2017)** |

15-CV-03504-YGR

I, Thomas S. Moffatt, pursuant to 28 U.S.C. § 1746, hereby affirm that I am over 18 years of age and am competent to make the following Declaration:

1. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge. I am authorized to make this Declaration on behalf of Defendant CVS Pharmacy, Inc. ("CVS"). I authorize the use of this Declaration in connection with the above-captioned lawsuit.

2. I have been employed by CVS since August 1997, and currently hold the position of Vice President, Secretary and Assistant General Counsel – Corporate Services of CVS.

3. I submit this Declaration in support of CVS's Administrative Motion to File Under Seal Materials Designated as Confidential ("Motion") (June 27, 2017), which seeks to file under seal documents, or portions thereof, attached to CVS's Reply In Support of Motion for Summary Judgment. CVS seeks to seal all exhibits listed in this Motion in their entirety unless indicated otherwise.

4. The following exhibits are documents that reflect details of CVS's confidential agreements with business partners who are not parties to this lawsuit. These agreements contain, inter alia, highly confidential pricing terms, reimbursement formulae, and information regarding the internal operations and proprietary systems of CVS and/or its counterparties that if disclosed publicly would give competitors of CVS or CVS's counterparties an unfair advantage. CVS does not routinely disclose publicly its agreements with business partners; the agreements are confidential, and CVS is bound to keep the agreements listed in ¶¶ 4.a to 4.c confidential.

  a. DX-537: Deposition Excerpts of Susan F. Colbert (Oct. 26, 2016)

  b. DX-541: Deposition Excerpts of Elizabeth Wingate (Oct. 20, 2016)

  c. PX-346: Email from Sue Colbert to Robert Greenwood re Applied Contract (Apr. 23, 2008)

5. The following exhibits reflect, discuss, or summarize the named Plaintiffs'

prescription purchases, medical conditions, and/or other personal information. CVS seeks to seal the exhibits listed in ¶¶ 5.a to 5.g in part and redact Plaintiffs' personal information.

    a. DX-526: Deposition Excerpts of Plaintiff Deborah Barrett (Sept. 16, 2016)

    b. DX-528: Deposition Excerpts of Plaintiff Carolyn Caine (July 26, 2016)

    c. DX-531: Deposition Excerpts of Plaintiff Vincent Garguilo (Aug. 27, 2016)

    d. DX-532: Deposition Excerpts of Plaintiff Amanda Gilbert (Sept. 7, 2016)

    e. DX-533: Deposition Excerpts of Plaintiff Zachary Hagert (Aug. 12, 2016)

    f. DX-534: Deposition Excerpts of Plaintiff Robert Jenks (July 28, 2016)

    g. DX-535: Deposition Excerpts of Plaintiff Carl Washington (Aug. 30, 2016)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of June, 2017, in Rhode Island.

_____
Thomas S. Moffatt