CHRISTOPHER CORCORAN, et al.,

     Plaintiffs,

  v.

CVS PHARMACY, INC.,

     Defendant.

No. 15-CV-03504-YGR

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: SUMMARY JUDGMENT BRIEFING**

**Dkt. Nos. 281, 321**

*AS MODIFIED BY THE COURT*

  CVS Pharmacy, Inc. ("CVS") filed an Administrative Motion to File Under Seal re: Summary Judgment Briefing ("Motion to Seal") in the above-captioned action on June 6, 2017 pursuant to Local Rules 7-11 and 79-5. CVS also inadvertently filed another Exhibit, DX 456 (Dkt. No. 301-32), in the public docket, which contained Plaintiffs' private medical information. CVS has now requested the Court lock that Exhibit and re-filed it under seal. Dkt. No. 321. Plaintiffs filed a declaration in support of filing their private health information under seal, but otherwise took no position as to CVS's other requests. *See* Sweeney Decl. (filed July 12, 2017). For good cause appearing, the Court **GRANTS** CVS's request. The Clerk shall **PERMANENTLY LOCK** Docket Number 301-32.

  The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

//

//

//

//

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| DX-006 (Plaintiff Carolyn Caine's Amended Responses and Objections to Defendant's Interrogatories (July 22, 2016)) at page 3 line 20; page 7 line 22; and page 8 lines 12-13. | Moffatt Declaration ¶¶ 5, 5.a; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-028 (Plaintiff Robert Jenks' Amended Responses and Objections to Defendant's Interrogatories (July 22, 2016)) at page 3 lines 20-23; page 8 lines 2-3, 16-17, 21-22, and 26; and page 9 lines 8-9 | Moffatt Declaration ¶¶ 5, 5.b; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-083 (Plaintiff Walter Wulff's Amended Responses and Objections to Defendant's Interrogatories (Aug. 1, 2016)) at page 3 lines 18-19; page 7 lines 17-18; and page 8 lines 10, 15, and 18-19. | Moffatt Declaration ¶¶ 5, 5.c; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-092 (Plaintiff Zachary Hagert's Amended Responses and Objections to Defendant's Interrogatories (Aug. 5, 2016)) at page 3 lines 20-25; page 8 lines 2 and l4-15. | Moffatt Declaration ¶¶ 5, 5.d; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-102 (Plaintiff Toni Odorisio's | Moffatt Declaration ¶¶ 5, 5.e; | **GRANT** |

| | | |
|---|---|---|
| Amended Reponses and Objections to Defendant's Interrogatories (Aug. 1, 2016)) at page 3 line 21; page 7 lines 17-19; page 8 lines 9, 14-15, and 19-20; and page 9 lines 1-2, 6-7, and 12. | Sweeney Decl. ¶¶ 5-6 | |
| DX-118 (Plaintiff Onnolee Samuelson's Third Amended Responses and Objections to Defendant's Interrogatories (Aug. 17, 2016)) at page 3 lines 18-19; page 7 lines 20-21; page 8 lines 10, 14-15, 18-19, and 23; page 9 lines 1, 5-6, 10, 15, 20, and 25; page 10 lines 2-3, 7, 12, 17, 22-23; and page 11 lines 1-2 and 7. | Moffatt Declaration ¶¶ 5, 5.f; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-165 (Plaintiff Vincent Gargiulo's Second Amended Responses and Objections to Defendant's Interrogatories Aug. 27, 2016)) at page 3 lines 20-21; and page 8 lines 6-7, 21, and 25-26. | Moffatt Declaration ¶¶ 5, 5.g; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-185 (Plaintiff Carl Washington's Amended Responses and Objections to Defendant's Interrogatories (Aug. 23, 2016)) at page 3 lines 18-21; page 7 line 27; and page 8 lines 15, | Moffatt Declaration ¶¶ 5, 5.h; Sweeney Decl. ¶¶ 5-6 | **GRANT** |

| | | |
|---|---|---|
| 20, and 24-25. | | |
| DX-193 (Plaintiff Amanda Gilbert's Amended Responses and Objections to Defendant's Interrogatories (Aug. 25, 2016)) at page 3 lines 19-22; page 8 at lines 10-13, 23; page 9 lines 4, 11-12, 17, and 21-22; and page 10 lines 1-2, 5-6, and 10-11. | Moffatt Declaration ¶¶ 5, 5.i; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-201 (Plaintiff Zulema Avis's Amended Responses and Objections to Defendant's Interrogatories (Aug. 1, 2016)) at page 3 line 18; page 7 lines 17-18; page 8 lines 6-7, 10-11; and page 9 line 7. | Moffatt Declaration ¶¶ 5, 5.j; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-217 (Plaintiff Debbie Barrett's Second Amended Responses and Objections to Defendant's Interrogatories (Sept. 13, 2016)) at page 3 lines 18-20; page 7 lines 25-26; page 8 lines 13-14, 17-18, 21-22, 25-26; page 9 lines 2-3, 6-7, 10-11, 18-19, 22-23, 26; page 10 lines 1, 4-5, 8-9, 12-13, 16-17, 20-21, 24-25; page 11 lines 2-3, 6-7, 10-11, 18-19, 22-23, 26; and page 12 lines 1, 4-5, 8-9. | Moffatt Declaration ¶¶ 5, 5.k; ; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-218 (Plaintiff Robert Garber's | Moffatt Declaration ¶¶ 5, 5.l; | **GRANT** |

