UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>[**PROPOSED**] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: MOTION TO EXCLUDE THE OPINION TESTIMONY OF DR. JOEL HAY**<br><br>**Re: Dkt. No. 286**<br><br>**\*AS MODIFIED BY THE COURT\*** | |

CVS Pharmacy, Inc. ("CVS") filed an Administrative Motion to File Under Seal re: Motion to Exclude the Opinion Testimony of Dr. Joel Hay ("Motion to Seal") in the above-captioned action on June 6, 2017 pursuant to Local Rules 7-11 and 79-5.

The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

| **Document or Portion of Document Sought to Be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| Ex. A (Declaration of Professor Joel W. Hay, PhD (Oct. 3, 2016)) at page 10 lines 16-17; page 11 lines 23-26; page 12 lines 1-3; and page 14 lines 3-7. | Moffatt Declaration ¶¶ 5, 5.a | **GRANT** |
| Ex. B (Expert Report of Professor | Moffatt Declaration ¶¶ 5, 5.b | **GRANT** |

| | | |
|---|---|---|
| Joel W. Hay, PhD (Dec. 9, 2016)) page 11 line 5; page 13 lines 1-7; page 17 lines 11-18, 21-26, fn. 23; and page 18 line 1. | | |
| Ex. D (Expert Report of Brett E. Barlag (Dec. 9, 2016)) at page 8 ¶ 22; page 11 ¶ 27.c, Fig. 1, fn. 8; page 12 ¶ 29; page 13 ¶¶ 33-37; page 15 Fig. 4; page 17 Fig. 7; page 18 Fig. 9; page 19 ¶ 51; page 24 Fig. 12, ¶ 65; page 25 ¶¶ 66-68; page 26 ¶¶ 68-71, Fig. 13, fn. 60; page 27 ¶ 72; page 29 Fig. 16; page 38 ¶¶ 102-103; page 39 ¶ 105, fns. 92-93; page 40 ¶ 106; page 42 ¶¶ (b), 116; page 43 ¶¶ 116-118, Fig. 20; page 44 Fig. 21; page 47 ¶ 124, fn. 108; Appendix A; Appendix D; and Appendix E | Moffatt Declaration ¶¶ 5, 5.c | **GRANT IN PART**, except as to paragraphs 70–72. |
| Ex. K (Rebuttal Report of Brett E. Barlag (Jan. 27, 2017)) at page 3 fn. 3; page 11 ¶¶ 23, 23.b; page 12 ¶¶ 23.b, 26, fn. 28; page 13 ¶ 27; page 14 ¶¶ 28-29, Fig. 7; page 15 ¶¶ 29-31, page 16 ¶ 32, Fig. 8; page 17 ¶¶ 36.a, 36.b, fn. 39; page 19 ¶ 38; and Appendix B; | Moffatt Declaration ¶¶ 5, 5.d | **GRANT IN PART**, except as to paragraph 23 and 23.b. |

| | | |
|---|---|---|
| Ex. H (PCS Health Systems, Inc. Provider Agreement (Mar. 31, 1997)) | Moffatt Declaration ¶¶ 4, 4.a | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| Ex. I (Medco Pharmacy Services Manual (2009)) | Moffatt Declaration ¶¶ 4, 4.b | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |

This Order terminates Docket Number 286.

**IT IS SO ORDERED**

Dated: September 5, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court