UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CHRISTOPHER CORCORAN, et al., | No. 15-CV-03504-YGR |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION** |
| v. | |
| CVS PHARMACY, INC., | |
| Defendant. | **Re: Dkt. No. 300** |
| | **\*AS MODIFIED BY THE COURT\*** |

On June 20, 2017, CVS Pharmacy, Inc. ("CVS") filed an Administrative Motion to File Under Seal re: CVS's Opposition to Plaintiffs' Amended Motion for Class Certification ("Motion to Seal") in the above-captioned action pursuant to Local Rules 7-11 and 79-5. Plaintiffs filed a declaration in support of filing their private health information under seal, but otherwise took no position as to CVS's other requests. *See* Sweeney Decl. (filed July 12, 2017).

The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| PX-551 (Medco Pharmacy Services Manual (2009)) | Moffatt Declaration ¶¶ 4, 4.a | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-615 (Express Scripts Network | Moffatt Declaration ¶¶ 4, 4.b | **GRANT IN PART,** except as to sections |

| | | |
|---|---|---|
| Provider Manual (2010)) | | relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| DX-508 (Plaintiffs' Omnibus Supplemental Responses and Objections to Defendant's Second Interrogatories (June 13, 2017)) | Moffatt Declaration ¶¶ 5, 5.a; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-509 (Plaintiff Tyler Clark's 2014 Prescription Purchases) | Moffatt Declaration ¶¶ 5, 5.b; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-515 (Deposition Excerpts of Plaintiff Deborah Barrett (Sept. 16, 2016)) | Moffatt Declaration ¶¶ 5, 5.c; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-516 (Deposition Excerpts of Plaintiff Tyler Clark (Oct. 26, 2016)) | Moffatt Declaration ¶¶ 5, 5.d; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-518 (Deposition Excerpts of Plaintiff Robert Jenks (July 28, 2016)) | Moffatt Declaration ¶¶ 5, 5.e; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-519 (Deposition Excerpts of Plaintiff Onnolee Samuelson (Aug. 19, 2016)) | Moffatt Declaration ¶¶ 5, 5.f; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-520 (Deposition Excerpts of Plaintiff Carl Washington (Aug. 30, 2016)) | Moffatt Declaration ¶¶ 5, 5.g; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-408 (Expert Report of Brett E. Barlag (Dec. 9, 2016)) at page 8 ¶ 22; page 11 ¶ 27.c, Fig. 1, fn. 8; page 12 ¶ 29; page 13 ¶¶ 33-37; page 15 | Moffatt Declaration ¶¶ 6, 6.a | **GRANT IN PART**, except as to paragraphs 70–72. |

| | | |
|---|---|---|
| Fig. 4; page 17 Fig. 7; page 18 Fig. 9; page 19 ¶ 51; page 24 Fig. 12, ¶ 65; page 25 ¶¶ 66-68; page 26 ¶¶ 68-71, Fig. 13, fn. 60; page 27 ¶ 72; page 29 Fig. 16; page 38 ¶¶ 102-103; page 39 ¶ 105, fns. 92-93; page 40 ¶ 106; page 42 ¶¶ (b), 116; page 43 ¶¶ 116-118, Fig. 20; page 44 Fig. 21; page 47 ¶ 124, fn. 108; Appendix A; Appendix D; and Appendix E | | |
| DX-409 (Rebuttal Report of Brett E. Barlag (Jan. 27, 2017)) at page 3 fn. 3; page 11 ¶¶ 23, 23.b; page 12 ¶¶ 23.b, 26, fn. 28; page 13 ¶ 27; page 14 ¶¶ 28-29, Fig. 7; page 15 ¶¶ 29-31, page 16 ¶ 32, Fig. 8; page 17 ¶¶ 36.a, 36.b, fn. 39; page 19 ¶ 38; and Appendix B | Moffatt Declaration ¶¶ 6, 6.b | **GRANT IN PART**, except as to paragraph 23. |
| DX-510 (Declaration of Brett E. Barlag (June 20, 2017)) at page 4 ¶ 6 and fn.5; page 5 fn.8; page 6 Fig. 2; page 7 ¶ 13, Fig. 4; page 8 ¶ 16; and page 18 Fig. 19 | Moffatt Declaration ¶¶ 6, 6.c | **GRANT** |
| DX-346 (November 2011 Active Plan List) | Moffatt Declaration ¶¶ 7, 7.a | **GRANT** |
| DX-425 (Declaration of Susan Colbert (Nov. 21, 2016)) at page 1 | Moffatt Declaration ¶¶ 7, 7.b | **GRANT IN PART**, except as to paragraph 13. The specific Condor Codes referenced therein may |

| | | |
|---|---|---|
| ¶¶ 3-4; page 2 ¶¶ 7-9; page 3 ¶¶ 9-12; page 4 ¶¶ 13-14; page 5 ¶¶ 14-16; and page 6 ¶ 18. | | remain sealed. |
| DX-521 (June 2013 Active Plan List) | Moffatt Declaration ¶¶ 7, 7.c | **GRANT** |
| DX-522 (July 2013 Active Plan List) | Moffatt Declaration ¶¶ 7, 7.d | **GRANT** |
| PX-703 (Network Performance, Troubleshooting Set Price Generic Programs (Oct. 1, 2008)) | Moffatt Declaration ¶¶ 8, 8.a | **GRANT** |

This Order Terminates Docket Number 300.

**IT IS SO ORDERED.**

Dated: September 5, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court