UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | No. 15-CV-03504-YGR <br><br> **[PROPOSED] ORDER GRANTING, IN PART, PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL [DKT. NO. 302]** <br><br> **Re: Dkt. No. 302** <br><br> *AS MODIFIED BY THE COURT* |

Plaintiffs filed an Administrative Motion to File Under Seal Materials Designated as Confidential ("Motion to Seal") in the above-captioned action on June 6, 2017 pursuant to Local Rules 7-11 and 79-5. *See* Dkt. No. 302.

The Court, having considered Plaintiffs' Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS IN PART** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion for Summary Judgment ("Opposition") at page 4:5-28; 8:7-11; 8:15-19; 12:26-13:2; 13:9-12 | Moffatt Declaration (June 22, 2017) ("Moffatt Decl.") ¶¶ 4(a), (b) | **GRANT IN PART**, except 4:5–28, 12:26–13:2 |
| Plaintiffs' Responsive Statement | Moffatt Decl. ¶ 5 | **GRANT** |

| | | |
|---|---|---|
| of Facts ("Plaintiffs' SOF") at page 20:21-25 | | |
| PX-767 (Expert Report of Professor Joel W. Hay, PhD (Dec. 9, 2016)) ("Hay Report") at paragraphs 33-35, 39, 42, 43, 63, 64, and 67; footnote 16 | Moffatt Decl. ¶ 6 | **GRANT IN PART**, except as to paragraph 43. |
| PX-769 (Rebuttal Report of Professor Joel W. Hay, PhD (Jan. 27, 2017)) ("Hay Rebuttal Report") at paragraphs 40, 42-44, and footnote 24 | Moffatt Decl. ¶ 7. | **GRANT** |
| PX-800 (Amended and Supplemented Expert Declaration of Professor Joel W. Hay, PhD. (June 6, 2017)) ("Amended Hay Decl.") at pages 5:11–13, and Exhibits C and D | Moffatt Decl.¶ 8 | **GRANT** |
| PX-803 (Amended and Supplemented Expert Declaration of Robert P. Navarro, Pharm. D. (June 6, 2017)) ("Amended Navarro Decl.") at footnote 19 and paragraph 62; paragraphs 38, 42, and 44, and footnotes 30, 43, and 53; and footnote 72 | Moffatt Decl.¶¶ 9(a), (b), (c) | **GRANT IN PART**, except as to paragraphs 38, 42, 44, and footnotes 30, 43, 53 |

| | | |
|---|---|---|
| PX-809 (Declaration of Professor Joel W. Hay, PhD (Oct. 3, 2016)) ("Hay Decl.") at paragraphs 32-34, 38, 42, 52, and 53 | Moffatt Decl. ¶ 10 | **GRANT IN PART**, except as to paragraph 42. |
| PX-810 (Rebuttal Declaration of Professor Joel W. Hay, PhD (Jan. 9, 2017)) ("Hay Rebuttal Decl.") at paragraphs 45, 46, 49, and footnote 16 | Moffatt Decl. ¶ 11 | **GRANT** |
| PX-11 (Cash Discount RX Program, BPC Discussion) | Moffatt Decl. ¶ 12(a) | **GRANT** |
| PX-28 (Retail Pricing Review Presentation) | Moffatt Decl. ¶ 12(b) | **GRANT** |
| PX-42 (Email re CVS Caremark Cash Offering) | Moffatt Decl. ¶ 12(c) | **GRANT** |
| PX-47 (ROPP-58 CVS/HSP Policy and Procedure) | Moffatt Decl. ¶ 12(d) | **GRANT** |
| PX-83 (HSP Reconciliation Process Policy and Procedure) | Moffatt Decl. ¶ 12(e) | **GRANT** |
| PX-254 (CVS Pharmacy Landscape Strategy Document) | Moffatt Decl. ¶ 12(f) | **GRANT** |
| PX-335 (Third Party Contract Administration Policy and Procedure) | Moffatt Decl. ¶ 12(g) | **GRANT IN PART,** except as to sections relating to: 1) Usual & |

| | | |
|---|---|---|
| | | Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-827 (Deposition of Robert Greenwood (Sept. 28, 2013)) | Moffatt Decl. ¶ 12(h) | **DENY** |
| PX-20 (Meridian Rx LLC-CVS contract) | Moffatt Decl.¶ 13(a) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-164 (Business Case from Scriptsave) | Moffatt Decl.¶ 13(b) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-239 (Email re Medco Provider Manual) | Moffatt Decl.¶ 13(c) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-285 (Spreadsheet of Plans) | Moffatt Decl.¶ 13(d) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party |

| | | |
|---|---|---|
| | | beneficiaries |
| PX-530 (Aetna-CVS contract) | Moffatt Decl.¶ 13(e) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-532 (Express Scripts-CVS contract) | Moffatt Decl.¶ 13(f) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-541 (Optum-CVS contract) | Moffatt Decl.¶ 13(g) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-546 (Caremark-CVS contract) | Moffatt Decl.¶ 13(h) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-676 (MedImpact-CVS contract) | Moffatt Decl.¶ 13(i) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary |

| | | |
|---|---|---|
| | | definitions and provisions; and 2) Third-Party beneficiaries |
| PX-677 (Medco-CVS contract) | Moffatt Decl.¶ 13(j) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |
| PX-685 (Medco 2009/2010 Pharmacy Services Manual) | Moffatt Decl.¶ 13(k) | **GRANT IN PART,** except as to sections relating to: 1) Usual & Customary definitions and provisions; and 2) Third-Party beneficiaries |

