UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: REPLY IN SUPPORT OF SUMMARY JUDGMENT**<br><br>**Re: Dkt. No. 314**<br><br>**\*AS MODIFIED BY THE COURT\*** |

CVS Pharmacy, Inc. ("CVS") filed an Administrative Motion to File Under Seal re: Summary Judgment Briefing ("Motion to Seal") in the above-captioned action on June 6, 2017 pursuant to Local Rules 7-11 and 79-5. Plaintiffs filed a declaration in support of filing their private health information under seal, but otherwise took no position as to CVS's other requests. *See* Sweeney Decl. (filed July 12, 2017).

The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

| **Document or Portion of Document Sought to Be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| DX-526 (Deposition Excerpts of Plaintiff Deborah Barrett (Sept. 16, 2016)) at page 208 line 19; page 209 line 23 | Moffatt Declaration ¶¶ 5, 5.a; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-528 (Deposition Excerpts of | Moffatt Declaration ¶¶ 5, 5.b; | **GRANT** |

| | | |
|---|---|---|
| Plaintiff Carolyn Caine (July 26, 2016)) at page 173 lines 15–16, 18, 24; page 262 lines 1, 19, 24 | Sweeney Decl. ¶¶ 5-6 | |
| DX-531 (Deposition Excerpts of Plaintiff Vincent Garguilo (Aug. 27, 2016)) at page 123 lines 19–20; page 128 lines 22–23; page 129 line 12 | Moffatt Declaration ¶¶ 5, 5.c; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-532 (Deposition Excerpts of Plaintiff Amanda Gilbert (Sept. 7, 2016)) at page 142 lines 5, 22; page 175 lines 8, 13, 23; page 176 line 5 | Moffatt Declaration ¶¶ 5, 5.d; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-533 (Deposition Excerpts of Plaintiff Zachary Hagert (Aug. 12, 2016)) at page 130 line 3; page 132 lines 7, 13, 16; page 140 line 8 | Moffatt Declaration ¶¶ 5, 5.e; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-534 (Deposition Excerpts of Plaintiff Robert Jenks (July 28, 2016)) at page 115 line 8; page 134 line 14; page 136 lines 6, 8, 10–11, 15 | Moffatt Declaration ¶¶ 5, 5.f; Sweeney Decl. ¶¶ 5-6 | **GRANT** |
| DX-535 (Deposition Excerpts of Plaintiff Carl Washington (Aug. 30, 2016)) at page 202 line 14; page 203 lines 5, 16 | Moffatt Declaration ¶¶ 5, 5.g; Sweeney Decl. ¶¶ 5-6 | **GRANT** |

| | | |
|---|---|---|
| DX-537 (Deposition Excerpts of Susan F. Colbert (Oct. 26, 2016)) at page 84 lines 5–10, 17–21, 24–25; page 235 line 6; page 236 line 14 | Moffatt Declaration ¶¶ 4, 4.a | **GRANT IN PART,** except as to page 84. |
| DX-541 (Deposition Excerpts of Elizabeth Wingate (Oct. 20, 2016)) at page 102 lines 10, 13–19, 22–25; page 103 lines 1, 16–19; page 165 lines 15, 24; page 166 line 2; page 168 lines 9, 12, 22–23; page 169 lines 5, 9, 14; page 170 lines 3, 6–7, 24; page 172 lines 5, 14–15 | Moffatt Declaration ¶¶ 4, 4.b | **GRANT IN PART**, except as to pages 102–103. |
| PX-346 (Email from Sue Colbert to Robert Greenwood re Applied Contract (Apr. 23, 2008)) | Moffatt Declaration ¶¶ 4, 4.c | **GRANT** |

This Order terminates Docket Number 314.

**IT IS SO ORDERED.**

Dated: September 5, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court