**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER CORCORAN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**CVS HEALTH, ET AL.,**<br>Defendants. | CASE NO. 15-cv-03504-YGR<br><br>**NOTICE OF ERRATA**<br>Re: Dkt. No. 327 |

Consistent with the text of its order at page 15 of Docket Number 327, the Court issues these corrections to the following class definitions at page 31 of its order at Docket Number 327. Deletions are set in [brackets] and additions in **bold**:

**1) California Class:** All CVS customers in California who, between November 2008 and July 31, 2015 (the "Class Period"), (1) purchased one or more generic prescription drugs that were offered through CVS's Health Savings Pass ("HSP") program at the time of the purchase; (2) were insured for the purchase(s) through a third-party payor plan administered by Caremark/PCS [or Optum]; and (3) paid CVS an out-of-pocket payment for the purchase greater than the HSP price for the prescription.

**2) Florida Class:** All CVS customers in Florida who, between November 2008 and July 31, 2015 (the "Class Period"), (1) purchased one or more generic prescription drugs that were offered through CVS's Health Savings Pass ("HSP") program at the time of the purchase; (2) were insured for the purchase(s) through a third-party payor plan administered by Caremark/PCS **or Optum**; and (3) paid CVS an out-of-pocket payment for the purchase greater than the HSP price for the prescription.

Thus, the final text of those definitions as set forth in the Conclusion on page 31 is hereby **REPLACED** with the following:

**1) California Class:** All CVS customers in California who, between November 2008 and July 31, 2015 (the "Class Period"), (1) purchased one or more generic prescription drugs that were offered through CVS's Health Savings Pass ("HSP") program at the time of the purchase; (2) were insured for the purchase(s) through a third-party payor plan administered by Caremark/PCS; and (3) paid CVS an out-of-pocket payment for the purchase greater than the HSP price for the prescription.

**2) Florida Class:** All CVS customers in Florida who, between November 2008 and July 31, 2015 (the "Class Period"), (1) purchased one or more generic prescription drugs that were offered through CVS's Health Savings Pass ("HSP") program at the time of the purchase; (2) were insured for the purchase(s) through a third-party payor plan administered by Caremark/PCS or Optum; and (3) paid CVS an out-of-pocket payment for the purchase greater than the HSP price for the prescription.

**IT IS SO ORDERED.**

Dated: September 12, 2017

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**