UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>[~~PROPOSED~~] **JUDGMENT IN A CIVIL CASE** |

For the reasons set forth in this Court's Order Granting in Part Plaintiffs' Motion for Class Certification; Granting in Part Defendant's Motion to Exclude Certain Opinions by Dr. Hay; and Granting Defendant's Motion for Summary Judgment (Sept. 5, 2017, Dkt. No. 327),

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's Order granting Defendant's motion for summary judgment, judgment is hereby entered in favor of Defendant and against named Plaintiffs Christopher Corcoran, Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, and Walter Wulff on the entirety of their claims asserted in the Third Amended Complaint (Dkt. No. 101).

Dated: September 13, 2017

Hon. Yvonne Gonzalez Rogers
United States District Court Judge