Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Sathya S. Gosselin (Cal. Bar No. 269171)
HAUSFELD LLP
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
sgosselin@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel. 415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | Case No. 15-cv-03504-YGR-JSC <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

The named-Plaintiffs in the above captioned case, Christopher Corcoran, Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, and Walter Wulff, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following Orders: (1) the Judgment entered on September 13, 2017 (Dkt. No. 339) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (2) the Order entered on September 5, 2017, Granting in Part Plaintiffs' Motion for Class Certification; Granting in Part Defendant's Motion to Exclude Certain Opinions by Dr. Hay; and Granting Defendant's Motion for Summary Judgment (Dkt. No. 327) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (3) the Order entered on June 15, 2017 Denying the Administrative Motion for Leave to Disclose Two Experts (Dkt. No. 298) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (4) the Order entered on March 21, 2017 Denying Motion for Class Certification and Denying Motions to Strike as Moot (Dkt. No. 249) and any preceding, related, or underlying orders, rulings, findings, and conclusions; and (5) the Order granting Defendant CVS Health Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 96) and any preceding, related, or underlying orders, rulings, findings, and conclusions.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: October 3, 2017                               Respectfully submitted,

By: */s/ Robert B. Gilmore*                          By: */s/ Bonny E. Sweeney*
Pat A. Cipollone, P.C. (admitted *pro hac vice*)    Bonny E. Sweeney (Cal. Bar No. 176174)
Robert B. Gilmore (admitted *pro hac vice*)         Richard Lewis (admitted *pro hac vice*)
STEIN MITCHELL CIPOLLONE MISSNER                    Sathya S. Gosselin (Cal. Bar No. 269171)
 & BEATO LLP                                         HAUSFELD LLP

By: */s/ Elizabeth Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany L. Caracuzzo (Cal. Bar No. 190687)
PRITZKER LEVINE LLP

NOTICE OF APPEAL                                                    CASE NO. 15-cv-03504-YGR-JSC
                                                                                          Page  1

**REPRESENTATION STATEMENT**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and their respective counsel by name, firm, address, telephone number, and e-mail.

**List of counsel who have appeared in the District Court for Plaintiffs Christopher Corcoran, Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, and Walter Wulff:**

Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (pro hac vice)
Sathya S. Gosselin (Cal. Bar No. 269171)
HAUSFELD LLP
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
sgosselin@hausfeld.com

Pat A. Cipollone, P.C. (pro hac vice)
Robert B. Gilmore (pro hac vice)
STEIN MITCHELL CIPOLLONE
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 737-7777
pcipollone@steinmitchell.com
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Bethany L. Caracuzzo (Cal. Bar. No. 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel. 415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

**List of counsel who have appeared in the District Court for Defendants CVS Pharmacy, Inc. and CVS Health Corporation:**

Enu Mainigi (Pro Hac Vice)
F. Lane Heard III (Pro Hac Vice)
Grant A. Geyerman (Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (State Bar No. 159859)
August Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Dated: October 3, 2017                            Respectfully submitted,

By: */s/ Robert B. Gilmore*                       By: */s/ Bonny E. Sweeney*
Pat A. Cipollone, P.C. (admitted *pro hac vice*)  Bonny E. Sweeney (Cal. Bar No. 176174)
Robert B. Gilmore (admitted *pro hac vice*)       Richard Lewis (admitted *pro hac vice*)
STEIN MITCHELL CIPOLLONE MISSNER                  Sathya S. Gosselin (Cal. Bar No. 269171)
 & BEATO LLP                                      HAUSFELD LLP

By: */s/ Elizabeth Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany L. Caracuzzo (Cal. Bar No. 190687)
PRITZKER LEVINE LLP