UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CORRECTED** CIVIL MINUTES

| Date: 8/19/2019 | Time: 1:54pm-2:24pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 15-cv-03504-YGR | Case Name: Corcoran v. CVS Health Corporation | |

**Attorney for Plaintiff:** Elizabeth Pritkzer; Jonathan Levine, Bonnie Sweeney and Robert Gilmore
**Attorney for Defendant:** Grant Geyerman, Enu Mainigi and August Gugelman

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

PROCEEDINGS

Further CMC-HELD

**REFERRED for Private Mediation to be completed by 12/6/2019
Compliance hearing re name of mediator and date set for mediation will be held
on Friday, 9/27/2019 at 9:01AM. Joint statement filed by 9/20/22019**

**Compliance hearing regarding filing any dismissals of certain defendants is also
set for Friday, 9/27/2019 at 9:01am.  Filings re dismissals are to be form of ordered
approved as to form and filed by 9/20/2019.**

**Compliance Hearing re pretrial preparation is set **Friday 2/28/2020 at 9:01am**
Joint Pretrial Statement:  **3/20/2020**
Pretrial Conference Friday,** 3/27/2020 at 9:00am**
Jury Selection set **Friday, 4/15/2020 at 8:30am**
10  Day Jury Trial Evidentiary portion is set for** Monday, 4/20/2020** at 8:30am.**

**Plaintiff's Motion to substitute class representatives for the New York and Arizona classes
filed by 9/9/2019.
Plaintiff's submission of proposed notice plan due 9/16/2019
 Defendant responses to motion filed 10/7/2019.
Reply filed 10/21/2019.
Hearing on Motion is 11/5/19 at specially set time of 1:00pm.**

 **Notes: Counsel will file motion re the supersedes bond that was posted with the Court
[Order at Dkt. No. 350]
cc: ADR**