*[Submitting counsel appear on additional pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> CVS Pharmacy, Inc. <br><br> Defendant. | Case No.: 3:15-cv-03504-YGR <br><br> **CLASS ACTION** <br><br> **JOINT STATEMENT REGARDING MEDIATION AND DISMISSAL OF CERTAIN PLAINTIFFS AND CLAIMS** |

Pursuant to this Court's August 19, 2019 minute order (Dkt. No. 369), plaintiffs and defendant CVS Pharmacy, Inc. ("CVS"), by and through their respective counsel, submit this joint statement.

**Mediation.**  Plaintiffs and CVS have agreed to, and scheduled a mediation before, the Hon. Layn Phillips on November 20, 2019.

**Dismissal of Certain Plaintiffs and Claims.**  Plaintiffs and CVS have agreed to stipulations (1) dismissing without prejudice plaintiffs Zulema Avis, Gilbert Brown, Carolyn Caine, Christopher Corcoran, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Toni Odorisio, Onnolee Samuelson, and Walter Wulff, and (2) dismissing with prejudice counts 1 (fraud), 2 (negligent misrepresentation) and 3 (unjust enrichment) of the Third Amended Class Action Complaint.  These two documents are being filed concurrently with this joint statement.

//

//

| | |
|---|---|
| Dated: September 20, 2019 | Respectfully submitted, |
| | /s/ *Elizabeth C. Pritzker* |
| | Elizabeth C. Pritzker (Cal. Bar. No. 146267) |
| | Jonathan K. Levine (Cal. Bar. No. 220289) |
| | PRITZKER LEVINE LLP |
| | 180 Grand Avenue, Suite 1390 |
| | Oakland, California 94612 |
| | Tel.  415-692-0772 |
| | Fax. 415-366-6110 |
| | ecp@pritzkerlevine.com |
| | jkl@pritzkerlevine.com |
| | |
| | Bonny E. Sweeney (Cal. Bar. No. 176174) |
| | HAUSFELD LLP |
| | 600 Montgomery St., Suite 3200 |
| | San Francisco, California 94111 |
| | Tel: 415-633-1908 |
| | Fax: 415-358-4980 |
| | bsweeney@hausfeld.com |
| | |
| | Richard Lewis (*pro hac vice*) |
| | Sathya S. Gosselin (Cal. Bar No. 269171) |
| | HAUSFELD LLP |
| | 1700 K St. N.W., Suite 650 |
| | Washington, D.C. 20006 |
| | Tel: 202-540-7200 |
| | Fax: 202-540-7201 |
| | rlewis@hausfeld.com |
| | sgosselin@hausfeld.com |
| | |
| | Robert B. Gilmore (*pro hac vice*) |
| | Edward H. Meyers (*pro hac vice*) |
| | STEIN MITCHELL BEATO & MISSNER LLP |
| | 901 15th Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel: 202-737-7777 |
| | Fax: 202-296-8312 |
| | rgilmore@steinmitchell.com |
| | emeyers@steinmitchell.com |
| | |
| | *Attorneys for Plaintiffs and Class Counsel* |
| | |
| | By: */s/ Grant A. Geyerman* |
| | |
| | Enu Mainigi (admitted *pro hac vice*) |
| | Grant A. Geyerman (admitted *pro hac vice*) |

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for Defendant CVS Pharmacy, Inc.*

## ATTESTATION

I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated:   September 20, 2019

                             /s/ *Elizabeth C. Pritzker*
                             Elizabeth C. Pritzker

                             *Counsel for Plaintiffs.*