*[Submitting counsel appear on additional pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CVS Pharmacy, Inc. <br><br> Defendant. | Case No.: 3:15-cv-03504-YGR <br><br> **CLASS ACTION** <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendant CVS Pharmacy, Inc., by and through their respective counsel, hereby stipulate to the voluntary dismissal without prejudice of plaintiffs Zulema Avis, Gilbert Brown, Carolyn Caine, Christopher Corcoran, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Toni Odorisio, Onnolee Samuelson, and Walter Wulff (collectively "Former Named Plaintiffs") in the above-captioned matter. As conditions of this stipulation, (1) Former Named Plaintiffs reserve the right to proceed in this matter as absent class members; (2) CVS Pharmacy, Inc. reserves the right to argue that Former Plaintiffs do not qualify as a member of any class that may be certified in this matter; and (3) Former Named Plaintiffs shall not bring any new action against CVS Pharmacy, Inc. or its affiliates concerning the subject matter of the above-captioned matter. Each party is to bear its own costs.

Dated: September 20, 2019                Respectfully submitted,

/s/ *Elizabeth C. Pritzker*

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

Elizabeth C. Pritzker (Cal. Bar. No. 146267)  
Jonathan K. Levine (Cal. Bar. No. 220289)  
PRITZKER LEVINE LLP  
180 Grand Avenue, Suite 1390  
Oakland, California 94612  
Tel.  415-692-0772  
Fax. 415-366-6110  
ecp@pritzkerlevine.com  
jkl@pritzkerlevine.com  

Bonny E. Sweeney (Cal. Bar. No. 176174)  
HAUSFELD LLP  
600 Montgomery St., Suite 3200  
San Francisco, California 94111  
Tel: 415-633-1908  
Fax: 415-358-4980  
bsweeney@hausfeld.com  

Richard Lewis (*pro hac vice*)  
Sathya S. Gosselin (Cal. Bar No. 269171)  
HAUSFELD LLP  
1700 K St. N.W., Suite 650  
Washington, D.C. 20006  
Tel: 202-540-7200  
Fax: 202-540-7201  
rlewis@hausfeld.com  
sgosselin@hausfeld.com  

Robert B. Gilmore (*pro hac vice*)  
Edward H. Meyers (*pro hac vice*)  
STEIN MITCHELL BEATO & MISSNER LLP  
901 15th Street, N.W.  
Washington, D.C. 20005  
Tel: 202-737-7777  
Fax: 202-296-8312  
rgilmore@steinmitchell.com  
emeyers@steinmitchell.com  

*Attorneys for Plaintiffs and Class Counsel*

By: */s/ Grant A. Geyerman*

Enu Mainigi (admitted *pro hac vice*)  
Grant A. Geyerman (admitted *pro hac vice*)  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, NW  
Washington, DC 20005  

- 2 -                              Case No.: 3:15-cv-03504-YGR  
STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for Defendant CVS Pharmacy, Inc.*

## ATTESTATION

I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated:   September 20, 2019

                            __/s/ *Elizabeth C. Pritzker*___
                                Elizabeth C. Pritzker

*Counsel for Plaintiffs.*