*[Submitting counsel appear on additional pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>CVS Pharmacy, Inc.<br><br>    Defendant. | Case No.: 4:15-cv-03504-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE** |

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, plaintiffs and defendant CVS Pharmacy, Inc., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of Counts 1 (Fraud), 2 (Negligent Misrepresentation), and 3 (Unjust Enrichment) in the Third Amended Class Action Complaint.  Each party is to bear its own costs.

Dated: September 20, 2019

Respectfully submitted,

/s/ *Bonny E. Sweeney*
Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (*pro hac vice*)
Sathya S. Gosselin (Cal. Bar No. 269171)
HAUSFELD LLP

Respectfully submitted,

By: /s/ *Grant A. Geyerman*
Enu Mainigi (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
300 Montgomery Street, Suite 1100

---

Case No. 3:15-CV-03504-YGR
STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE

| | |
|---|---|
| 1700 K St. N.W., Suite 650 | San Francisco, CA 94104 |
| Washington, D.C. 20006 | Telephone: (415) 477-3800 |
| Tel: 202-540-7200 | Facsimile: (415) 477-9010 |
| Fax: 202-540-7201 | |
| rlewis@hausfeld.com | *Attorneys for Defendant CVS Pharmacy, Inc.* |
| sgosselin@hausfeld.com | |

Robert B. Gilmore (*pro hac vice*)
Edward H. Meyers (*pro hac vice*)
STEIN MITCHELL BEATO & MISSNER LLP
901 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-737-7777
Fax: 202-296-8312
rgilmore@steinmitchell.com
emeyers@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

*Attorneys for Plaintiffs and Class Counsel*

Dated: September 23, 2019

**SO ORDERED:**

_____
Hon. Yvonne Gonzalez Rogers
Judge of the United States District Court
Northern District of California

- 2 -   Case No.: 3:15-cv-03504-YGR
STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE

**ATTESTATION**

I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated:   September 20, 2019

　　　　　　　　　　　　　　　/s/ *Elizabeth C. Pritzker*
　　　　　　　　　　　　　　　Elizabeth C. Pritzker

　　　　　　　　　　　　　　　*Counsel for Plaintiffs.*