Enu Mainigi (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for Defendant CVS Pharmacy, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br><u>CLASS ACTION</u><br><br>**CVS PHARMACY, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED CONFIDENTIAL RE: OPPOSITION TO PLAINTIFFS' REVISED MOTION TO SUBSTITUTE AND TO CERTIFY NEW YORK AND ARIZONA CLASSES** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant CVS Pharmacy, Inc. ("CVS") submits this Administrative Motion to File Under Seal Materials Designated Confidential Re: Opposition to Plaintiffs' Revised Motion to Substitute Class Representatives and for Certification of New York and Arizona Classes.  Specifically, CVS requests permission to file under seal and maintain under seal portions of Exhibit A (Plaintiff Darlene McAfee's Responses and Objections to CVS's Interrogatories (Sept. 9, 2019); Exhibit B (Plaintiff Stephen Sullivan's Amended Responses and Objections to CVS's Interrogatories (Oct. 16, 2019)); Exhibit G (Excerpts from Transcript of Deposition of Darlene McAfee (Sept. 25, 2019)); and Exhibit Q (Excerpts from Transcript of Deposition of Stephen Sullivan (Oct. 14, 2019)) to its Opposition to Plaintiffs' Revised Motion to Substitute Class Representatives and for Certification of New York and Arizona Classes ("Opposition").  The excerpts of those exhibits sought to be filed under seal contain information designated "Confidential" pursuant to the Revised Stipulated Protective Order (Dec. 12, 2015) [Dkt. No. 67].  CVS seeks to file redacted copies of Exhibits A, B, G, and Q (i.e., redacted versions will be publicly filed on ECF).

In compliance with Civil Local Rule 79-5(b), which requires requests to seal to "be narrowly tailored to seek sealing only of sealable material," CVS seeks to seal only limited portions of Exhibits A, B, G, and Q as follows:

    a.    Exhibit A to the Opposition at Page 3 (Response to Interrogatory No. 1) and Page 8 (McAfee Responses to Interrogatory Nos. 10 and 11).

    b.    Exhibit B to the Opposition at Page 3 (Response to Interrogatory No. 1) and Pages 8–9 (Sullivan Responses to Interrogatory Nos. 10 and 11).

    c.    Exhibit G to the Opposition at Page 55, Line 4; Page 56, Line 5; Page 102, Line 11; and Page 127, Line 2.

d. Exhibit Q to the Opposition at Page 5, Lines 3–4 & 14; Page 137, Line 15; Page 138, Lines 13 & 25; Page 139, Line 13; Page 140, Lines 8 & 19; Page 141, Lines 6 & 22; Page 142, Lines 9 & 19; Page 143, Lines 5, 14, & 24; Page 144, Lines 10 & 20; Page 145, Lines 6 & 16; Page 146, Lines 2, 14, & 24; Page 147, Lines 10 & 20; and Page 148, Lines 6, 9, & 18.

Those portions of Exhibits A, B, G, and Q reflect, discuss, or summarize individuals' medical conditions, prescription medication, and/or other personal information, which have been designated Confidential by Plaintiffs. Belden Declaration ¶ 3. CVS seeks to file redacted versions of these exhibits to protect the privacy interests of those individuals in accord with Plaintiffs' designating the information confidential. Pursuant to Local Rule 7-11(a), CVS conferred with Plaintiffs about the relief sought herein, and Plaintiffs do not oppose the Motion. The information sought to be sealed by this Motion to Seal has not previously been subject of a sealing Order.

Accordingly, CVS respectfully requests that the Court grant this Motion to Seal.

Dated:  October 21, 2019    Respectfully submitted,

By: s/ Grant A. Geyerman
Enu Mainigi (*Pro Hac Vice*)
Grant A. Geyerman (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP

Edward W. Swanson (State Bar No. 159859)
August Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP

Attorneys for CVS Pharmacy, Inc.