# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/12/2019 | **Time:** 1:00pm-2:34pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-03504-YGR | **Case Name:** Corcoran v. CVS Health Corporation | |

**Attorney for Plaintiff:** Bonny Sweeney; Jonathan Levine; Elizabeth Pritzker and Robert Gilmore
**Attorney for Defendant:** Grant Geyerman; Ayla Syed and August Gugelmann

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS

Plaintiffs' Amended Motion to Substitute Class Representatives and for Certification of New York and Arizona Classes [Dkt. No. 386-2]- HELD and SUBMITTED

Plaintiffs' Motion for Approval of Notice Provider, Class Notice Program and Forms [Dkt. No. 377]- HELD and SUBMITTED

Counsel to meet and confer and file Status Report by close of business Friday, 11/15/19.

**Order to be prepared by:  Court**