*[Submitting counsel appear on additional pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Corcoran, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> CVS Pharmacy, Inc. <br><br> Defendant. | Case No.: 3:15-cv-03504-YGR <br><br> **CLASS ACTION** <br><br> **JOINT STATUS REPORT RE PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE PROGRAM AND FORMS OF NOTICE** |

Pursuant to this Court's November 13, 2019 Minute Order (Dkt. No. 401), plaintiffs and defendant CVS Pharmacy, Inc. ("CVS"), by and through their respective counsel, have met and conferred and, subject to Court approval, reached the following compromise agreement with respect to plaintiffs' pending motion for approval of a class notice program and the forms of class notice (Dkt No. 377):

1.  Plaintiffs withdraw their request to provide notice to class members by SMS (text) message and withdraw any request that CVS be compelled to produce to Angeion Group, LLC ("Angeion") any telephone numbers of class members that CVS maintains for use in the class notice program.

2.  The parties have submitted herewith and respectfully request that the Court enter the proposed order attached as Exhibit A compelling CVS to produce to Angeion the name, last known mailing address and any available email addresses for CVS customers associated with any certified state class, in accordance with the timing stated in the proposed order.

3.   Angeion will use the data obtained from CVS to locate email addresses for class members pursuant to the processes described in the Declarations of Steven Weisbrot of September 16, 2019 (Dkt. No. 377-2) and October 21, 2019 (Dkt. No. 393-1).

4.   CVS withdraws its objection to plaintiffs providing email notice to those class members whose email addresses are maintained by CVS or can be located by Angeion.

5.   This agreement will allow Angeion (a) to email the Notice of Pending Class Action (short-form notice) to all class members whose email addresses CVS has provided or Angeion has otherwise located, and (b) to send via U.S. mail the short-form notice to all class members for whom there are no email addresses or for whom an email address resulted in a bounce-back message.

6.   Plaintiffs will pay all costs of the notice program.

*   *   *   *

This proposed resolution is subject to the Court's approval of this process.  The parties have reserved their original positions as set forth in Dkt. Nos. 377, 390, 393, and 398 in the event this proposed resolution is not acceptable to the Court.

The parties are revising the proposed short-form and long-form notices to incorporate the Court's comments at the November 12, 2019 hearing and will submit those to the Court, along with a revised proposed notice order incorporating the parties' agreement, (a) within one business day of the Court's written order on plaintiffs' pending motion concerning the New York and Arizona classes or (b) at any other time that the Court identifies.

Finally, Mr. Weisbrot of Angeion is available at the Court's convenience if the Court has any questions or needs further information about the proposed email notice program.

Dated: November 15, 2019

Respectfully submitted,

By: */s/ Jonathan K. Levine*

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)

|     |     |
| --- | --- |
| 1   | PRITZKER LEVINE LLP |
| 2   | 180 Grand Avenue, Suite 1390 |
|     | Oakland, California 94612 |
| 3   | Tel.  415-692-0772 |
|     | Fax. 415-366-6110 |

PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel.  415-692-0772
Fax. 415-366-6110

Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980

Richard Lewis (*pro hac vice*)
Sathya S. Gosselin (Cal. Bar No. 269171)
HAUSFELD LLP
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201

Robert B. Gilmore (*pro hac vice*)
Edward H. Meyers (*pro hac vice*)
STEIN MITCHELL BEATO & MISSNER LLP
901 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-737-7777
Fax: 202-296-8312

*Attorneys for Plaintiffs and Class Counsel*


By: */s/ Grant A. Geyerman*

Enu Mainigi (admitted *pro hac vice*)
Grant A. Geyerman (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (Cal. Bar No. 159859)
August Gugelmann (Cal. Bar No. 240544)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800

- 3 -    Case No.: 3:15-cv-03504-YGR

JOINT STATUS REPORT RE PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE PROGRAM AND FORMS OF NOTICE

Facsimile: (415) 477-9010

*Attorneys for Defendant CVS Pharmacy, Inc.*

### ATTESTATION

I, Jonathan K. Levine, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

　　　/s/ *Jonathan K. Levine*　　
　　　　Jonathan K. Levine

*Attorney for Plaintiffs and Class Counsel*