*[Submitting counsel appear on additional pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CORCORAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | No. 15-CV-03504-YGR <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STIPULATION RE TRIAL DATE** <br><br> <span style="color:red">*As Modified by the Court*</span> |

**GRANTED**
Judge Yvonne Gonzalez Rogers
2/18/2020

**WHEREAS**, on August 23, 2019, the Court set a trial date in this matter for April 20, 2020 (Dkt. No. 371);

**WHEREAS**, on February 6, 2020, Defense counsel advised the Court and Plaintiffs of an unavoidable conflict with the April 20 trial date that lead counsel has with a trial in *In re Opioid Litigation*, Index No. 400000/2017 (Suffolk Cnty, NY) starting March 20, 2020;

**WHEREAS**, Plaintiffs do not oppose moving the April 20 trial setting to another date that is mutually convenient for Plaintiffs, Defendant, and the Court;

**WHEREAS**, the parties have conferred and agreed that a new trial date of Monday, August 10, 2020, is mutually convenient, provided that date remains acceptable to the Court.

**NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL HEREBY STIPULATE THAT:**

1. Trial shall begin on Monday, August 10, 2020.

2. Within 10 days, the parties will submit for Court approval a proposed schedule of new pretrial dates (e.g., exchanging motions *in limine*, exhibits, and deposition designations; filing the pretrial conference statement; holding a pretrial conference), to both identify the new deadlines and ensure the parties make productive use of the extra time until trial. <span style="color:red">However, the parties understand that the Court is unavailable for oral argument or hearing during the month of June 2020.</span>

DATED: February 18, 2020  Respectfully Submitted,

By: */s/ Enu Mainigi*

Enu Mainigi (*Pro Hac Vice*)
Grant A. Geyerman (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Edward W. Swanson (State Bar No. 159859)
August Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for CVS Pharmacy, Inc.*


By: */s/ Bonny E. Sweeney*

Bonny E. Sweeney (Cal. Bar. No. 176174)
HAUSFELD
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com

Richard Lewis (*pro hac vice*)
HAUSFELD
1700 K St. N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com

Robert B. Gilmore (*pro hac vice*)
STEIN MITCHELL
BEATO & MISSNER LLP
1100 Connecticut Ave., N.W.
Washington, D.C. 20036
rgilmore@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No.

220289)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Tel. 415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

**ATTESTATION**

I, Grant A. Geyerman, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

___/s/ Grant A. Geyerman___
Grant A. Geyerman