UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CORCORAN, ET. AL.,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**CVS HEALTH, ET AL.,**<br><br>　　　　Defendants. | Case No.  4:15-cv-03504-YGR<br><br>**REVISED PRETRIAL SCHEDULE, AND ORDER VACATING COMPLIANCE DEADLINE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

### REVISED PRETRIAL SCHEDULE

| | |
|---|---|
| EXCHANGE EXHIBIT LISTS, WITNESS LISTS, DEPOSITION DESIGNATIONS: | March 19, 2021 |
| EXCHANGE OBJECTIONS TO EXHIBIT LISTS, OBJECTIONS TO WITNESS LISTS, OBJECTIONS TO DEPOSITION DESIGNATIONS, AND COUNTER-DESIGNATIONS | April 9, 2021 |
| OBJECTIONS TO COUNTER-DESIGNATIONS | April 23, 2021 |
| COMPLIANCE HEARING (*See* BELOW) | Friday, April 23, 2021 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 30, 2021 |
| TRIAL READINESS BINDER | May 7, 2021 |
| PRETRIAL CONFERENCE: | Friday, May 14, 2021 at 9:00 a.m. |
| PROVIDE FINAL SET OF EXHIBITS TO COURT | May 28, 2021 |
| TRIAL DATE: | Monday, June 1, 2021 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.  The compliance hearing on Friday, April 23, 2021 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial

Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

Further, in light of this Order, the compliance deadline set for July 31, 2020 is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 28, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**