United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CORCORAN, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CVS PHARMACY, INC.,**<br><br>Defendant. | CASE No.  15-cv-03504-YGR<br><br>**PRETRIAL ORDER NO. 2 RE WITNESS LISTS AND JURY QUESTIONNAIRE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the COVID-19 pandemic and the restrictions which remain in place, the Court hereby **ORDERS** as follows:

1. By **March 26, 2021**, the parties shall file their proposed witness lists, including experts, with time estimates.  The lists should be comprehensive and may be pared down at a later date.

2. By **March 26, 2021**, the parties shall file a joint jury questionnaire.  Attached is a document which shows the format for an online jury questionnaire.  The Court is using this format to decrease the amount of physical time in the courthouse.  It cannot be too long but should be long enough to get **CRITICAL** information regarding actual bias.  The parties' joint submission should include questions 1 through 21 and identify **ALL** potential witnesses, parties, lawyers, firms, and corporations which have a part in the trial.  Requests for case-specific questions should note whether the request is "joint."  The Court will not include generic questions such as requests for list of hobbies, information on news sources, political or religious activities, or association memberships.

3. The Court shall hold a pretrial conference at **2:30 p.m.** on either **March 30** or **31, 2021**. The parties should confer and advise the courtroom deputy at ygrcrd@cand.uscourts.gov which date is preferable.

United States District Court
Northern District of California

4.  To the extent that the parties intend for the Court to resolve disputes regarding deposition designations, they must be filed and delivered by **April 16, 2021**.  The Court will be in trial for much of the month of May and will not be able to resolve those disputes later.  Of course, the parties are encouraged to resolve the disputes themselves.  If the parties require more time, they may stipulate to hire a neutral/special master to resolve the disputes.  However, the parties must stipulate that the decision of the neutral/special master is final.

**IT IS SO ORDERED.**

Dated: March 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**