

**ROBERT B. GILMORE**
rgilmore@steinmitchell.com | Direct 202.601.1589

901 15th Street, NW Suite 700
Washington, DC 20005

P 202.737.7777
F 202.296.8312

www.steinmitchell.com

March 15, 2021

**VIA ECF**

Honorable Yvonne Gonzales Rogers
United States District Court Judge, Northern District of California
Oakland Courthouse, Courtroom 1
1301 Clay Street
Oakland, CA 94612

   Re: *Corcoran et al. v. CVS Pharmacy, Inc.*, 4:15-cv-3504-YGR (N.D. Cal.)

Dear Judge Gonzalez Rogers:

I write on behalf of Plaintiffs in response to counsel for CVS's email correspondence below, concerning the deposition of Dr. Kenneth Schafermeyer, Plaintiffs' substitute expert witness.

As is customary for experts, Dr. Schafermeyer prepared notes for himself to use during today's scheduled deposition, providing certain explanations of his assessment of the prior expert Dr. Hay's reports. Because the deposition will be conducted by videoconference, we asked Dr. Schafermeyer to type his notes out in a separate document, which we served on CVS yesterday by email. Attached is the notes document in question. Many of these notes were already included in Dr. Schafermeyer's redlined versions of Dr. Hay's reports that were filed and served on March 1. With one exception discussed below, the additional notes do not alter Dr. Schafermeyer's assessment of Dr. Hay's reports. They simply reflect Dr. Schafermeyer's reasons why he agreed, or disagreed, with Dr. Hay's opinions and analyses, and will aid in facilitating the discussion of these matters during the deposition.

As the notes reflect (on page 5), during the course of preparing for the deposition, Dr. Schafermeyer performed further review of the data and the record, and concluded that three modest adjustments need to be made to Dr. Hay's June 2017 damages calculations in order to comport with this Court's September 2017 order. Dr. Schafermeyer has not yet finalized those revisions but expects to do so within the week. Counsel for Plaintiffs offered a short postponement of Dr. Schafermeyer's deposition to allow for CVS to question him regarding those calculations after they have been served.

Plaintiffs submit that a hearing on this matter is unnecessary, as CVS should simply proceed with the deposition now (or accept Plaintiffs' offered postponement) and preserve any objections it claims it has to Dr. Schafermeyer's testimony. If the Court concludes a hearing is warranted, however, Plaintiffs' counsel are available today at the Court's convenience

              Sincerely,

              */s/ Robert B. Gilmore*

Attachment (1)

cc:  Counsel of record (via ECF)