UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Carl Washington, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CVS<br><br>　　　　　Defendant. | Case No. 4:15-cv-03504-YGR<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish the jury in the above-entitled matter **lunch for 9 members of the jury during jury deliberations**, at the expense of the United States District Court Jury Commissioner.   The trial will be held in Courtroom 3, 3rd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: June 8, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge