## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### JURY TRIAL  MINUTES

| **Date:**  6/9/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 15-cv3504-YGR | **Case Name:**  Carl Washington et al   v.  CVS | |

**TIME:  8:00AM-8:29AM; 8:34AM-10:01AM; 10:21AM-11:49AM; 12:10pm-1:40PM; 1:54PM -2:22PM.**

**Attorney for Plaintiff**: Bonny Sweeny, Robert Gilmore, Jonathan Levine, Richard Lewis

**Attorney for Defendant:** Enu Mainigi, Grant Geyerman, Craig Singer, Andrew Watts, Edward Swanson and Colleen McNamara

**Deputy Clerk:** Frances Stone                    **Court Reporter:** PAM HEBEL

**JURY TRIAL BEGAN: 6/7/2021**

### PROCEEDINGS

Case Called. Discussion with counsel. Recess. Jury enters courtroom.  Court addresses juror note of 6/8/2021.  Plaintiff resumes **Video Deposition of witness Cal Corum**. Plaintiff attorney Gilmore calls **witness Susan Colbert for Direct**. RECESS(20 minutes). Plaintiff attorney Gilmore resumes Direct of witness Colbert.  RECESS(20 minutes).  Plaintiff attorney Gilmore resumes Direct of witness Colbert. RECESS for Jury for the Day. (10 min recess for counsel) Discussion/Session with counsel.
**Exhibit 21 admitted in evidence. Exhibits 45, 214, 48 and 264 admitted into evidence.**
Witness Robert Jenks set for Friday 6/11/21 – remote witness.
RECESS for the Day.
**FURTHER JURY TRIAL THURSDAY, 6/10/2021 at 8:00am for Counsel.**
Jury to be present at 8:30am.

**EXHIBITS ADMITTED INTO EVIDENCE: 19, 20, 1024, 22, 23, 24, 1, 38, 21, 151, 296, 284, 7, 77, 32, 84, 64, 44, 1065, 1063, 1057, 45, 48, 214, 264**