FILED
JUN 23 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WASHINGTON, ET AL.,<br>Plaintiffs,<br>vs.<br>CVS PHARMACY, INC.,<br>Defendant. | CASE NO. 15-cv-03504-YGR<br><br>VERDICT FORM |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE**, unanimously render the following verdicts in accordance with the instructions provided by the Court:

**I.     With Respect to the Arizona Consumer Fraud Act:**

1. Did CVS violate the Arizona Consumer Fraud Act with respect to:

    i.   Caremark          YES _____     NO ✓
    ii.  Express Scripts   YES _____     NO ✓
    iii. Medco             YES _____     NO ✓
    iv.  MedImpact         YES _____     NO ✓
    v.   Optum             YES _____     NO ✓

*If your answer to any part of Question 1 is yes, then answer Question 2. Otherwise, if you answered no to all parts of Question 1, then proceed to Question 6 in Section II below.*

2. Are Arizona class members' claims for purchases before July 30, 2014 barred by the statute of limitations?

    YES _____         NO _____

*Proceed to Question 3.*

3. Identify what amount of money will fairly compensate Arizona class members for their damages for CVS's violations of the Arizona Consumer Fraud Act on a contract-by-contract basis. *But note, if your answer to Question 2 was yes, then you MUST NOT include any damages from the period before July 30, 2014.*

    i.   Caremark           $_____
    ii.  Express Scripts    $_____
    iii. Medco              $_____
    iv.  MedImpact          $_____
    v.   Optum              $_____

    TOTAL AMOUNT            $_____ (amount in figures)

*Proceed to Question 4.*

4. Are Darlene McAfee's purchases before July 30, 2014 barred by the statute of limitations?

    YES _____         NO _____

*Proceed to Question 5.*

5. Identify what amount of money will fairly compensate Darlene McAfee for CVS's violations of the Arizona Consumer Fraud Act. *But note, if your answer to Question 4 was yes, then you MUST NOT include any damages from the period before July 30, 2014.*

    $_____

*Proceed to Question 6.*

**II.** **With respect to the California Consumer Legal Remedies Act:**

6. Did CVS violate the California Consumer Legal Remedies Act with respect to:

    i. Caremark            YES _____     NO __✓__
    ii. Express Scripts    YES _____     NO __✓__
    iii. Medco             YES _____     NO __✓__
    iv. MedImpact          YES _____     NO __✓__
    v. Optum               YES _____     NO __✓__

    *If your answer to any part of Question 6 is yes, then answer Question 7. Otherwise, if you answered no to all parts of Question 6, then proceed to Question 11 in Section III below.*

7. Are California class members' claims for purchases before July 30, 2012 barred by the statute of limitations?

    YES _____        NO _____

    *Proceed to Question 8.*

8. What amount of money will fairly compensate all California class members for their damages for CVS's violations of the California Consumer Legal Remedies Act on a contract-by-contract basis. *But note, if your answer to Question 7 was yes, then you MUST NOT include any damages from the period before July 30, 2012.*

    i. Caremark            $_____
    ii. Express Scripts    $_____
    iii. Medco             $_____
    iv. MedImpact          $_____
    v. Optum               $_____

    TOTAL AMOUNT   $_____  (amount in figures)

    *Proceed to Question 9.*

9. Are Tyler Clark's purchases before July 30, 2012 barred by the statute of limitations?

    YES _____        NO _____

    *Proceed to Question 10.*

10. Identify what amount of money will fairly compensate Tyler Clark for CVS's violations of the California Consumer Legal Remedies Act. *But note, if your answer to Question 10 was yes, then you MUST NOT include any damages from the period before July 30, 2012.*

    $_____

    *Proceed to Question 11.*

### III. With respect to the Florida Unfair & Deceptive Trade Practices Act:

11. Did CVS violate the Florida Unfair & Deceptive Trade Practices Act with respect to:
    - i. Caremark         YES _____    NO ✓_____
    - ii. Express Scripts  YES _____    NO ✓_____
    - iii. Medco           YES _____    NO ✓_____
    - iv. MedImpact        YES _____    NO ✓_____
    - v. Optum             YES _____    NO ✓_____

*If your answer to any part of Question 11 is yes, then answer Question 12. Otherwise, if you answered no to all parts of Question 11, then proceed to Question 16 in Section IV below.*

12. Are Florida class members' claims for purchases before July 30, 2011 barred by the statute of limitations?

    YES _____     NO _____

*Proceed to Question 13.*

13. What amount of money will fairly compensate all Florida class members for their damages for CVS's violations of the Florida Unfair & Deceptive Trade Practices Act on a contract-by-contract basis. *But note, if your answer to Question 12 was yes, then you MUST NOT include any damages from the period before July 30, 2011.*

    - i. Caremark         $_____
    - ii. Express Scripts $_____
    - iii. Medco          $_____
    - iv. MedImpact       $_____
    - v. Optum            $_____

    TOTAL AMOUNT  $_____ (amount in figures)

*Proceed to Question 14.*

14. Are the purchases of Debbie Barrett and Robert Jenks before July 30, 2011 barred by the statute of limitations?

    Debbie Barrett   YES _____    NO _____
    Robert Jenks     YES _____    NO _____

*Proceed to Question 15.*

15. Identify what amount of money will fairly compensate Debbie Barrett and Robert Jenks for CVS's violations of the Florida Unfair & Deceptive Trade Practices Act. *But note, if your answer to Question 14 was yes for either plaintiff, then you MUST NOT include any damages from the period before July 30, 2011 for that plaintiff.*

