# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL WASHINGTON, ET AL.,** | CASE NO. 15-cv-03504-YGR |
| Plaintiffs, | **JUDGMENT ON VERDICT** |
| vs. | |
| **CVS PHARMACY, INC.,** | |
| Defendant. | |

This class action came on for jury trial beginning on June 7, 2021, before the undersigned. Witnesses were sworn and testified. After hearing the evidence, the jury was instructed by the Court, and the case was submitted to the jury on June 22, 2021. Nine sworn jurors deliberated.

On June 23, 2021, a jury rendered a verdict in favor of defendant CVS Pharmacy, Inc. ("CVS") on each of the consumer protection statutes of Arizona, California, Florida, Illinois, Massachusetts, and New York. (Dkt. No. 609.) Thereafter, the Court adopted the jury's findings and found in favor of CVS on the claim under California's Unfair Competition Law.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiffs and class members shall recover nothing against CVS and **JUDGMENT** is entered in favor of CVS.

There being no reason for delay, the Clerk shall enter this **JUDGMENT** forthwith.

Dated: June 24, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**