# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WASHINGTON, ET AL., <br> Plaintiffs, <br> vs. <br> CVS PHARMACY, INC., <br> Defendant. | CASE NO. 15-cv-03504-YGR <br> **POST-TRIAL ORDER NO. 1** <br> Re: Dkt. No. 553, 554, 555, 556, 558, 583, 585, 588, 600, 602, 606 |

The Court hereby memorializes certain rulings made on the record during the trial in the captioned case and **ORDERS** as follows:

1) The case caption is modified as follows: *Carl Washington, et al. v. CVS Pharmacy, Inc.*

2) Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Expedited Motion to Substitute California Class Representative (Dkt. No. 553) is **GRANTED**.

3) Plaintiffs' Expedited Motion to Substitute California Class Representative (Dkt. No. 554) is **DENIED AS MOOT**.

4) CVS's Administrative Motion to File Under Seal Portions of CVS's Opposition to Plaintiffs' Expedited Motion to Substitute California Class Representative and Cross-Motion to De-Certify the California Class (Dkt. No. 555) is **GRANTED**.

5) CVS's Cross-Motion to Decertify the California Class is (Dkt. No. 556) is **DENIED AS MOOT**.

6) Plaintiffs' Administrative Motion to Seal Declaration of Tyler Clark in Support of Plaintiffs' Expedited Motion to Substitute California Class Representative (Dkt. No. 558) is **GRANTED**.

7) CVS's Motion to Preclude Dr. Schafermeyer from Offering Opinions on Evidence Not in the Record (Dkt. No. 583) is **DENIED AS MOOT**.

8) CVS's Motion for Judgment as a Matter of Law (Dkt. No. 585) is **DENIED WITHOUT PREJUDICE**.

9) CVS's Motion to Exclude Examination on Other Litigation (Dkt. No. 588) is **GRANTED IN PART AND DENIED IN PART**.

10) CVS's Motion to Exclude Rebuttal Evidence (Dkt. No. 600) is **GRANTED IN PART AND DENIED IN PART**.

11) Plaintiffs' Motion for a Curative Instruction (Dkt. No. 602) is **GRANTED IN PART**.

12) Plaintiffs' Request to Offer for Certain Evidence During Phase II of Trial Regarding Punitive Damages (Dkt. No. 606) is **DENIED.**

In addition, all parties and counsel shall destroy all copies of questionnaires of all impaneled and prospective jurors. The Court will maintain a record for appellate purposes. Each party shall file a certification confirming the same by Friday, **June 25, 2021**.

This Order terminates Docket Numbers 553, 554, 555, 556, 558, 583, 585, 588, 600, 602, and 606.

**IT IS SO ORDERED.**

Dated: June 24, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**