UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 15-CV-03504-YGR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

On June 28, 2021, CVS Pharmacy, Inc. ("CVS") filed an Administrative Motion to File Under Seal an unredacted copy of Docket 588-3 in the above-captioned action, pursuant to Local Rules 7-11 and 79-5. The Court, having considered CVS's Motion to Seal, all papers and evidence submitted in support, the pertinent pleadings, and the applicable law, and finding compelling reasons and good cause therefore, hereby **GRANTS** the Motion to Seal. It is **ORDERED** that the following materials are to be filed under seal pursuant to Civil Local Rule 79-5(b) and (e):

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Declaration of Grant A. Geyerman in Support of CVS Pharmacy, Inc.'s Motion to Exclude Examination on Other Litigation at Page 1, Line 7 (parties names). | Geyerman Declaration ¶¶ 2, 3 | **GRANTED.** |

Dated: June 30, 2021

Hon. Yvonne Gonzalez Rogers
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL, NO. 15-CV-03504-YGR