Bonny E. Sweeney (Cal. Bar No. 176174)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com
sstein@hausfeld.com

Richard Lewis (*pro hac vice*)
Sathya S. Gosselin (Cal. Bar No. 269171)
Theodore F. DiSalvo (*pro hac vice*)
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
sgosselin@hausfeld.com
tdisalvo@hausfeld.com

Robert B. Gilmore (*pro hac vice*)
Susie Kim (*pro hac vice*)
STEIN MITCHELL BEATO &
   MISSNER LLP
901 15th Street, N.W., Suite 700
Tel: (202) 737-7777
rgilmore@steinmitchell.com
susie.kim@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Caroline Corbitt (Cal. Bar No. 305492)
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

*Attorneys for Plaintiffs and Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WASHINGTON, *et al.*, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CVS PHARMACY, INC.,<br><br>                    Defendant. | Case No. 15-cv-03504-YGR-JSC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

The named-Plaintiffs in the above captioned case, Carl Washington, Dr. Robert Garber, Stephen Sullivan, Debbie Barrett, Darlene McAfee, Robert Jenks, and Tyler Clark, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following Orders: (1) the Judgment on Verdict rendered on June 23, 2021 by the jury and court and entered on June 24, 2021 (Dkt. 611) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (2) the Jury Instructions entered on June 24, 2021 and presented to the jury on June 22, 2021 (Dkt. 610) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (3) the Verdict Form entered on June 23, 2021 and presented to the jury on June 22, 2021 (Dkt. 609) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (4) the court's Pretrial Order No. 1 re: Motions in Limine entered on February 18, 2021 (Dkt. 472) and any preceding, related, or underlying orders, rulings, findings, and conclusions; (5) the Order Granting in Part and Denying in Part Motion For Relief From Case Management Schedule to Permit Plaintiffs to Substitute Dr. Joel W. Hay entered on February 11, 2021 (Dkt. 471) and any preceding, related, or underlying orders, rulings, findings, and conclusions; and (6) Pretrial Order No. 4: Including Objections to Deposition Designations; Motion to Strike; Motion to Exclude; Motion to Supplement entered on April 30, 2021 (Dkt. 513) and any preceding, related, or underlying orders, rulings, findings, and conclusions.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: July 9, 2021

Respectfully submitted,

*/s/ Bonny E. Sweeney*
Bonny E. Sweeney (Cal. Bar No. 176174)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: (415) 633-1908
bsweeney@hausfeld.com
sstein@hausfeld.com

Richard Lewis (*pro hac vice*)

| | |
|---|---|
| 1 | Sathya S. Gosselin (Cal. Bar No. 269171) |
| | Theodore F. DiSalvo (*pro hac vice*) |
| 2 | HAUSFELD LLP |
| | 888 16th Street, N.W., Suite 300 |
| 3 | Washington, D.C. 20006 |
| | Tel: (202) 540-7200 |
| 4 | rlewis@hausfeld.com |
| | sgosselin@hausfeld.com |
| 5 | tdisalvo@hausfeld.com |

Robert B. Gilmore (*pro hac vice*)
Susie Kim (*pro hac vice*)
STEIN MITCHELL
BEATO & MISSNER LLP
901 15th Street, N.W., Suite 700
Tel: (202) 737-7777
rgilmore@steinmitchell.com
susie.kim@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Jonathan K. Levine (Cal. Bar. No. 220289)
Caroline Corbitt (Cal. Bar No. 305492)
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Tel.  (415) 692-0772
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

*Attorneys for Plaintiffs and Class Counsel*

2

NOTICE OF APPEAL                                          CASE NO. 15-CV-03504-YGR-JSC

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and their respective counsel by name, firm, address, telephone number, and e-mail.

**List of counsel who have appeared in the District Court for Plaintiffs Carl Washington, Dr. Robert Garber, Stephen Sullivan, Debbie Barrett, Darlene McAfee, Robert Jenks, and Tyler Clark:**

Bonny E. Sweeney (Cal. Bar No. 176174)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, California 94111
Tel: 415-633-1908
Fax: 415-358-4980
bsweeney@hausfeld.com
sstein@hausfeld.com

Richard Lewis (*pro hac vice*)
Sathya S. Gosselin (Cal. Bar No. 269171)
Theodore F. DiSalvo (*pro hac vice*)
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com
sgosselin@hausfeld.com
tdisalvo@hausfeld.com

Robert B. Gilmore (*pro hac vice*)
Susie Kim (*pro hac vice*)
STEIN MITCHELL BEATO &
   MISSNER LLP
901 15th Street, N.W., Suite 700
Tel: (202) 737-7777
rgilmore@steinmitchell.com
susie.kim@steinmitchell.com

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Caroline Corbitt (Cal. Bar No. 305492)
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Tel.  415-692-0772
Fax. 415-366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

**List of counsel who have appeared in the District Court for Defendant CVS Pharmacy, Inc.:**

Enu Mainigi (admitted Pro Hac Vice)
Craig D. Singer (admitted Pro Hac Vice)
Grant A. Geyerman (admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

| | |
|---|---|
| Edward W. Swanson (Cal. Bar No. 159859)<br>August Gugelmann (Cal. Bar No. 240544)<br>SWANSON & MCNAMARA LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: (415) 477-3800<br>Facsimile: (415) 477-9010 | |
| Dated: July 9, 2021 | Respectfully submitted,<br><br>*/s/ Bonny E. Sweeney*<br>Bonny E. Sweeney (Cal. Bar No. 176174)<br>Samantha J. Stein (Cal. Bar No. 302034)<br>HAUSFELD LLP<br><br>Richard Lewis (*pro hac vice*)<br>Sathya S. Gosselin (Cal. Bar No. 269171)<br>Theodore F. DiSalvo (*pro hac vice*)<br>HAUSFELD LLP<br><br>Robert B. Gilmore (*pro hac vice*)<br>Susie Kim (*pro hac vice*)<br>STEIN MITCHELL<br>BEATO & MISSNER LLP<br><br>Elizabeth C. Pritzker (Cal. Bar No. 146267)<br>Jonathan K. Levine (Cal. Bar No. 220289)<br>Caroline Corbitt (Cal. Bar No. 305492)<br>PRITZKER LEVINE LLP |

4