| | | |
|---|---|---|
| Amended Responses and Objections to Defendant's Interrogatories (Aug. 1, 2016)) at page 3 line 18; page 7 lines 15-18; page 8 lines 6-7, 10-11, 14-15, 19-20, 24-25; page 9 lines 1-2, 6-7, 11, 15-16, 19-20, 24; page 10 lines 2-3, 8, 17, 21-22; and page 11 lines 1-2, 7, and 12. | Sweeney Decl. ¶¶ 5-6 | |
| DX-239 (Plaintiff Gilbert Brown's Amended Responses and Objection's to Defendant's Interrogatories (Oct. 5, 2016)) at page 3 line 19; page 7 line 18; and page 8 lines 1-2, 5-6, 10-11. | Moffatt Declaration ¶¶ 5, 5.m; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-258 (Plaintiff Tyler Clark's Supplemental and Amended Responses and Objections to Defendant's Interrogatories (Oct. 7, 2016)) at page 3 line 18; page 7 line 24; and page 8 lines 11-12, 15-16. | Moffatt Declaration ¶¶ 5, 5.n; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-266 (Medco Pharmacy Services Manual (2009/2010)) | Moffatt Declaration ¶¶ 4, 4.a | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| DX-270 (Plaintiff Christopher Corcoran's Supplemental and Amended Responses and Objections | Moffatt Declaration 5, 5.o; Sweeney Decl. ¶¶ 5-6 | **GRANT** |

| | | |
|---|---|---|
| to Defendant's Interrogatories (Oct. 7, 2016)) at page 3 lines 18-19; page 7 lines 22-24; page 8 lines 14, 18-19, 24; page 9 lines 2-3, 8, 13, 18-19, 23; page 10 lines 3-4, 8, 12-13, 16-17, 21; and page 11 lines 1-2, 6-7, 13-14, and 18. | | |
| DX-300 (MedImpact Pharmacy Network Agreement (Feb. 1, 2008)) | Moffatt Declaration ¶¶ 4, 4b | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| DX-408 (Expert Report of Brett E. Barlag (Dec. 9, 2016)) at page 8 ¶ 22; page 11 ¶ 27.c, Fig. 1, fn. 8; page 12 ¶ 29; page 13 ¶¶ 33-37; page 15 Fig. 4; page 17 Fig. 7; page 18 Fig. 9; page 19 ¶ 51; page 24 Fig. 12, ¶ 65; page 25 ¶¶ 66-68; page 26 ¶¶ 68-71, Fig. 13, fn. 60; page 27 ¶ 72; page 29 Fig. 16; page 38 ¶¶ 102-103; page 39 ¶ 105, fns. 92-93; page 40 ¶ 106; page 42 ¶¶ (b), 116; page 43 ¶¶ 116-118, Fig. 20; page 44 Fig. 21; page 47 ¶ 124, fn. 108; Appendix A; Appendix D; and Appendix E | Moffatt Declaration ¶¶ 6, 6.a | **GRANT IN PART**, except as to paragraphs 72. |
| DX-409 (Rebuttal Report of Brett E. Barlag (Jan. 27, 2017)) at page 3 fn. | Moffatt Declaration ¶¶ 6, 6.b | **GRANT IN PART**, except as to paragraphs 23 and 23.b |