It is further **ORDERED** that the following materials are to be filed on the public docket without redaction within five business days. For these materials, the Designating Party of the allegedly confidential information therein has stated that the materials need not be redacted or filed under seal.

| Document or Portion of Document | Order |
|---|---|
| Opposition at pages 5:15-18; 6:6, 10, 12, 14, 15; 7:1-2; 7:9-8:2; 8:4-7, 13-14; 12:20-22, 23-25; 15:4-5; and 15:16-16:1; and footnotes 15, 16, 22, 25, 31-33, 35-39, and 51 | **GRANT** |

| | |
|---|---|
| Plaintiffs' SOF at pages 1:7-9, 17-19; 2:15-16; 3:4-6, 9-11, 25-27; 3:28-4:1; 4:6-11, 14, 22-24; 5:2-4; 20:3-5 | **GRANT** |
| Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude the Opinion Testimony of Dr. Joel Hay (June 20, 2017) in its entirety | **GRANT** |
| Hay Report at paragraphs 32, 40, 41, 44, 45-53, 62, 65, 66, 68, and 71-74; subheadings IV.A.i-iii, IV.C, IV.E, IV.F, and IV.F.i.; and footnotes 9, 11, 15, 19, and 27; and tables 1-20 | **GRANT** |
| Hay Rebuttal Report at paragraphs 7–11, 19–21, 23–29, 31, 36, 39, 47, and 48; and tables 1–7 | **GRANT** |
| Amended Hay Decl. at pages 1:7–10; 6:13–15, 27; 7:4–6; paragraphs 10, 11, and 22; headings II.C.–II.D.; and tables 1–4 | **GRANT** |
| Amended Navarro Decl. at page 1 headings III.A–F; paragraphs 25, 30, 36–37, 39–41, 43, 45–48 and associated headings/subheadings, 49, 52, 53, 60, 70, 73, and 77; | **GRANT** |

| | |
|---|---|
| footnotes 27, 45, and 75 | |
| Hay Decl. at paragraphs 31, 35, 40, 41, 43, 54, 55, 61; subheadings IV.A.ii.–iii.; footnotes 10 and 14; and tables 1–17 | **GRANT** |
| Hay Rebuttal Decl. at paragraphs 7–11, 13–15, 19, 20, 21, 24–27, 30–34, 36, 38, 50, and 59; subheadings III.G.–III.H.; footnotes 2, 4, 10, and 20; and tables 1–5 and 7–22 | **GRANT** |
| PX-804 (Deposition of Hilary Dudley (30(b)(6) (Sept. 20, 2016)) | **GRANT** |
| PX-807 (Examination Under Oath of Thomas Morrison (Feb. 2, 2016)) | **GRANT** |
| PX-821 (Examination Under Oath of Paul Ferschke (Dec. 19, 2014)) | **GRANT** |
| PX-822 (Deposition of Joel W. Hay (Nov. 9, 2016)) | **GRANT** |
| PX-823 (Deposition of Joel W. Hay (Mar. 17, 2017)) | **GRANT** |
| PX-36 (Email re U&C Definitions for Beth Wingate (Feb. 12, 2009)) | **GRANT** |
| PX-40 (Email re Cash Card Discussion with Larry (Apr. 9, 2008)) | **GRANT** |
| PX-58 (Email re Update on Morning Meetings (Feb. 11, 2008)) | **GRANT** |

| | |
|---|---|
| PX-59 (Email re Slide Changes (Feb. 22, 2008)) | **GRANT** |
| PX-60 (Email re Cash Card (May 14, 2008)) | **GRANT** |
| PX-163 (Business Case from ScriptSave (Dec. 9, 2012)) | **GRANT** |
| PX-251 (Email re ScriptSave pitch (Jan. 25, 2013)) | **GRANT** |
| PX-831 (Deposition of Thomas Gibbons (Dec. 13, 2016)) | **GRANT** |
| PX-840 (Plaintiffs' Omnibus Supplemental Responses and Objections to CVS's First Interrogatories (Feb. 24, 2017)) | **GRANT** |

This Order terminates Docket Number 302.

**IT IS SO ORDERED.**

Dated:  September 5, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court