    Debbie Barrett   $_____
    Robert Jenks     $_____

*Proceed to Question 16.*

IV. **With respect to the Illinois Consumer Fraud & Deceptive Practices Act:**

16. Did CVS violate the Illinois Consumer Fraud & Deceptive Practices Act with respect to:

    i.   Caremark         YES _____   NO ✓____
    ii.  Express Scripts  YES _____   NO ✓____
    iii. Medco            YES _____   NO ✓____
    iv.  MedImpact        YES _____   NO ✓____
    v.   Optum            YES _____   NO ✓____

*If your answer to any part of Question 16 is yes, then answer Question 17. Otherwise, if you answered no to all parts of Question 16, then proceed to Question 21 in Section V below.*

17. Are Illinois class members' claims for purchases before July 30, 2012 barred by the statute of limitations?

    YES _____          NO _____

*Proceed to Question 18.*

18. What amount of money will fairly compensate all Illinois class members for their damages for CVS's violations of the Illinois Consumer Fraud & Deceptive Practices Act on a contract-by-contract basis. *But note, if your answer to Question 17 was yes, then you MUST NOT include any damages from the period before July 30, 2012.*

    i.   Caremark         $_____
    ii.  Express Scripts  $_____
    iii. Medco            $_____
    iv.  MedImpact        $_____
    v.   Optum            $_____

    TOTAL AMOUNT   $_____ (amount in figures)

*Proceed to Question 19.*

19. Are the purchases of Carl Washington and Robert Jenks made before July 30, 2012 barred by the statute of limitations?

    Carl Washington   YES _____   NO _____
    Robert Jenks      YES _____   NO _____

*Proceed to Question 20.*

20. Identify what amount of money will fairly compensate Carl Washington and Robert Jenks for CVS's violations of the Illinois Consumer Fraud & Deceptive Practices Act. *But note, if your answer to Question 19 was yes for either plaintiff, then you MUST NOT include any damages from the period before July 30, 2012 for that plaintiff.*

    Carl Washington   $_____
    Robert Jenks      $_____

*Proceed to Question 21.*

**V.   With respect to the Massachusetts Consumer Protection Act:**

21. Did CVS violate the Massachusetts Consumer Protection Act with respect to:

    i. Caremark     YES _____     NO ✓\_\_\_
    ii. Express Scripts     YES _____     NO ✓\_\_\_
    iii. Medco     YES _____     NO ✓\_\_\_
    iv. MedImpact     YES _____     NO ✓\_\_\_
    v. Optum     YES _____     NO ✓\_\_\_

*If your answer to any part of Question 21 is yes, then answer Question 22. Otherwise, if you answered no to all parts of Question 21, then proceed to Question 26 in Section VI below.*

22. Are Massachusetts class members' claims for purchases before July 30, 2011 barred by the statute of limitations?

    YES _____     NO _____

*Proceed to Question 23.*

23. What amount of money will fairly compensate all Massachusetts class members for their damages for CVS's violations of the Massachusetts Consumer Protection Act on a contract-by-contract basis. *But note, if your answer to Question 22 was yes, then you MUST NOT include any damages from the period before July 30, 2011.*

    i. Caremark     $_____
    ii. Express Scripts     $_____
    iii. Medco     $_____
    iv. MedImpact     $_____
    v. Optum     $_____

    TOTAL AMOUNT    $_____ (amount in figures)

*Proceed to Question 24.*

24. Are Robert Garber's purchases before July 30, 2011 barred by the statute of limitations?

    YES _____     NO _____

*Proceed to Question 25.*

25. Identify what amount of money will fairly compensate Robert Garber for CVS's violations of the Massachusetts Consumer Protection Act. *But note, if your answer to Question 24 was yes, then you MUST NOT include any damages from the period before July 30, 2011.*

    $_____

*Proceed to Question 26.*

**VI. With respect to the New York Deceptive Acts and Practices Statute:**

26. Did CVS violate the New York Deceptive Acts and Practices Statute with respect to:

    i.   Caremark          YES _____        NO __✓__
    ii.  Express Scripts   YES _____        NO __✓__
    iii. Medco             YES _____        NO __✓__
    iv.  MedImpact         YES _____        NO __✓__
    v.   Optum             YES _____        NO __✓__

*If your answer to any part of Question 26 is yes, then answer Question 27. Otherwise, if you answered no to all parts of Question 26, then **sign and date the end of this form.***

27. Are New York class members' claims for purchases before July 30, 2012 barred by the statute of limitations?

YES _____        NO _____

*Proceed to Question 28.*

28. What amount of money will fairly compensate all New York class members for their damages for CVS's violations of the New York Deceptive Acts and Practices Statute on a contract-by-contract basis. *But note, if your answer to Question 27 was yes, then you MUST NOT include any damages from the period before July 30, 2012.*

    i.   Caremark          $_____
    ii.  Express Scripts   $_____
    iii. Medco             $_____
    iv.  MedImpact         $_____
    v.   Optum             $_____

    TOTAL AMOUNT    $_____ (amount in figures)

*Proceed to Question 29.*

29. Are Steven Sullivan's purchases before July 30, 2012 barred by the statute of limitations?

    YES _____        NO _____

*Proceed to Question 30.*

30. Identify what amount of money will fairly compensate Steven Sullivan for CVS's violations of the New York Deceptive Acts and Practices Statute. *But note, if your answer to Question 29 was yes, then you MUST NOT include any damages from the period before July 30, 2012.*

    $_____

ONCE THE JURY HAS COMPLETED THE FORM, SIGN AND DATE BELOW AND CONTACT THE COURTROOM DEPUTY.

Signed: *Sharon Brown*    Dated: 6-23-21
Jury Foreperson