| | | |
|---|---|---|
| 3; page 11 ¶¶ 23, 23.b; page 12 ¶¶ 23.b, 26, fn. 28; page 13 ¶ 27; page 14 ¶¶ 28-29, Fig. 7; page 15 ¶¶ 29-31, page 16 ¶ 32, Fig. 8; page 17 ¶¶ 36.a, 36.b, fn. 39; page 19 ¶ 38; and Appendix B; | | |
| DX-425 (Declaration of Susan Colbert (Nov. 21, 2016)) at page 1 ¶¶ 3-4; page 2 ¶¶ 7-9; page 3 ¶¶ 9-12; page 4 ¶¶13-14; page 5 ¶¶ 14-16; and page 6 ¶18. | Moffatt Omnibus Declaration ¶ 27(b) | **GRANT IN PART**, except as to paragraph 13. The specific Condor Codes referenced therein may remain sealed. |
| DX-446 (Express Scripts Provider Manual (2014)) | Moffatt Declaration ¶¶ 4, 4.c | **GRANT IN PART**, except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| DX-447 (Seventh Amendment to Express Scripts, Inc. Pharmacy Provider Agreement (Feb. 11, 2013) | Moffatt Declaration ¶¶ 4, 4.d | **GRANT IN PART**, except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| DX-459 (Deposition Excerpts of Plaintiff Zulema Avis (Aug. 5, 2016)) at page 142 lines 7-14; and page 144 lines 8-14. | Moffatt Declaration ¶¶ 5, 5.p; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-464 (Deposition Excerpts of Plaintiff Christopher Corcoran (Nov. 2, 2016)) at page 84 lines 9-10; and page 85 lines 6-8, 19-20, 23-24. | Moffatt Declaration ¶¶ 5, 5.q; Sweeney Decl. ¶¶ 5-6 | **GRANT** |

| | | |
|---|---|---|
| DX-466 (Deposition Excerpts of Plaintiff Vincent Garguilo (Aug. 27, 2016)) at page 128 lines 22-23; page 130 lines 17-19, 21-24; page 132 lines 8-11; page 174 lines 19-22; and page 176 lines 15-21. | Moffatt Declaration ¶¶ 5, 5.r; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-467 (Deposition Excerpts of Plaintiff Amanda Gilbert (Sept. 7, 2016)) at page 82 lines 18-20; page 85 lines 18-24; page 148 lines 2-5; and page 149 lines 4-7. | Moffatt Declaration ¶¶ 5, 5.s; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-469 (Deposition Excerpts of Plaintiff Robert Jenks (July 28, 2016)) at page 138 lines 4, 16, 21; page 139 lines 2, 6, 16, 18, 19; page 140 lines 4, 11, 17, 26; page 207 line 18; page 208 lines 6, 17, 25; and page 209 line 13 | Moffatt Declaration ¶¶ 5, 5.t; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-472 (Deposition Excerpts of Plaintiff Carl Washington (Aug. 30, 2016)) at page 190 lines 3-4; page 101 lines 8, 20; page 192 lines 5; page 269 lines 3; and page 306 lines 2-3, 8. | Moffatt Declaration ¶¶ 5, 5.u; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-473 (Deposition Excerpts of Plaintiff Walter Wulff (Aug. 9, 2016)) at page 72 line 21; and page | Moffatt Declaration ¶¶ 5, 5.v; Sweeney Decl. ¶¶ 5-6 | **GRANT** |

| | | |
|---|---|---|
| 73 at line 25 | | |
| PX-532 (Express Scripts, Inc. Pharmacy Provider Agreement (Jan. 18, 2008)) | Moffatt Declaration ¶¶ 4, 4.e | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-546 (PCS Health Systems, Inc. Provider Agreement (Mar. 31, 1997)) | Moffatt Declaration ¶¶ 4, 4.f | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-551 (Medco Pharmacy Services Manual (2009)) | Moffatt Declaration ¶¶ 4, 4.g | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-615 (Express Scripts Network Provider Manual (2010)) | Moffatt Declaration ¶¶ 4, 4.h | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-674 (OptumRx, Inc. Pharmacy Network Agreement (Jan. 29, 2015)) | Moffatt Declaration ¶¶ 4, 4.i | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-677 (Medco Health Solutions, Inc. Retail Pharmacy Agreement (Jan. 1, 2005) | Moffatt Declaration ¶¶ 4, 4.j | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-679 (Caremark Provider Manual (2016)) | Moffatt Declaration ¶¶ 4, 4.k | **GRANT IN PART,** except as to sections relating to: 1) Usual & |

| | | |
|---|---|---|
| | | Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-695 (Prescription Solutions Prescription Drug Services Agreement (June 1, 1999)) | Moffatt Declaration ¶¶ 4, 4l | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-703 (Network Performance, Troubleshooting Set Price Generic Programs (Oct. 1, 2008)) | Moffatt Declaration 7, 7.a | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-785 (Aetna Health Management National Pharmacy Services Agreement (Jan. 15, 2009) | Moffatt Declaration 4, 4.m | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |

Additional document to be sealed in response to CVS Motion to Remove Incorrectly Filed Document (Dkt. No. 321):

| **Document or Portion of Document Sought to Be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| DX-456 – Plaintiffs' prescription records | Sweeney Decl. ¶¶ 5-6 | **GRANT** |

This Order terminates Docket Numbers 281 and 321.

**IT IS SO ORDERED.**

Dated: September 5, 2017

Hon. Yvonne Gonzalez Rogers
United States District Court

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL, NO. 15-CV-03504-YGR